IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** | § |
| | § |
| **VS.** | §   Civil Case No. 6:06-CV-082 |
| | § |
| **AMERIMERCHANT, LLC** | § |

### ORDER GRANTING MOTION TO WITHDRAW
### APPEARANCE OF COUNSEL

Before the Court is a Motion to Withdraw Apperance of Counsel filed April 3, 2006. Having considered the motion, the Court is of the opinion that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw Appearance of Counsel is in all thing **GRANTED.**

**IT IS FURTHER ORDERED** that leave is hereby **GRANTED** for Daniel B. Pollack to withdraw as counsel of record in the above referenced civil action.

**SO ORDERED.**

SIGNED this _____ day of _____, 2006.