IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| VS. | § | Civil Case No. 6:06-CV-082 |
| | § | |
| AMERIMERCHANT, LLC | § | |

**ORDER GRANTING MOTION TO WITHDRAW**
**<u>APPEARANCE OF COUNSEL</u>**

Before the Court is a Motion to Withdraw Apperance of Counsel filed April 3, 2006. Having considered the motion, the Court is of the opinion that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw Appearance of Counsel is in all thing **GRANTED.**

**IT IS FURTHER ORDERED** that leave is hereby **GRANTED** for Daniel B. Pollack to withdraw as counsel of record in the above referenced civil action.

So ORDERED and SIGNED this 4th day of April, 2006.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

1