IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT LLC | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE OF
ADDITIONAL COUNSEL FOR DEFENDANT AMERIMERCHANT LLC**

Defendant AmeriMerchant LLC files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Willem G. Schuurman, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, bschuurman@velaw.com, is appearing as additional counsel for AmeriMerchant LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Respectfully submitted

/s/ Willem G. Schuurman
Willem G. Schuurman
Texas State Bar No. 17855200
VINSON & ELKINS, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8663
Fax: (512) 236-3422

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of May, 2006.  Any other counsel of record will be served by first class mail on this same date.

                                      /s/ Willem G. Schuurman
                                      Willem G. Schuurman