IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. <br> *Plaintiff* | § <br> § <br> § | |
| VS. | § <br> § | CAUSE NO. 6:06-CV-082 LED |
| AMERIMERCHANT LLC. <br> *Defendant* | § <br> § | |

**NOTICE OF APPEARANCE OF**
**ADDITIONAL COUNSEL FOR DEFENDANT AMERIMERCHANT LLC**

Defendant, Amerimerchant LLC, files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Douglas R. McSwane, Jr. of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, dougmcswane@potterminton.com, is appearing as additional counsel for Amerimerchant, LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Respectfully submitted,

/s/ Douglas R. McSwane, Jr.

Douglas R. McSwane, Jr.
State Bar No. 13861300
dougmcswane@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
903/597-8311
903/593-0846 Facsimile

{A10\7560\0001\W0305453.1 }

CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of May, 2006. Any other counsel of record will be served by first class mail on this same date.

                                              /s/ Douglas R. McSwane, Jr.
                                              Douglas R. McSwane, Jr.