# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

ADVANCEME, INC.,

Plaintiff

v.

AMERIMERCHANT, LLC

Defendant

CASE NO. 6:06-CV-082 LED

**Rule 7.1 Disclosure Statement**

Pursuant to FED. R. CIV. P. 7.1(a), the undersigned counsel for Defendant AmeriMerchant, LLC certifies that no publicly held corporation owns 10% or more of AmeriMerchant, LLC's outstanding stock and that no parent corporation exists.

Respectfully submitted,

By: /s/ Joseph D. Gray
Willem G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400
Fax: (512) 236-3476

- and –

Hilary Preston
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel: (212) 237-0000
Fax: (212) 237-0100

- and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone: (903) 597-8311
Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT*
*AMERIMERCHANT, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 1st day of June, 2006. Any other counsel of record will be served by first class mail on this same date.

/s/ Joseph D. Gray
Joseph D. Gray