**Appendix K**

Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #  6:06-CV-082 LED
Style:  AdvanceMe, Inc. v. AmeriMerchant LLC
2. Applicant is representing the following party:
   AmeriMerchant LLC
3. Applicant was admitted to practice in  New York  (state) on  May 19, 2004  (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please
circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle).
If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would
reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
        District Courts for the Southern and Eastern Districts of New York
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including
Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case
specified above only.

**Application Oath:**
    I,  Hilary Preston  do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  5/31/06              Signature  _____

Name (please print) __Hilary Preston__
State Bar Number _____
Firm Name: _____Vinson & Elkins, LLP_____
Address/P.O. Box: __666 Fifth Avenue, 26th Floor__
City/State/Zip: _____New York, NY 10103_____
Telephone #: _____212-237-0000_____
Fax #: _____212-237-0100_____
E-mail Address: ____hpreston@velaw.com____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this __5th__ day of __June__, 20__06__.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ____Paige Thompson____
Deputy Clerk