IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 606 CV 82 |
| | § | PATENT CASE |
| AMERIMERCHANT LLC | § | |
| | § | |
| Defendant | § | |
| | § | |

ORDER REFERRING PRETRIAL PROCEEDINGS
TO MAGISTRATE JUDGE

The following styled and numbered cause is **REFERRED** to United States Magistrate Judge John D. Love to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

**So ORDERED and SIGNED this 9th day of June, 2006.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE