### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| **VS.** § | Civil Case No. 6:06-CV-082 |
| § | |
| **AMERIMERCHANT, LLC** § | |

### AGREED MOTION TO CHANGE THE TIME FOR THE
### JUNE 20, 2006 SCHEDULING CONFERENCE

Plaintiff AdvanceMe, Inc. and Defendant Amerimerchant, L.L.C. respectfully move the Court to change the time for the June 20, 2006, scheduling conference in above-captioned matter from 3:00 o'clock p.m. to 1:00 o'clock p.m. Accordingly, Plaintiff and Defendant respectfully request that the Court enter an order changing the time for the June 20, 2006 scheduling conference in above-captioned matter from 3:00 o'clock p.m. to 1:00 o'clock p.m.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

By: /s/ Otis Carroll (with permission by Deborah Race)
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Ronald S. Lemieux
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900

Email: danielpollack@paulhastings.com
Email: ronaldlemieux@paulhastings.com

Douglas E. Olson (CA Bar No. 38649)
Elizabeth L. Brann (CA Bar No. 222873)
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
Tel: (858) 720-2500
Fax: (858) 720-2555

**ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.**


Respectfully submitted,

By:  /s/ Doug McSwane (with permission by Deborah Race)
Willem G. Schuurman
State Bar No. 17855200
Joseph Daniel Gray
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8663
Fax: (512) 236-3422

Hilary Preston
VINSON & ELKINS
666 Fifth Ave., 26th Fl.
New York, NY 10103
Tel: 212-237-0000
Fax: 212-237-0100
hpreston@velaw.com

Douglas Ray McSwane
State Bar No. 13861300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311

-2-

Fax: (903) 593-0846
dougmcswane@potterminton.com

**ATTORNEYS FOR DEFENDANT
AMERIMERCHANT, L.L.C.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 13th day of June, 2006.

/s/
Deborah Race