**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 6:06-CV-082** |
| | § | |
| **AMERIMERCHANT, LLC** | § | |

### ORDER GRANTING AGREED MOTION TO CHANGE THE TIME FOR THE JUNE 20, 2006 SCHEDULING CONFERENCE

Before the Court is Plaintiff's and Defendant's Agreed Motion to Change the Time for the June 20, 2006, Scheduling Conference (Dkt. No. 14). Having considered the motion, and that it is agreed, the Court GRANTS Plaintiff's and Defendant's Agreed Motion to Change the Time for the June 20, 2006, Scheduling Conference in above-captioned matter from 3:00 o'clock p.m. to 1:00 o'clock p.m. Accordingly, the time for the June 20, 2006 scheduling conference in above-captioned matter is reset to 1:00 o'clock p.m.

**So ORDERED and SIGNED this 14th day of June, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE