IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE: 6/20/2006

| JUDGE<br>JOHN LOVE | REPORTER:<br>LAW CLERK: |
|---|---|
| ADVANCEME INC.<br>Plaintiff<br><br>vs.<br><br>AMERIMERCHANT LLC.<br>Defendant | CIVIL ACTION NO: 6:06CV82<br><br>SCHEDULING CONFERENCE |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Otis Carroll, Deborah Race, Ronald Lemieux | Bill Shurman, Doug McSwane, Joseph Gray |

On this day, came the parties by their attorneys and the following proceedings were had:

OPEN: 1:00          ADJOURN: 1:28

| TIME: | MINUTES: |
|---|---|
|  | Case called. |
| 1:04 | Otis Carroll announces ready for Advanceme |
| 1:05 | Doug McSwane announces ready for Amerimerchant LLC. |
| 1:06 | Otis Carroll addresses the Court re: the case. |
| 1:09 | Bill Shurman addresses the Court. - Deborah Race - Doug McSwane - Ronald Lemieux - Parties request 30 hrs of ~~party~~ expert depositions |

FILED: 6/20/2006

DAVID J. MALAND, CLERK
BY: Peggy Thompson Courtroom Deputy

| TIME: | MINUTES: |
|---|---|
|  | Ronald Lemieux addresses the Court |
| 1:16 | Bill Schurman addresses the court. Otis Carroll addresses having both trials at the same time. |
| 1:19 | Bill Schurman says Amerimerchant wants the trial in this case to be in 2008. |
| 1:21 | Court keeps the later dates that have been proposed. The court will enter the docket control order as it is. The court will remove the premarkman hearing. The court will allow 4 days for trial. |
| 1:25 | Otis Carroll addresses mediation. Parties ask for a week from today to come up with a name for mediator. The Court will hold the pretrial order for 1 week from today. |
| 1:28 | Court in recess. |