IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT, LLC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF COMPLIANCE WITH P.R. 4-1

Defendant AmeriMerchant, LLC hereby gives notice that it has complied with Patent Local Rule 4-1 and has served its required list of proposed terms and claim elements for construction on all counsel of record via Facsimile and U.S. Mail on July 20, 2006.

Dated: July 21, 2006                                                            Respectfully submitted,

BY: /s/ Joseph D. Gray_____
Willem G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400 –
Fax: (512) 236-3476

- and –

        Hilary Preston
        Admitted Pro Hac Vice
        VINSON & ELKINS L.L.P.
        666 Fifth Avenue
        26th Floor
        New York, New York 10103
        Phone:  (212) 237-0000
        Fax:  (212) 237-0100

           - and –

        Douglas McSwane
        Texas State Bar No. 13861300
        POTTER MINTON, P.C.
        110 North College
        500 Plaza Tower
        Tyler, Texas 75702
        Phone:  (903) 597-8311
        Fax:  (903) 593-0846

        *ATTORNEYS FOR DEFENDANT*
        *AMERIMERCHANT, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 21st day of July, 2006:

                                      /s/ Joseph D. Gray
                                      Joseph D. Gray