IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| Plaintiff, § | |
| § | Civil Case No. 6:06-CV-082 (LED) |
| v. § | |
| § | JURY TRIAL DEMANDED |
| AMERIMERCHANT, LLC § | |
| Defendant. § | |

### PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff, AdvanceMe, Inc., notifies the Court that it has served on all counsel of record its Proposed Terms and Claim Elements For Construction in compliance with P.R. 4-1 on July 20, 2006.

Respectfully submitted,

/s/ Otis Carroll
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

**OF COUNSEL:**

Ronald S. Lemieux
Vidya R. Bhakar
Robert C. Matz
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900

Email: ronlemieux@paulhastings.com

Douglas E. Olson (CA Bar No. 38649)
Elizabeth L. Brann (CA Bar No. 222873)
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
Tel: (858) 720-2500
Fax: (858) 720-2555

**ATTORNEYS FOR PLAINTIFF ADVANCEME, INC**.

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 24th day of July, 2006.

                                        /s/Otis Carroll

Case 6:06-cv-00082-LED-JDL    Document 27    Filed 07/24/2006    Page 3 of 3