IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT, LLC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF COMPLIANCE WITH P.R. 4-2

Defendant AmeriMerchant, LLC hereby gives notice that it has complied with Patent Local Rule 4-2 and has served its required preliminary proposed claim constructions on all counsel of record via Federal Express on July 25, 2006.

Dated: July 25, 2006                                    Respectfully submitted,

                                                        BY: /s/ Hilary Preston_____
                                                            Willem G. Schuurman
                                                            Texas State Bar No. 17855200
                                                            Joseph D. Gray
                                                            Texas State Bar No. 24045970
                                                            VINSON & ELKINS L.L.P.
                                                            2801 Via Fortuna, Suite 100
                                                            Austin, Texas 78746
                                                            Phone: (512) 542-8400 –
                                                            Fax: (512) 236-3476

                                                            - and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone:  (212) 237-0000
Fax:  (212) 237-0100

- and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANT
AMERIMERCHANT, LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 25th day of July, 2006:

                                            /s/  Hilary Preston
                                            Hilary Preston