IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC.<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CAUSE NO. 6:06cv082 LED |
| AMERIMERCHANT LLC<br>　　Defendant | §<br>§<br>§ | |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Pursuant to the Agreed Motion to Amend Docket Control and Discovery Orders, Plaintiff AdvanceMe, Inc. and Defendant AMERIMERCHANT LLC hereby submits this Joint Motion to Enter Protective Order.

The Parties respectfully request that the Agreed Motion to Enter Protective Order be GRANTED, and that the Court enter the accompanying Protective Order.

Dated: July 26th, 2006　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　*/s/ Douglas R. McSwane, Jr.*
　　　　　　　　　　　　　　　　　　　Willem G. Schuurman
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 17855200
　　　　　　　　　　　　　　　　　　　Joseph D. Gray
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24045970
　　　　　　　　　　　　　　　　　　　**VINSON & ELKINS L.L.P.**
　　　　　　　　　　　　　　　　　　　2801 Via Fortuna, Suite 100
　　　　　　　　　　　　　　　　　　　Austin, Texas 78746
　　　　　　　　　　　　　　　　　　　Phone:  (512) 542-8400 –
　　　　　　　　　　　　　　　　　　　Fax:  (512) 236-3476
　　　　　　　　　　　　　　　　　　　E-mail:  bschuurman@velaw.com
　　　　　　　　　　　　　　　　　　　　　　　　JGray@velaw.com

　　　　　　　　　　　　　　　　　　　　　　-and-

        Douglas R. McSwane, Jr.
        Texas State Bar No. 13861300
        **POTTER MINTON, P.C.**
        110 North College
        500 Plaza Tower
        Tyler, Texas 75702
        Phone: (903) 597-8311
        Fax: (903) 593-0846

        **ATTORNEYS FOR DEFENDANT**
        **AMERIMERCHANT LLC**


By:   */s/ Deborah Race*
        Otis W Carroll, Jr
        Texas State Bar No. 03895700
        Deborah Race
        Texas State Bar No. 16448700
        **IRELAND CARROLL & KELLEY, PC**
        6101 S Broadway
        Suite 500
        Tyler, TX 75703
        903-561-1600
        E-Mail: drace@icklaw.com

        **Of Counsel:**

        Ronald S. Lemieux
        **PAUL HASTINGS JANOFSKY & WALKER LLP**
        Five Palo Alto Square
        Sixth Floor
        Palo Alto, CA 94306-2155
        650/320-1821
        Fax: 650/320-1900
        Email: ronaldlemieux@paulhastings.com

JOINT MOTION TO AMEND DOCKET CONTROL ORDER   Page 2 of 3
*AdvanceMe, Inc. v. Rapidpay, LLC, et al.*
{VAM\7560\0002\W0308814.1 }

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 26th day of July 2006.

                                          */s/ Douglas R. McSwane, Jr.*
                                          Douglas R. McSwane, Jr.

JOINT MOTION TO AMEND DOCKET CONTROL ORDER                 Page 3 of 3
*AdvanceMe, Inc. v. Rapidpay, LLC, et al.*
{VAM\7560\0002\W0308814.1 }