# EXHIBIT A

{VAM\7560\0002\W0308836.1 } 14

NewYork 183983v.2

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. § | | |
|    Plaintiff § | | |
| § | | |
| VS. § | CAUSE NO. 6:06cv082 LED | |
| § | | |
| AMERIMERCHANT LLC § | | |
|    Defendant § | | |

**PROTECTIVE ORDER ACKNOWLEDGEMENT**

I, _____, having been retained by, or being otherwise associated with, _____ in connection with the above-captioned proceeding, hereby acknowledge that I may receive "CONFIDENTIAL" or "CONFIDENTIAL OUTSIDE COUNSEL EYES ONLY" documents or information ("Protected Information"), as defined in the Protective Order of _____, 2006. I have read the Protective Order in this case, agree to be bound by its terms, and consent to the jurisdiction of this Court solely for the purpose of enforcing this Protective Order. I understand that any and all Protected Information that I receive shall not be disclosed to or discussed with anyone not similarly bound by the Protective Order.

At the conclusion of this proceeding, I will return all Protected Information I receive to counsel of record for the party for whom or on whose behalf I have been retained or with whom I am associated.

Dated: _____   _____