# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| **VS.** § | Civil Case No. 6:06-CV-082(DAVIS) |
| § | |
| **AMERIMERCHANT, LLC** § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff AdvanceMe, Inc. and Defendant AmeriMerchant, L.L.C. and file this joint motion to amend docket control order entered by this Court on July 5, 2006. As this Court is aware, there are two cases involving plaintiff AdvanceMe against separate defendants. However, counsel for the defendants in this case also represent the defendant in cause number 6:05-cv-424, styled *AdvanceMe, Inc. v. RapidPay, L.L.C., et al.* The parties have agreed that it makes sense to have some of the deadlines in both cases be identical and, to some extent, the existing docket control orders accomplish that. However, they diverge with respect to compliance with P.R.4-2 and P.R.4-3 and, in order to have those occur on the same date in both cases, the parties propose the following amendment to the docket control order in this case: that the date of July 28, 2006, on which the parties are to comply with P.R.4-2, exchange of preliminary claim constructions and extrinsic evidence, be changed in this case to July 25, 2006.

WHEREFORE, the parties jointly move this Court to enter an amended docket control order providing that the date to comply with P.R.4-2 be changed from July 28, 2006 to July 25, 2006.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

By: /s/ Otis Carroll (with permission by Deborah Race)
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Ronald S. Lemieux
Vid Bhakar
Robert C. Matz
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900
Email: ronaldlemieux@paulhastings.com
Email: robertmatz@paulhastings.com
Email: vidbhakar@paulhastings.com

**ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.**

Respectfully submitted,

By: /s/ Doug McSwane (with permission by Deborah Race)

Douglas Ray McSwane
State Bar No. 13861300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
dougmcswane@potterminton.com

Willem G. Schuurman
State Bar No. 17855200
Joseph Daniel Gray
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8663
Fax: (512) 236-3422

Hilary Preston
VINSON & ELKINS
666 Fifth Ave., 26th Fl.
New York, NY 10103
Tel: 212-237-0000
Fax: 212-237-0100
hpreston@velaw.com

**ATTORNEYS FOR DEFENDANT
AMERIMERCHANT, L.L.C.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 28th day of July, 2006.

/s/
Deborah Race

-3-