**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| **VS.** § | **Civil Case No. 6:06-CV-082(DAVIS)** |
| § | |
| **AMERIMERCHANT, LLC** § | |

## ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Came on for consideration the joint motion of plaintiff and defendants to amend the docket control order in this case and upon due consideration the Court finds that the joint motion should be GRANTED. Accordingly, it is hereby

ORDERED that the docket control order in this case should be AMENDED in the following manner:

| Current Deadline | Amended Deadline | Description of Setting |
|---|---|---|
| July 28, 2006 | July 25, ,2006 | Comply with P.R. 4-2 Exchange of Preliminary Claim Construction and Extrinsic Evidence |

All other deadlines in the Docket Control Order dated July 5, 2006 shall remain the same.