IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT LLC | § | |
| | § | |
| Defendant. | § | |

# DEFENDANT AMERIMERCHANT, LLC'S NOTICE OF AMENDED INITIAL DISCLOSURES

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(c), Defendant AmeriMerchant, LLC hereby gives notice that it served its Amended Initial Disclosures on all counsel of record via Federal Express or U.S. Mail on August 3, 2006, pursuant to Federal Rule of Civil Procedure 26(a)(1).

                        Respectfully submitted,

Dated: August 3, 2006          BY: /s/ Joseph D. Gray
                                           Willem G. Schuurman
                                           Texas State Bar No. 17855200
                                           Joseph D. Gray
                                           Texas State Bar No. 24045970
                                           VINSON & ELKINS L.L.P.
                                           2801 Via Fortuna, Suite 100
                                           Austin, Texas 78746
                                           Phone: (512) 542-8400
                                           Fax: (512) 236-3476

                                           - and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York 10103
Phone: (212) 237-0000
Fax: (212) 237-0100

  - and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone: (903) 597-8311
Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT
AMERIMERCHANT, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 3rd day of August, 2006:

                                      /s/ Joseph D. Gray
                                      Joseph D. Gray