## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  | § |  |
|---|---|---|
| **ADVANCEME, INC.,** | § | **CIVIL CASE NO. 6:06-cv-82 (LED)** |
| **Plaintiff,** | § | |
| **v.** | § | |
|  | § | |
| **AMERIMERCHANT LLC,** | § | |
| **Defendant.** | § | |
|  | § | |

## PLAINTIFF ADVANCEME, INC.'S INITIAL DISCLOSURES TO DEFENDANT AMERIMERCHANT, LLC

Plaintiff AdvanceMe, Inc. ("AdvanceMe") hereby provides its initial disclosures pursuant to the Court's June 20, 2006 Discovery Order. These initial disclosures are based on information reasonably available to AdvanceMe at this time. AdvanceMe may amend or supplement these disclosures based upon its continuing investigation and subsequent discovery. AdvanceMe's initial disclosures are made without waiving AdvanceMe's right to object to any discovery request or other proceeding related to the subject matter of these disclosures on the basis of competency, privilege, relevancy, materiality, hearsay, or any other proper ground for objection.

### I.    CORRECT NAMES OF PARTIES

The correct names of the parties to this lawsuit are as stated in the complaint:

AdvanceMe, Inc., and AmeriMerchant, LLC.

### II.    POTENTIAL PARTIES

AdvanceMe is unaware of any additional parties to this action at the present time.

### III.    LEGAL THEORIES AND FACTUAL BASES OF PLAINTIFF'S CLAIMS

AdvanceMe is the owner of United States Patent No. 6,941,281 ("the '281 Patent"). The

Dockets.Justia.com

'281 Patent is generally related to systems and methods for automated repayment of an

obligation to a third party by utilizing consumer payment authorization, clearing and settlement

systems for credit, debit, smart, charge, or payment cards, among other financial instruments.

Defendant AmeriMerchant is a provider of financial services and is a direct competitor of

AdvanceMe.  Based on the information presently available to AdvanceMe, the financial services

provided by AmeriMerchant infringe AdvanceMe's '281 Patent.  AdvanceMe asserts that

AmeriMerchant directly and indirectly infringes the asserted claims as identified in

AdvanceMe's Disclosure of Asserted Claims and Preliminary Infringement Contentions for

Defendant AmeriMerchant LLC by using and offering financial services products that utilize the

systems and methods of the '281 Patent in the United States, and/or by actively inducing others

to use these products in an infringing manner and/or otherwise contributing to the infringement

of AdvanceMe's patent by others.

## IV.    PERSONS WITH KNOWLEDGE

Based on the information currently available to AdvanceMe, the following individuals

may have knowledge of discoverable information that AdvanceMe may use to support its claims

and defenses.

| Name | Employer | Contact Information | General Subject Matter |
|---|---|---|---|
| David Goldin | AmeriMerchant LLC | AmeriMerchant LLC 475 Park Avenue South 15th Floor New York, NY 10026 | Infringement of the patented inventions; willful infringement. |

| Name | Employer | Contact Information | General Subject Matter |
|---|---|---|---|
| Tom Burnside | AdvanceMe, Inc. | Can be contacted through AdvanceMe's counsel of record. | The features, desirability, marketing and sales of AdvanceMe's products covered by the '281 Patent and the industry for the automated repayment of obligations by utilizing systems and methods covered by the '281 Patent. |
| Matthew T. Byrne | Wilmer Cutler Pickering Hale and Dorr LLP | 299 Park Avenue New York, NY 10022 212-937-7252 | One of the patent attorneys involved in the prosecution of the '281 Patent and may have information relating to the validity and reduction to practice of the '281 Patent. |
| Les Falke | Former employee of AdvanceMe, Inc. | Can be contacted through AdvanceMe's counsel of record. | The features, desirability, marketing and sales of AdvanceMe's products covered by the '281 Patent and the industry for the automated repayment of obligations by utilizing systems and methods covered by the '281 Patent. |
| Franck Fatras | AdvanceMe, Inc. | Can be contacted through AdvanceMe's counsel of record. | The features, desirability, marketing and sales of AdvanceMe's products covered by the '281 Patent and the industry for the automated repayment of obligations by utilizing systems and methods covered by the '281 Patent. |
| John V. Forcier | Goodwin Procter LLP | 53 State Street Exchange Place Boston, MA 02109 617-570-1607 | One of the attorneys involved in the prosecution of the '281 Patent. |
| Barbara S. Johnson | | Can be contacted through AdvanceMe's counsel of record. | Inventor of the '281 Patent. |
| David Klein | Paul, Hastings, Janofsky & Walker LLP | Park Avenue Tower 75 E. 55th Street First Floor New York, NY 10022 212-318-6000 | One of the attorneys involved in the prosecution of the '281 Patent. |

