# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** § | | **CIVIL CASE NO. 6:06-cv-82 (LED)** |
| Plaintiff, § | | |
| v. § | | |
| § | | |
| **AMERIMERCHANT, LLC,** § | | |
| Defendant. § | | |
| § | | |

## ADVANCEME, INC.'S DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff AdvanceMe, Inc. ("AdvanceMe") states that its parent corporation is Capital Access Network, Inc. and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Date: August 29, 2006        By: _____/s/ Ronald S. Lemieux_____
                             PAUL, HASTINGS, JANOFSKY & WALKER LLP
                             Ronald S. Lemieux
                             (CA Bar No. 120822) (Admitted Pro Hac Vice)
                             Michael N. Edelman
                             (CA Bar No. 180948) (Admitted Pro Hac Vice)
                             Vidya R. Bhakar
                             (CA Bar No. 220210) (Admitted Pro Hac Vice)
                             Robert C. Matz
                             (CA Bar No. 217822) (Admitted Pro Hac Vice)
                             Shanée Y. Williams
                             (CA Bar No. 221319)  (Admitted Pro Hac Vice)

                             Five Palo Alto Square, Sixth Floor
                             Palo Alto, CA  94306-2155
                             Telephone: (650) 320-1800
                             Telecopier: (650) 320-1900
                             Email:  ronlemieux@paulhastings.com

Dockets.Justia.com

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** § | | |
| Plaintiff, § | **CIVIL CASE NO. 6:06-cv-82 (LED)** | |
| v. § | | |
| § | | |
| **AMERIMERCHANT, LLC,** § | | |
| Defendant. § | | |
| § | | |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 29th day of August, 2006. Any other counsel of record will be served by first class mail on this same date.

                                              /s/ Ronald S. Lemieux
                                              Ronald S. Lemieux