IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT, LLC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SUPPLMENTAL DISCLOSURES UNDER P.R. 3-3 and 3-4

Defendant AmeriMerchant, LLC hereby gives notice that it has supplemented its Patent

Local Rule 3-3 and 3-4 disclosures by serving on all counsel of record Defendant's Amended

Preliminary Invalidity Contentions on this date, and additional document production consisting

of LI_00016-00062 on July 28, 2006.


Dated: August 30, 2006                        Respectfully submitted,


                                              BY: /s/ Hilary Preston_____
                                                  Willem G. Schuurman
                                                  Texas State Bar No. 17855200
                                                  Joseph D. Gray
                                                  Texas State Bar No. 24045970
                                                  VINSON & ELKINS L.L.P.
                                                  2801 Via Fortuna, Suite 100
                                                  Austin, Texas 78746
                                                  Phone:  (512) 542-8400 –
                                                  Fax:  (512) 236-3476

                                                    - and –


Austin 726509v.2

Dockets.Justia.com

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone:  (212) 237-0000
Fax:  (212) 237-0100
            - and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANT*
*AMERIMERCHANT, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 30th day of August, 2006:

/s/  Hilary Preston
Hilary Preston