# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CAUSE NO. 6:06-CV-0082 LED |
| | § | |
| AMERIMERCHANT, LLC, | § | |
| *Defendant.* | § | |

### Order Granting Defendant AmeriMerchant, LLC's Motion for Leave to Amend Preliminary Invalidity Contentions

On this day, the Court considered Defendant AmeriMerchant, LLC's Motion for Leave to Amend Preliminary Invalidity Contentions. After careful consideration and having found good cause exists for the amendment, the Court is of the opinion that the motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that Defendant AmeriMerchant, LLC may amend its preliminary invalidity contentions.

SIGNED this ____ day of September, 2006.

_____
The Honorable Leonard Davis
United States District Court
for the Eastern District of Texas

Dockets.Justia.com