## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 6:06CV82 (LED)** |
| | § | |
| | § | |
| **AMERIMERCHANT, L.L.C.** | § | |

## MEDIATOR'S REPORT

An initial mediation conference was held on September 20, 2006. Party representatives and counsel participated. The merits of the case were discussed with no resolution being reached. The mediation is now suspended, but I will follow up with the parties and make further reports to the Court.

Signed this 22nd day of September, 2006.

                                          /s/ James W. Knowles
                                          JAMES W. KNOWLES, MEDIATOR