# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | **CAUSE NO. 6:05CV424 LED** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH** | § | |
| | § | |
| *Defendants.* | § | |
| **ADVANCEME, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CAUSE NO. 6:06cv0082 LED** |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| *Defendant.* | § | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN RESPONSIVE CLAIM CONSTRUCTION BRIEF

The Court having considered Defendants First Funds LLC's, Merchant Money Tree, Inc.'s, Reach Financial, LLC's, and AmeriMerchant, LLC's (collectively "Defendants") Motion for Leave to Exceed the Page Limit in Defendants' Responsive Claim Construction Brief is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants may submit a Responsive Claim Construction Brief of 36 pages, excluding the Tables of Contents and Authorities.

Motion for leave to exced page limit in Markman Reply Brief (3).doc

Dockets.Justia.com

2

    IT IS SO ORDERED on this the \_\_\_\_\_ day of _____, 2006.

                                              _____
                                              The Honorable Leonard Davis
United States District Court
for the Eastern District of Texas