# EXHIBIT A

**Chart of Disputed Terms in Independent Claims of U.S. Patent 6,941,281**
**(Disputed terms in bold)**

| | |
|---|---|
| 1. A method for automated payment, comprising:<br><br>at a merchant, accepting a **customer identifier** as payment from the customer and electronically forwarding information related to the payment to a computerized merchant processor;<br><br>at the computerized merchant processor, acquiring the information related to the payment from the merchant, authorizing and settling the payment, and forwarding at least a portion of the payment to a computerized payment receiver as payment of at least a portion of an **obligation** made by the merchant; and<br><br>at the computerized payment receiver, receiving the portion of the payment forwarded by the computerized merchant processor and applying that portion to the outstanding **obligation** made by the merchant to reduce such **obligation**. | 10. A system for automated payment of an **obligation** made by a merchant, comprising:<br><br>at a merchant, **means for accepting** a **customer identifier** as payment from the customer and for electronically forwarding information related to the payment to a computerized merchant processor, wherein the merchant associated with the payment has an outstanding **obligation** to a **third party**; and<br><br>at the computerized merchant processor, **means for receiving the information related to the payment from the merchant**, **means for authorizing and settling the payment**; and<br><br>**means for forwarding** a portion of the payment to the **third party** to reduce the **obligation**. |