# EXHIBIT B

**Chart of Disputed Terms in Dependent Claims of U.S. Patent 6,941,281**
**(Disputed terms in bold)**

| | |
|---|---|
| 2.   The method of claim 1 wherein the accepting step comprises accepting a credit card number as the **customer identifier**. | 11.   The system of claim 10 wherein the accepting means comprises **means for accepting** a credit card number as the **customer identifier**. |
| 3.   The method of claim 1 wherein the accepting step comprises accepting a **debit card** number as the **customer identifier**. | 12.   The system of claim 10 wherein the accepting means comprises **means for accepting** a **debit card** number as the **customer identifier**. |
| 4.   The method of claim 1 wherein the accepting step comprises accepting a **smart card** number as the **customer identifier**. | 13.   The system of claim 10 wherein the accepting means comprises **means for accepting** a **smart card** number as the **customer identifier**. |
| 5.   The method of claim 1 wherein the accepting step comprises accepting a charge card number as the **customer identifier**. | 14.   The system of claim 10 wherein the accepting means comprises **means for accepting** a charge card number as the **customer identifier**. |
| 6.   The method of claim 1 wherein the accepting step comprises accepting the **customer identifier** at a merchant location. | 15.   The system of claim 10 wherein the accepting means comprises **means for accepting** the **customer identifier** at a merchant location. |
| 7.   The method of claim 1 wherein the accepting step comprises electronically accepting the **customer identifier**. | 16.   The system of claim 10 wherein the accepting means comprises **means for electronically accepting** the **customer identifier**. |
| 8.   The method of claim 1 wherein the steps performed at the merchant processor further comprise **accumulating the payments until a predetermined amount is reached** and then forwarding at least a portion of the accumulated payments to the payment receiver. | 17.   The system of claim 10 wherein the means at the merchant processor further comprise **means for accumulating the payments until a predetermined amount is reached** and **means for forwarding** at least a portion of the accumulated payments to the **third party**. |
| 9.   The method of claim 1 wherein the steps performed at the merchant processor comprise **periodically forwarding** at least a portion of the payment to the payment receiver. | 18.   The system of claim 10 wherein the forwarding means at the merchant processor comprises **means for periodically forwarding** at least a portion of the payment to the **third party**. |

| | |
|---|---|
| | 19.   The system of claim 10 wherein the forwarding means at the merchant processor comprises **means for forwarding** to the **third party** an amount that is a percentage of the **obligation**. |

748128v.1