## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 6:06cv82** |
| **vs.** | § | |
| | § | |
| **AMERIMERCHANT LLC** | § | |
| **Defendant** | § | |

## ORDER

The Court is considering appointing Mike McLemore, Attorney-at-Law, 10333 Richmond Avenue, Ste. 1100, Houston, Texas 77042 as technical advisor in this case. Any objections to the appointment of Mr. McLemore must be sent to chambers for in camera review by October 10, 2006.

**So ORDERED and SIGNED this 3rd day of October, 2006.**

_____

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com