# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | **CAUSE NO. 6:06-CV-082 LED** |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **AMERIMERCHANT, LLC,** § | |
| § | |
| *Defendant.* § | |
| § | |

### DEFENDANT AMERIMERCHANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANTS REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENIONS

Defendant AmeriMerchant, LLC ("AmeriMerchant") respectfully request that the Court grant leave to exceed the page limit for its Reply Brief.  Specifically, in order to properly respond to all the issues raised by Plaintiff in its Opposition Brief, AmeriMerchant requests leave of Court to file 11 pages of argument plus 57 pages of exhibits in its Reply Brief in Support of its Motion for Leave to Amend Preliminary Invalidity Contentions.

Plaintiff and Defendant met and conferred by telephone conference regarding this motion on October 3, 2006 and agreed that this motion will be unopposed.

752361_1.DOC

October 3, 2006                                Respectfully submitted,

                                        By:  /s/ Willem G. Schuurman
                                             Willem G. Schuurman
                                             Texas State Bar No. 17855200
                                             bschuurman@velaw.com
                                             Joseph D. Gray
                                             Texas State Bar No. 24045970
                                             jgray@velaw.com
                                             **VINSON & ELKINS L.L.P.**
                                             2801 Via Fortuna, Suite 100
                                             Austin, Texas 78746
                                             Telephone: 512.542.8400
                                             Facsimile: 512.236.3476

                                                -and-

                                             Hilary L. Preston
                                             hpreston@velaw.com
                                             **VINSON & ELKINS L.L.P.**
                                             666 Fifth Avenue – 26th Floor
                                             New York, NY 10103
                                             Telephone: 212.237.0000
                                             Facsimile: 212.237.0100

                                                -and-

                                             Douglas R. McSwane, Jr.
                                             State Bar No. 13861300
                                             **POTTER MINTON**
                                             A Professional Corporation
                                             110 N. College
                                             500 Plaza Tower (75702)
                                             P.O. Box 359
                                             Tyler, Texas 75710
                                             Telephone: 903.597.8311
                                             Facsimile: 903.593.0846
                                             E-mail: dougmcswane@potterminton.com

                                             *Counsel for Defendant AmeriMerchant, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | **CAUSE NO. 6:06-CV-082 LED** |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **AMERIMERCHANT, LLC,** § | |
| § | |
| *Defendant.* § | |
| § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd day of October, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                /s/ Willem G. Schuurman
                                                     Willem G. Schuurman