**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADVANCEME, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | **CAUSE NO. 6:06-CV-082 LED** |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **AMERIMERCHANT, LLC,** § | |
| § | |
| *Defendant.* § | |
| § | |

**ORDER GRANTING DEFENDANT AMERIMERCHANT'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED THE PAGE LIMIT IN ITS REPLY BRIEF**

The Court having considered Defendant AmeriMerchant, LLC's ("AmeriMerchant") Motion for Leave to Exceed the Page Limit in Defendant AmeriMerchant's Reply Brief in Support of its Motion for Leave to Amend Preliminary Invalidity Contentions is of the opinion that AmeriMerchant's motion should be GRANTED.

Accordingly, IT IS ORDERED that AmeriMerchant may submit a Reply Brief of 68 pages, including attachments.

IT IS SO ORDERED on this the _____ day of _____, 2006.

                                                                               _____
                                                                               The Honorable Leonard Davis
                                                                               United States District Court
                                                                               for the Eastern District of Texas

752361_1.DOC