# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CAUSE NO. 6:06-CV-082 LED** |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

### ORDER GRANTING DEFENDANT AMERIMERCHANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN ITS REPLY BRIEF

The Court having considered Defendant AmeriMerchant, LLC's ("AmeriMerchant") Motion for Leave to Exceed the Page Limit in Defendant AmeriMerchant's Reply Brief in Support of its Motion for Leave to Amend Preliminary Invalidity Contentions is of the opinion that AmeriMerchant's motion should be GRANTED.

Accordingly, IT IS ORDERED that AmeriMerchant may submit a Reply Brief of 68 pages, including attachments.

IT IS SO ORDERED on this the _____ day of _____, 2006.

**So ORDERED and SIGNED this 4th day of October, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

752361_1.DOC

Dockets.Justia.com