# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| v. § | **CIVIL ACTION NO. 6:06cv82** |
| § | |
| **AMERIMERCHANT, LLC** § | |

## ORDER

Before the Court is Defendant AmeriMerchant, Inc's Motion for Leave to Amend Preliminary Invalidity Contentions (Docket No. 42). Finding that Defendant has shown good cause, *ST Microelectronics, Inc. v. Motorola, Inc.*, 307 F.Supp.2d 845, 849-50 (E.D. Tex. 2004) (Davis, J.), Defendant's motion is **GRANTED**.

**So ORDERED and SIGNED this 4th day of October, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE