# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. 6:05-cv-424-LED** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. d/b/a SIMPLE CASH** | § § § § § § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:06-cv-082-LED** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE REGARDING TIME REQUESTED FOR MARKMAN HEARING

Pursuant to the June 2, 2006 Amended Docket Control Order in the *Rapidpay* action (Civil Action No. 6:05-cv-424 LED) and the July 5, 2006 Docket Control Order in the *AmeriMerchant* action (Civil Action No. 6:06-cv-082 LED), Plaintiff AdvanceMe, Inc. and Defendants AmeriMerchant, LLC, First Funds, LLC, Merchant Money Tree, Inc., and Reach Financial, LLC (collectively the "Parties") hereby submit this notice regarding time requested for

1

Austin 754342v.1

Dockets.Justia.com

the *Markman* hearing to be held on October 19, 2006.  The Parties request three (3) hours total

for the *Markman* hearing in these matters.[1]

                                                Respectfully submitted,

Dated: October 9, 2006                By:   /s/ Joseph D. Gray_____
                                                       Willem G. Schuurman
                                                         Texas State Bar No. 17855200
                                                         Joseph D. Gray
                                                         Texas State Bar No. 24045970
                                                        VINSON & ELKINS L.L.P.
                                                         2801 Via Fortuna, Suite 100
                                                        Austin, Texas 78746
                                                        Phone:  (512) 542-8400 –
                                                        Fax:  (512) 236-3476

                                                        Hilary Preston
                                                        Admitted Pro Hac Vice
                                                        VINSON & ELKINS L.L.P.
                                                         666 Fifth Avenue
                                                        26th Floor
                                                        New York, New York 10103
                                                        Phone:  (212) 237-0000
                                                        Fax:  (212) 237-0100

                                                        Douglas McSwane
                                                        Texas State Bar No. 13861300
                                                        POTTER MINTON, P.C.
                                                        110 North College
                                                        500 Plaza Tower
                                                        Tyler, Texas 75702
                                                        Phone:  (903) 597-8311
                                                        Fax:  (903) 593-0846

                                                        *ATTORNEYS FOR AMERIMERCHANT, LLC,*
                                                        *FIRST FUNDS, LLC, MERCHANT MONEY*
                                                        *TREE, INC., AND REACH FINANCIAL, LLC*

---

[1] Based on the claim construction briefing submitted to date, the Parties expect that three hours will be sufficient time for the *Markman* hearing.  However, the Parties request that they be allowed to file a supplemental notice requesting additional time for the *Markman* hearing if they determine that three hours is insufficient in light of Plaintiff AdvanceMe, Inc's reply brief on claim construction, to be filed tomorrow, October 10th.

2

Austin 754342v.1

By:   /s/ Michael N. Edelman
    Ronald S. Lemieux
    Robert C. Matz
    Vid Bhakar
    Michael N. Edelman
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    Five Palo Alto Square, Sixth Floor
    Palo Alto, CA 94306-2155
    Tel: (650) 320-1800
    Fax: (650) 320-1900
    Lemieux Direct Tel: (650) 320-1821
    Lemieux Direct Fax: (650) 320-1921
    E-mail: ronlemieux@paulhastings.com
      robertmatz@paulhastings.com
      vidbhakar@paulhastings.com
      michaeledelman@paulhastings.com

    Otis Carroll
    IRELAND, CARROLL & KELLEY, P.C.
    6101 S. Broadway, Suite 500
    Tyler, Texas 75703
    Tel: (903) 561-1600
    Fax: (903) 581-1071
    E-mail: Fedserv@icklaw.com

    *ATTORNEYS FOR PLAINTIFF*
    *ADVANCEME, INC.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of October, 2006.  Any other counsel of record will be served by first class mail on this same date.

                                                 /s/ Joseph D. Gray
                                                       Joseph D. Gray

Austin 754342v.1