# REBUTTAL EXHIBIT A

# PLAINTIFF ADVANCEME'S REPLY CLAIM CONSTRUCTION BRIEF

Dockets.Justia.com

GAU 2761



PATENT
Atty. Docket No. JHN-001
(4750/2)

#2
A Wm S
3/10/98

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT(S):      Barbra S. Johnson

SERIAL NUMBER:    08/890,398         GROUP NUMBER:   2761

FILING DATE:      July 9, 1997        EXAMINER:       Unknown

TITLE:            AUTOMATED LOAN REPAYMENT

---

**CERTIFICATE OF FIRST CLASS MAILING UNDER 37 C.F.R. 1.8**

I hereby certify that this correspondence, and any documents referred to as enclosed therein, is/are being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to the Assistant Commissioner for Patents, Washington, DC 20231 on _March 3, 1998_.

_Marianne Wetzonis_
Marianne Wetzonis

---

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In accordance with the provisions of 37 C.F.R. § 1.97, Applicants hereby make of record the references listed on the accompanying PTO Form 1449 for consideration by the Examiner in connection with the examination of the above-identified patent application. Copies of the listed documents are enclosed.

## REMARKS

In accordance with the provisions of 37 C.F.R. §1.97, this statement is being filed (CHECK ONE):

☒     (1)     within three (3) months of the **Filing Date** or before the mailing date of the **First Office Action on the merits**; or

☐     (2)     after the period defined in (1) but before the mailing date of a **Final Rejection** or **Notice of Allowance**, and

                 ☐     the requisite Certification is attached hereto, **OR**

                 ☐     the requisite fee under Rule 1.17(p), namely **$240.00**, is included herein, or

☐     (3)     after the mailing date of a **Final Rejection** or **Notice of Allowance** but before the payment of the **Issue Fee**, AND

                 ☐     Applicant hereby Petitions the Commissioner to accept and consider the attached Information Disclosure Statement, AND

                 ☐     the requisite Certification, is attached hereto, AND

                 ☐     the requisite petition fee due under Rule 1.17(i)(I), namely **$130.00** is included herein.

It is respectfully requested that each of the documents shown on the attached form PTO-1449 be made of record in this application.

## CERTIFICATION

As required under §1.97(e), Applicants, through the undersigned, hereby certify either that [check the appropriate space]:

☐     1.     [E]ach item of information contained in the Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application **not more than** three months prior to the filing date of the Statement; or

☐     2.     [N]o item of information contained in the Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the person signing this Certification after

-2-

making reasonable inquiry, was known to any individual designated in §1.56(c) more than three months prior to the filing of the Statement.

### FEE AUTHORIZATION

Should any fee associated with the submission of this paper not be attached hereto as a check, the Commissioner is authorized to charge the missing fee to our Deposit Account, No. 20-0531. Any overpayments should be credited to said Deposit Account.

Date: March 3, 1998
Reg. No. 35,393

Tel. No. (617) 248-7374
Fax: (617) 248-7100

Robert J. Tosti
Attorney for Applicant(s)
Testa, Hurwitz, & Thibeault, LLP
High Street Tower
125 High Street
Boston, Massachusetts 02110

295RJT4750/2.479197-1

-3-

FHC0053

| FORM PTO-1449 INFORMATION DISCLOSURE STATEMENT | ATTY DOCKET NO.: JHN-001(4750/2) |
| --- | --- |
| | APPLICANT: Johnson |
| | SERIAL NO.: 08/890,398 |
| | FILING DATE: July 9, 1997   GROUP: _____ |

## U.S. PATENT DOCUMENTS

| EXAM. INIT. | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE IF APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ✓ | AA | 4,941,090 | 07/10/90 | McCarthy | 364 | 405 | 01/27/89 |
| ✓ | AB | 5,117,355 | 05/26/92 | McCarthy | 364 | 405 | 04/18/90 |
| ✓ | AC | 5,202,826 | 04/13/93 | McCarthy | 364 | 405 | 11/26/91 |
| ✓ | AD | 5,287,268 | 02/15/94 | McCarthy | 364 | 405 | 11/16/92 |
| ✓ | AE | 5,383,113 | 01/17/95 | Kight et al. | 364 | 401 | 07/25/91 |

## FOREIGN PATENT DOCUMENTS

| EXAM. INIT. | | DOCUMENT NUMBER | DATE | COUNTRY CODE | CLASS | SUB CLASS | FILING DATE | ABSTRACT ONLY | ENGLISH LANG Y/N |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | |

## OTHER ART, JOURNAL ARTICLES, ETC.

| EXAM. INIT. | | OTHER DOCUMENTS: (Including Author, Title, Date, Relevant Pages, Place of Publication) |
| --- | --- | --- |
| ✓ | C1 | "Do You Need A Card Processor?" by Hearst, Catalog Age, Vol. 13, No. 6, pp. 85-86, June 1996. |
| ✓ | C2 | "Making The Banks Sweat", by Higgins, Credit Card Management, Vol. 6 No. 1, pp. 46-52, April 1993. |
| ✓ | C3 | ""Citicorp's Merchant Sale Casts a Shadow Over Bank Acquirers Bankers Refuse to Believe Their Acquiring Businesses Are Doomed", Credit Card News, Vol. 5, No. 5, pp. 1-7, July 15, 1992. |
| ✓ | C4 | "USA: Determined Banks Still Dominate Processing of Card Receipts", by Gullo, American Banker, page 17, April 22, 1991. |
| ✓ | C5 | "HP Keeps Cards Close to Chest with Acquisition of Verifone", Card News, page 6, April 28, 1997. |

EXAMINER  James W. Myhre       DATE CONSIDERED  11/3/98

295RJT4750/2.478808-1

SHEET 2 OF 2

| FORM PTO - 1449 | ATTY DOCKET NO.: JHN-001 (4750/2) |
| --- | --- |
| INFORMATION DISCLOSURE STATEMENT | APPLICANT: Johnson |
| | SERIAL NO.: 08/890,398 |
| | FILING DATE: July 9, 1997    GROUP: _____ |

*[PTO stamp: MAR - 5 1998]*

### U.S. PATENT DOCUMENTS

| EXAM. INIT. | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE IF APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| EXAM. INIT. | DOCUMENT NUMBER | DATE | COUNTRY CODE | CLASS | SUB CLASS | FILING DATE | ABSTRACT ONLY | ENGLISH LANG Y/N |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |

### OTHER ART, JOURNAL ARTICLES, ETC.

| EXAM. INIT. | | OTHER DOCUMENTS: (Including Author, Title, Date, Relevant Pages, Place of Publication) |
| --- | --- | --- |
| /jm/ | C6 | "Store Card Issuers Sweat in the Reaffirmation Heat", Credit Card News, pp. 1-6, May 1, 1987. |
| /jm/ | C7 | "The Largest Credit Card and EFT Processors", pp. 411-412. |
| /jm/ | C8 | "The Top 25 Credit Card Processors", pp. 413-432. |
| /jm/ | C9 | "Debit Card Directory", Faulkner & Gray (Publ.), New York, NY (1996), Chapter 7, pp. 175-179. |
| /jm/ | C10 | "Debit Card Directory", Faulkner & Gray (Publ.), New York, NY (1996), Introduction, Chapter 1, Chapter 2, and Chapter 3, pp. 7-46. |

EXAMINER: James W. Myhre Jr    DATE CONSIDERED: 11/3/98

295RJT4750/2.478808-1

FHC0055