UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC.,<br>　　　　Plaintiff,<br>v.<br><br>RAPIDPAY LLC, FIRST FUNDS LLC,<br>MERCHANT MONEY TREE, INC.,<br>REACH FINANCIAL, LLC, and<br>FAST TRANSACT, INC. d/b/a<br>SIMPLE CASH,<br>　　　　Defendants. | § § § § § § § § § § § § | CIVIL CASE NO. 6:05-cv-424 (LED) |
| ADVANCEME, INC.,<br>　　　　Plaintiff,<br>v.<br><br>AMERIMERCHANT, LLC.,<br>　　　　Defendant. | § § § § § § § § § | CIVIL CASE NO. 6:06-cv-0082 (LED)<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY CLAIM CONSTRUCTION BRIEF IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion For Leave To File Its Reply Claim Construction Brief In Excess of Page Limits. The Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion For Leave To File Its Reply Claim Construction Brief In Excess of Page Limits be **GRANTED**.

**So ORDERED and SIGNED this 11th day of October, 2006.**

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Order Granting Plaintiff's Unopposed Motion
To File Reply Claim Construction Brief In
Excess of Page Limit
LEGAL_US_W # 54553712.1

CASE NO. 6:05-CV-424 (LED-JDL)
CASE NO. 6:06-CV-0082 (LED-JDL)