## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 6:05-cv-424-LED** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS, LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and FAST** | § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH** | § | |
| | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:06-cv-082-LED** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT
## JOINT CLAIM CONSTRUCTION CHART

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff, AdvanceMe, Inc. and Defendants, First Funds, LLC, Merchant

Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC, and file this Joint Motion to

Extend Deadline to Submit Joint Claim Construction Chart.

Plaintiff, AdvanceMe, Inc. and Defendants, First Funds, LLC, Merchant Money Tree,

Inc., Reach Financial, LLC, and AmeriMerchant, LLC respectfully move the Court to continue

Austin 755204v.1

Dockets.Justia.com

the deadline to submit the Joint Claim Construction Chart from October 11, 2006 to October 12,

2006.  This Motion is not made for the purposes of delay or any other improper purpose.

Respectfully submitted,

Dated: October 11, 2006

By:   /s/ Michael N. Edelman
      w/permission Joseph Gray
      Ronald S. Lemieux
      Robert C. Matz
      Vid Bhakar
      Michael N. Edelman
      PAUL, HASTINGS, JANOFSKY &
      WALKER LLP
      Five Palo Alto Square, Sixth Floor
      Palo Alto, CA 94306-2155
      Tel: (650) 320-1800
      Fax: (650) 320-1900
      Lemieux Direct Tel: (650) 320-1821
      Lemieux Direct Fax: (650) 320-1921
      E-mail: ronlemieux@paulhastings.com
        robertmatz@paulhastings.com
        vidbhakar@paulhastings.com
        michaeledelman@paulhastings.com

      Otis Carroll
      IRELAND, CARROLL & KELLEY,
      P.C.
      6101 S. Broadway, Suite 500
      Tyler, Texas 75703
      Tel: (903) 561-1600
      Fax: (903) 581-1071
      E-mail: Fedserv@icklaw.com

      *ATTORNEYS FOR PLAINTIFF*
      *ADVANCEME, INC.*

Dated: October 11, 2006

By:   /s/ Joseph D. Gray
      Willem G. Schuurman
      Texas State Bar No. 17855200
      Joseph D. Gray
      Texas State Bar No. 24045970
      VINSON & ELKINS L.L.P.
      2801 Via Fortuna, Suite 100
      Austin, Texas 78746
      Phone:  (512) 542-8400 –
      Fax:  (512) 236-3476

      Hilary Preston
      Admitted Pro Hac Vice
      VINSON & ELKINS L.L.P.
      666 Fifth Avenue
      26th Floor
      New York, New York 10103
      Phone:  (212) 237-0000
      Fax:  (212) 237-0100

      Douglas McSwane
      Texas State Bar No. 13861300
      POTTER MINTON, P.C.
      110 North College
      500 Plaza Tower
      Tyler, Texas 75702
      Phone:  (903) 597-8311
      Fax:  (903) 593-0846

      *ATTORNEYS FOR*
      *AMERIMERCHANT, LLC, FIRST*
      *FUNDS, LLC, MERCHANT MONEY*
      *TREE, INC., AND REACH*
      *FINANCIAL, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of October, 2006.  Any other counsel of record will be served by first class mail on this same date.

                              /s/ Joseph D. Gray
                              Joseph D. Gray