IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 6:06cv82** |
| vs. § | |
| § | |
| **AMERIMERCHANT** § | |

## ORDER

Receiving no objection by the parties, the Court APPOINTS Michael McLemore, Attorney-at-Law, 10333 Richmond Avenue, Ste. 1100, Houston, Texas 77042 to the position of technical advisor in this case with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.

**So ORDERED and SIGNED this 16th day of October, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE