IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC.<br>　　　Plaintiff,<br><br>vs.<br><br>AMERIMERCHANT | §<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:06cv82** |

| | | |
|---|---|---|
| ADVANCEME, INC.<br>　　　Plaintiff,<br><br>vs.<br><br>RAPIDPAY, LLC, BUSINESS CAPITALCORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. dba SIMPLE CASH<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:05cv424** |

## ORDER

The Court has received an invoice representing services rendered and expenses incurred through October 19, 2006 by technical advisor, Mike McLemore. Upon review, the Court finds the total amount charged, $25,000.00, to be appropriate and ORDERS Plaintiff to pay one half, $12,500.00, and Defendants, collectively, to pay one half, $12,500.00.

Payment should be made by November 30, 2006 to Michael T. McLemore, Attorney-at-Law, 10333 Richmond Ave. Suite 1100, Houston, Texas 77042.

**So ORDERED and SIGNED this 31st day of October, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE