# EXHIBIT D

Dockets.Justia.com

# Vinson&Elkins

Joseph D. Gray jgray@velaw.com
Tel 512.542.8420 Fax 512.236.3224

October 30, 2006

*VIA FACSIMILE & U.S. MAIL*

Michael Edelman
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155

Re:   AdvanceMe, Inc. v. Rapidpay LLC, et al. (No. 6:05-cv-00424) (E.D. Tex.);
      AdvanceMe, Inc. v. AmeriMerchant LLC (No. 6:06-cv-082) (E.D. Tex.)

Dear Michael:

We write to confirm that AdvanceMe does not oppose defendants' proposed amendments to their preliminary invalidity contentions related to Litle & Company, as detailed in my letter to you dated October 9, 2006. AdvanceMe has not responded to defendants' inquiry, despite the passage of three weeks, thus defendants presume that AdvanceMe does not oppose their motion. As defendants plan to file a motion for leave to amend tomorrow, October 31st, please let me know by the end of today if defendants' presumption is inaccurate.

Regards,

Joseph D. Gray

102315:5459

761163v1

cc:   Ronald Lemieux
      Bill Schuurman
      Hilary Preston

Vinson & Elkins LLP Attorneys at Law
Austin Beijing Dallas Dubai Houston London
Moscow New York Shanghai Tokyo Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400 Fax 512.542.8612 www.velaw.com