## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
|    **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | **CAUSE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH** | § | |
|    **Defendant** | § | |
| | | |
| **ADVANCEME, INC.,** | § | |
| | § | |
|    **Plaintiff,** | § | |
| | § | **CAUSE NO. 6:06-CV-0082 LED** |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
|    **Defendant.** | § | |

### Order Granting Defendants' Motion to Compel

On this day, the Court considered Defendants First Funds, LLC's, Merchant Money Tree, Inc.'s, Reach Financial, LLC's, and AmeriMerchant, LLC's Motion to Compel. After careful consideration, the Court is of the opinion that the motion should be, and is hereby, **GRANTED**.

It is, therefore, **ORDERED** that Plaintiff:

1. Produce all documents relevant to the claims or defenses of any party, including all relevant documents located on Plaintiff's back-up tapes and complete *Angrisani* deposition transcripts;

2. Provide a complete response to Defendants' Amended Interrogatory Number 1;

759291v.3

2

3. Immediately provide a witness for a deposition on all of the FED. R. CIV. P. 30(b)(6) topics noticed by Defendants on October 4, 2006; and

4. Serve a privilege log that complies with FED. R. CIV. P. 26(b)(5).

SIGNED this _____ day of November, 2006.

_____

759291v.3