IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, <br><br> Defendants. | CASE NO. 6:05-CV-424 (LED – JDL) <br><br><br><br> FILED UNDER SEAL |
| ADVANCEME, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERIMERCHANT, LLC, <br><br> Defendant. | CASE NO. 6:06-CV-082 (LED – JDL) <br><br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFF ADVANCEME, INC.'S MOTION FOR LEAVE
TO FILE UNDER SEAL THE DECLARATION OF ROBERT C. MATZ AND
ITS MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEFENDANTS
MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, FIRST FUNDS, LLC
AND AMERIMERCHANT LLC TO PROVIDE FURTHER RESPONSES TO
ADVANCEME, INC.'S FIRST SET OF INTERROGATORIES OR, IN THE
ALTERNATIVE, TO AMEND THIS COURT'S DISCOVERY ORDER**

Plaintiff AdvanceMe, Inc. respectfully moves, pursuant to Local Rule CV-5(c), for

permission to file its Motion To Compel Defendants Merchant Money Tree, Inc., Reach

Financial, LLC, First funds, LLC and AmeriMerchant LLC To Provide Further Responses To

ADVANCEME'S MOTION TO COMPEL DEFENDANTS.'
FURTHER RESPONSES TO FIRST SET OF    -1-    CASE NO.6:06-CV-082
INTERROGATORIES OR TO AMEND DISCOVERY ORDER

Dockets.Justia.com

AdvanceMe, Inc.'s First Set of Interrogatories, Or, In The Alternative, To Amend This Court's Discover Order to be filed under seal.

An Order is attached for the Court's convenience.

DATED: November 13, 2006   Respectfully submitted,

/s/
Ronald S. Lemieux, Bar No. 120822, Admitted *pro hac vice*
Michael N. Edelman, Bar No. 180948, Admitted *pro hac vice*
Vid R. Bhakar, Bar No. 220210, Admitted *pro hac vice*
Robert C. Matz, Bar No. 217822, Admitted *pro hac vice*
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155

Otis W. Carroll, Jr., Bar No. 03895700, Lead Attorney
Deborah J. Race, Bar No. 16448700
Ireland Carroll & Kelley
6101 S. Broadway, Suite 500
Tyler, TX 75703

Attorneys for Plaintiff ADVANCEME, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Fed.R.Civ.P. 5(d) and Local Rule 5(c) on this the 13th day of November, 2006. Any other counsel of record will be served by first class mail on this same date.

/s/
Rose Jones-Shine

## CERTIFICATE OF AUTHORIZATION TO SEAL

Pursuant to Local Rule CV-5(c), the undersigned counsel hereby certifies that authorization for filing under seal has been previously granted by the Court in the Stipulated Protective Order, executed on July 27, 2006 and entered in this case on July 28, 2006 (Document #84).

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for plaintiff AdvanceMe, Inc. has conferred with counsel for Defendants Merchant Money Tree, Inc., First Funds, LLC, Reach Financial, LLC, and AmeriMerchant, LLC in a good faith attempt to resolve the matter of this motion without Court intervention but was unable to reach any agreement. Defendants oppose this motion.

/s/
Ronald S. Lemieux

LEGAL_US_W # 54690801.1 34717.00007

ADVANCEME'S UNOPPOSED MOTION FOR LEAVE TO FILE
UNDER SEAL ITS MOTION TO COMPEL DEFENDANTS.'      -3-      CASE NO.6:06-CV-082
FURTHER RESPONSES OR TO AMEND DISCOVERY ORDER