### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | **CAUSE NO. 6:05-CV-424 (LED)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH** | § | |
| | § | |
| **Defendants.** | § | |
| **ADVANCEME, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO. 6:06-CV-082 (LED)** |
| v. | § | |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### Declaration of Joseph D. Gray in Support of Defendants' Motion to Compel

I, Joseph D. Gray, hereby declare:

1.  I am over the age of 18 and capable of testifying to the facts set forth herein.

2.  I am a licensed attorney in the State of Texas.

3.  Vinson & Elkins L.L.P. is counsel of record for Defendants First Funds, LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC ("Defendants") in the above-styled actions. I am an associate in the Austin, Texas office of Vinson & Elkins L.L.P. and serve as counsel for Defendants.

4. I aver to the matters set forth herein based upon personal knowledge and information.

5. I respectfully submit this Declaration in support of Defendants' Motion to Compel.

6. Attached as Exhibit A to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a July 5, 2006 letter from Joseph Gray to Ronald Lemieux.

7. Attached as Exhibit B to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an August 25, 2006 letter from Hilary Preston to Robert Matz.

8. Attached as Exhibit C to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an August 31, 2006 letter from Robert Matz to Hilary Preston.

9. Attached as Exhibit D to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a September 5, 2006 letter from Hilary Preston to Robert Matz.

10. Attached as Exhibit E to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a September 30, 2006 letter from Robert Matz to Willem Schuurman, Joseph Gray and Hilary Preston.

11. Attached as Exhibit F to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 9, 2006 letter from Joseph Gray to Ronald Lemieux.

12. Attached as Exhibit G to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 10, 2006 letter from Michael Edelman to Joseph Gray.

13. Attached as Exhibit H to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of Defendants' Amended First Set of Interrogatories to Plaintiff AdvanceMe, Inc.

14. Attached as Exhibit I to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 1, 2006 e-mail from Christina Henderson to Defendants' counsel.

15. Attached as Exhibit J to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of Plaintiff AdvanceMe, Inc.'s Objections and Response to Defendants' Amended First Set of Interrogatories to Plaintiff AdvanceMe, Inc.

16. Attached as Exhibit K to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of Defendants' Second Amended Invalidity Contentions (excluding Exhibits 2, 4 and 5).

17. Attached as Exhibit L to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of the Notice of Deposition of AdvanceMe, Inc.

18. Attached as Exhibit M to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 31, 2006 letter from Joseph Gray to Michael Edelman.

19. Attached as Exhibit N to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of AdvanceMe, Inc.'s Privilege Log provided on September 30, 2006.

20. Attached as Exhibit O to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 4, 2006 letter from Robert Matz to Hilary Preston,

21. Attached as Exhibit P to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 7, 2006 letter from Michael Edelman to Joseph Gray.

22. Attached as Exhibit Q to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 3, 2006 letter from Joseph Gray to Michael Edelman regarding document production.

23. Attached as Exhibit R to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 3, 2006 letter from Joseph Gray to Michael Edelman regarding interrogatory responses.

24. Attached as Exhibit S to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 10, 2006 letter from Robert Matz to Joseph Gray.

25. Attached as Exhibit T to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 10, 2006 e-mail from Joseph Gray to Robert Matz and Michael Edelman

26. Attached as Exhibit U to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 30, 2006 letter from Hilary Preston to Michael Edelman.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

SIGNED the 14th day of November, 2006.

          */s/ Joseph Gray*
          William G. Schuurman
          Texas State Bar No. 17855200
          bschuurman@velaw.com
          Joseph D. Gray
          Texas State Bar No. 24045970
          jgray@velaw.com
          **VINSON & ELKINS L.L.P.**
          2801 Via Fortuna, Suite 100
          Austin, Texas 78746
          Telephone: 512.542.8400
          Facsimile: 512.236.3476

          Hilary L. Preston
          hpreston@velaw.com
          **VINSON & ELKINS L.L.P.**
          666 Fifth Avenue – 26th Floor
          New York, NY 10103
          Telephone: 212.237.0000
          Facsimile: 212.237.0100

          Douglas R. McSwane, Jr.
          State Bar No. 13861300
          **POTTER MINTON**
          A Professional Corporation
          110 N. College
          500 Plaza Tower
          Tyler, Texas 75702
          Telephone: 903.597.8311
          Facsimile: 903.593.0846
          E-mail: dougmcswane@potterminton.com

          *Counsel for Defendants First Funds LLC,*
          *Merchant Money Tree, Inc., Reach*
          *Financial, LLC, and AmeriMerchant, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of November, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                      */s/ Joseph Gray*
                                                      Joseph Gray

Austin 765122v.1