# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CAUSE NO. 6:05-CV-424 (LED)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. d/b/a SIMPLE CASH** | § § § § § § § | |
| *Defendants.* | § | |
| **ADVANCEME, INC.,** | § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CAUSE NO. 6:06-CV-082 (LED)** |
| **AMERIMERCHANT, LLC,** | § § | |
| *Defendant.* | § § | |

### DEFENDANTS' MOTION FOR LEAVE TO EXCEED THE
### PAGE LIMIT IN DEFENDANTS' MOTION TO COMPEL

First Funds, LLC, Reach Financial, LLC, Merchant Money Tree, Inc., and AmeriMerchant, LLC ("Defendants") respectfully request that the Court grant leave to exceed Local Rule CV-7(a)'s 15-page limit for non-dispositive motions in their Motion to Compel. Specifically, in order to adequately address Plaintiff AdvanceMe, Inc.'s failure to comply with its discovery obligations in these actions, Defendants request leave of Court to file a 20-page motion.

The parties met and conferred via e-mail regarding this motion on November 16, 2006, and Plaintiff is not opposed to Defendants' Motion for Leave to Exceed.

November 16, 2006

Respectfully submitted,

By: */s/* Joseph D. Gray

Willem G. Schuurman
Texas State Bar No. 17855200
bschuurman@velaw.com
Joseph D. Gray
Texas State Bar No. 24045970
jgray@velaw.com
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: 512.542.8400
Facsimile: 512.236.3476

-and-

Hilary L. Preston
hpreston@velaw.com
**VINSON & ELKINS L.L.P.**
666 Fifth Avenue – 26th Floor
New York, NY 10103
Telephone: 212.237.0000
Facsimile: 212.237.0100

-and-

Douglas R. McSwane, Jr.
State Bar No. 13861300
**POTTER MINTON**
A Professional Corporation
110 N. College
500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846
E-mail: dougmcswane@potterminton.com

*Counsel for Defendants First Funds, LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 16th day of November, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                                /s/ Joseph D. Gray
                                                                   Joseph D. Gray