**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADVANCEME, INC.,** § | **CASE NO. 6:06-CV-082 (LED – JDL)** |
| **Plaintiff,** § | |
| v. § | |
| **AMERIMERCHANT, LLC,** § | **JURY TRIAL DEMANDED** |
| **Defendant.** § | |

**ORDER DENYING DEFENDANT'S EXPEDITED MOTION
FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

On this day, the Court considered Defendant AmeriMerchant's Expedited Motion for Leave to Amend its Preliminary Invalidity Contentions. After careful consideration, the Court finds that Defendant have failed to prove that good cause exists for the amendment.

Accordingly, the Court hereby DENIES Defendants' Expedited Motion for Leave to Amend Preliminary Invalidity Contentions.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule cv-5(a)(3) on this the 17th day of November, 2006.  Any other counsel of record will be served by first class mail on this same date.

                                                      */s/*
                                     Rose Jones-Shine