# EXHIBIT G
## TO DECLARATION OF MICHAEL N. EDELMAN
## IN SUPPORT OF ADVANCEME, INC.'S OPPOSITION TO
## DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

**Gerould, Elaine**

**From:** Litle, Tim
**Sent:** Friday, July 07, 2006 5:30 PM
**To:** David Goldin
**Subject:** RE: Patent Issue

Certainly you can list me and you should use the office address.

I got the following e-mail from Allen Abbott and I would expect that you could count on both Randy and Allen.

> Hi Tim,
>
> I called David earlier this afternoon and left a message on his voice mail. I indicated to him that I would be leaving for vacation at the end of the day today, so hopefully we can hook up later this afternoon. Of course I would be pleased to help him work his way through this in any way I can. Please send my best to Joan.
>
> Allen

Tim Litle
Litle & Co.
900 Chelmsford Street
Lowell, MA 01851
Tim@Litle.com
978-275-6520 (o)
978-807-8807 (m)

**From:** David Goldin [mailto:dgoldin@amerimerchant.com]
**Sent:** Friday, July 07, 2006 12:13 PM
**To:** Litle, Tim
**Subject:** RE: Patent Issue

Tim – I spoke w/ Randy, he's ok w/ helping. I will reach out to Allen. We have to disclose soon to the courts who we are speaking with. For yourself, is it ok if we list yourself and I assume you want the office address listed below? Thanks again for your help and have a good weekend.

-David

>     -----Original Message-----
>     **From:** Litle, Tim [mailto:tim@litle.com]
>     **Sent:** Friday, July 07, 2006 12:00 PM
>     **To:** dgoldin@amerimerchant.com
>     **Cc:** rbourne@interludehome.com; aabbott@menstyle.com
>     **Subject:** Patent Issue
>
>     I have talked with Randy Bourne on the phone and I left a voicemail with Allen Abbott, both signatories to the "postage financing" agreement in the early nineties – Randy as CEO and Allen as CFO. I believe both will help with the patent issue. They clearly remember the situation. Everyone's contact information is included in this e-mail.
>
>     Although I'm sure there is no paperwork, I can reach at least three people who would attest to the fact that we facilitated catalogs in the early eighties for catalogs to pay for their fulfillment bills by diverting some of their proceeds, based on a formula, to the fulfiller.
>
>     Please let me know what I can do and if you need affidavits or my testimony.
>
>     Randy Bourne    (203) 445-7617 x165
>     Allen Abbott    (610) 944-0909 x307
>     David Goldin    (212) 779-2100 x102

8/29/2006

Page 2 of 2

Tim Litle
Litle & Co.
900 Chelmsford Street
Lowell, MA  01851
Tim@Litle.com
978-275-6520 (o)
978-807-8807 (m)

NOTICE: This message, including all attachments transmitted with it, is for the use of the addressee only. It may contain proprietary, confidential and/or legally privileged information belonging to Litle & Co. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, you must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message. If you believe you have received this message in error, please delete it and all copies of it from your system and notify the sender immediately by reply e-mail. Thank you.

8/29/2006