**EXHIBIT J**
**TO DECLARATION OF MICHAEL N. EDELMAN**
**IN SUPPORT OF ADVANCEME, INC.'S OPPOSITION TO**
**DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

AdvanceMe Inc v. AMERIMERCHANT LLC — Doc. 84 Att. 10
Case 6:06-cv-00082-LED-JDL  Document 84  Filed 11/17/2006  Page 1 of 2

# Gerould, Elaine

**From:** Litle, Tim
**Sent:** Saturday, July 15, 2006 11:55 AM
**To:** David Goldin
**Subject:** RE: Museum Publications of America

I had forgotten that we did postage financing for these guys. The schedule that was attached seems to be particularly valuable for your case because it clearly shows that the repayments were deducted from daily Net Proceeds. Please note that the Security Agreement (Schedule F-2) was standard in all our Agreements -- even if they did not participate in postage financing.

This document does not contain the signature page where we signed it because you don't have the whole 17 page agreement. The other pages would be the standard Merchant Agreement. I suspect that I signed it for what was then the "Old" Litle & Co.

I can probably locate Bob George who signed this. Bob was the business guy and his partner, Gil Kemp (now estranged -- maybe even before this event), was the merchandising guy. Although Gil might not have had as direct knowledge, I'm strongly suspect that he was aware of the arrangement if they were still partners at that time. I know for sure how to locate Gil because he is a friend of my wife, Joan. He works for the Home Depot Catalog, Home Decorators, which is now a customer of the "new" Litle & Co.

By October 1993, Postage financing was pretty routine -- hence I couldn't remember all the times we did it. Paymentech could probably find more examples but my sense is you've got what you need.

Tim Litle
Litle & Co.
900 Chelmsford Street
Lowell, MA  01851
Tim@Litle.com
978-275-6520 (o)
978-807-8807 (m)
-----Original Message-----
From: David Goldin [mailto:dgoldin@amerimerchant.com]
Sent: Friday, July 14, 2006 10:58 PM
To: Litle, Tim
Subject: Museum Publications of America

Tim - as an fyi, Paymentech found another one of your postage financing agreements (see attached) from the Museum Publications of America.


-David


David Goldin
AmeriMerchant
475 Park Avenue South
15th Floor
New York, NY 10016
Tel: 212-779-2100 x102
Fax: 646-349-3272
http://www.amerimerchant.com

1