## EXHIBIT E
### TO DECLARATION OF MICHAEL N. EDELMAN
### IN SUPPORT OF ADVANCEME, INC.'S OPPOSITION TO
### DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Dockets.Justia.com

eFax                                                                    Page 1 of 1

## Gerould, Elaine

**From:**    David Goldin [dgoldin@amerimerchant.com]
**Sent:**    Tuesday, June 20, 2006 3:00 PM
**To:**      Litle, Tim
**Subject:** Postage Financing Agreement

Tim --

wanted to bring you up to date, attached you will find a copy of the schedule / security agreement of the postage financing agreement w/ Exposures. The entire document couldn't be located, this was all that was apparently in the folder. The patent attorneys think it's enough to "start" and we may ask for testimony from you, etc. that further details how the program worked if needed.

just wanted to keep you in the loop and again I appreciate your help in this matter. I hope you are enjoying your summer (not sure if you left for Martha's Vineyard or not) and I will touch base soon.

David

David Goldin
AmeriMerchant
175 Park Avenue South
15th Floor
New York, NY 10016
Tel: 212-779-2100 x102
Fax: 646-349-3272