**EXHIBIT F**
**TO DECLARATION OF MICHAEL N. EDELMAN**
**IN SUPPORT OF ADVANCEME, INC.'S OPPOSITION TO**
**DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

Case 6:06-cv-00082-LED-JDL    Document 85    Filed 11/20/2006    Page 2 of 3
Case 6:05-cv-00424-LED-JDL    Document 114    Filed 09/25/2006    Page 29 of 39

Page 1 of 2

**Gerould, Elaine**

| | |
|---|---|
| **From:** | David Goldin [dgoldin@amerimerchant.com] |
| **Sent:** | Tuesday, June 27, 2006 7:31 PM |
| **To:** | Litle, Tim |
| **Subject:** | RE: Postage Financing Agreement |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Paymentech's attorney is claiming that the Hearthsong documents are not there and all they have from the Exposures agreement was a schedule A (where definitions are defined in another agreement that they don't have). With your testimony, it will definitely help "put the pieces of the puzzle together."

As part of the district we are in, we need to do "automatic disclosures" -- will Randy from Exposures be ok w/ us listing him as someone we are going to use in our case? If so, do you have a contact address for him we can put down (work or home)?

The patent attorney's know about your willingness to testify and I will keep you posted well ahead in advance of the progress of what's going on. Again, I appreciate all your efforts thus far. Enjoy your summer and I will be in touch.

-David

---

**From:** Litle, Tim [mailto:tim@litle.com]
**Sent:** Tuesday, June 27, 2006 10:18 AM
**To:** David Goldin
**Subject:** RE: Postage Financing Agreement

This is great that they found something in the file. Perhaps they have some operating documentation that shows that proceeds were deducted each day.

Looking at these documents reminds me that Allen Abbott also signed the documents as treasurer of Exposures. I have continued to keep in touch with him and saw him within the last couple of months. I'm sure that he will provide affidavits and even testify if needed as will I. Allen's contact information is:

Sr. VP of Marketing
Paul Fredrick
223 West Poplar Street
Fleetwood, PA 19522

aabbott@paulfredrick.com
(610) 944-0909 (o)
(610) 395-5590 (h)
(610) 360-9904 (m)

Exposures was the first of these agreements (after the original group we did in the early to mid eighties). Hearthsong came later as well as others that I don't remember. Perhaps Paymentech could locate such information. As we continued the program, it became more defined. I suspect that the Hearthsong paperwork would have explicitly specified a 25% deduction from Hearthsong's proceeds until the amount was paid off and those after that would have been even better defined.

I noticed that John Shirey also signed the Exposures documents. He is still with Paymentech and could shed light on the situation as well. However, I have heard that he now works for Paymentech in Ireland.

Tim Litle
Litle & Co.
900 Chelmsford Street
Lowell, MA 01851
Tim@Litle.com
(o) 978-275-6520
(m) 978-807-8807

8/29/2006

Case 6:06-cv-00082-LED-JDL   Document 85   Filed 11/20/2006   Page 3 of 3
Case 6:05-cv-00424-LED-JDL   Document 114   Filed 09/25/2006   Page 30 of 39

Page 2 of 2

eBax

**From:** David Goldin [mailto:dgoldin@amerimerchant.com]
**Sent:** Tuesday, June 20, 2006 3:00 PM
**To:** Litle, Tim
**Subject:** Postage Financing Agreement

Tim –

wanted to bring you up to date, attached you will find a copy of the schedule / security agreement of the postage financing agreement w/ Exposures. The entire document couldn't be located, this was all that was apparently in the folder. The patent attorneys think it's enough to "start" and we may ask for testimony from you, etc. that further details how the program worked if needed.

just wanted to keep you in the loop and again I appreciate your help in this matter. I hope you are enjoying your summer (not sure if you left for Martha's Vineyard or not) and I will touch base soon.

-David


David Goldin
AmeriMerchant
475 Park Avenue South
15th Floor
New York, NY 10016
Tel: 212-779-2100 x102
Fax: 646-349-3272

NOTICE: This message, including all attachments transmitted with it, is for the use of the addressee only. It may contain proprietary, confidential and/or legally privileged information belonging to Litle & Co. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, you must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message. If you believe you have received this message in error, please delete it and all copies of it from your system and notify the sender immediately by reply e-mail. Thank you.