| Name | Employer | Contact Information | General Subject Matter |
|------|----------|---------------------|------------------------|
| Anthony L. Meola | Kelly Drye & Warren LLP | 101 Park Avenue New York, NY 10178 212-808-7911 | One of the attorneys involved in the prosecution of the '281 Patent. |

All current and former AdvanceMe employees should be contacted through

AdvanceMe's counsel of record.

## V.    INDEMNITY AND INSURING AGREEMENTS

AdvanceMe is presently unaware of any indemnity or insuring agreements that would be

applicable to its claims.

## VI.    SETTLEMENT AGREEMENTS

There are no settlement agreements relevant to the subject matter of this action.

## VII.    STATEMENT OF ANY PARTY

AdvanceMe is presently unaware of any statement of any party to this litigation that may

be relevant to this case.

## VIII.    DOCUMENTS

AdvanceMe is in the process of collecting documents, data, compilations and tangible

things that AdvanceMe may use to support its claims or defenses of which it currently has

knowledge and that are currently in its possession, custody or control.  These documents may

relate to the prosecution history, infringement and validity of the '281 Patent.

In addition to the documents previously produced by AdvanceMe, copies of any other

documents relevant to AdvanceMe's claims and defenses that are in AdvanceMe's possession,

custody or control will be produced or made available in accordance with the Federal Rules of

Civil Procedure and this Court's Docket Control Order, Local Rules and Patent Local Rules.

## IX.    DAMAGES

AdvanceMe is seeking actual damages together with prejudgment interest according to proof, and enhanced damages pursuant to 35 U.S.C. §284.  AdvanceMe is also seeking to recover its attorneys' fees pursuant to 35 U.S.C. §285, as well as its costs.

As AmeriMerchant LLC has not yet provided AdvanceMe with information that would allow AdvanceMe to compute its actual damages, AdvanceMe cannot compute its actual damages at this time.  However, on information and belief, AdvanceMe's actual damages exceed the jurisdictional minimum of this Court.

Respectfully submitted,


Date:  August 4, 2006                    By:            /s/  Robert C. Matz
                                         PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                         Ronald S. Lemieux
                                         (CA Bar No. 120822) (Admitted Pro Hac Vice)
                                         Vidya R. Bhakar
                                         (CA Bar No. 220210) (Admitted Pro Hac Vice)
                                         Robert C. Matz
                                         (CA Bar No. 217822) (Admitted Pro Hac Vice)
                                         Five Palo Alto Square, Sixth Floor
                                         Palo Alto, CA  94306-2155
                                         Telephone: (650) 320-1800
                                         Telecopier: (650) 320-1900
                                         Email:  ronlemieux@paulhastings.com

                                         IRELAND, CARROLL & KELLEY, P.C.
                                         Otis W. Carroll, Attorney-in-Charge
                                         State Bar No. 03895700
                                         Deborah Race
                                         State Bar No. 16448700
                                         6101 South Broadway, Suite 500
                                         Tyler, TX  75703
                                         Telephone:  903-561-1600
                                         Facsimile:  903-581-1071
                                         Email:  fedserv@icklaw.com

                                         ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.