## EXHIBIT L
### TO DECLARATION OF MICHAEL N. EDELMAN
### IN SUPPORT OF ADVANCEME, INC.'S OPPOSITION TO
### DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Dockets.Justia.com

## Gerould, Elaine

**From:** David Goldin [dgoldin@amerimerchant.com]
**Sent:** Wednesday, July 26, 2006 7:07 AM
**To:** Litle, Tim
**Subject:** More documents

Tim – I hope all is well.  Attached is the rest of the document that Chase Paymentech found from Museum Publications of America.  Paymentech's attorney references "Hanover Direct" in her cover letter, do you know if Museum Publications of America was the predecessor to Hanover Direct?  If not, the relationship between the two companies?

Based on the documents here – was NPC the "processor" and Litle & Co the "ISO" as it would relate in "today's world" – meaning Litle & Co did the underwriting, risk and customer service and/or outsourced any of these functions and NPC handle the authorization, capture and settlement (through First National Bank of Louisville) similar to how Global, First Data, Paymentech, NPC/Bank of America do today for ISOs?

David

----Original Message-----
**From:** eFax [mailto:message@inbound.efax.com]
**Sent:** Tuesday, July 25, 2006 5:55 PM
**To:** dgoldin@amerimerchant.com
**Subject:** eFax from "214 849 2067" - 48 page(s)

        Log In    Contact Us    Help

## Fax Message

You have received a 48 page fax at 2006-07-25 16:54:54 EST.

* The reference number for this fax is bos2_did3-1153862621-6463493272-52.

This message can be opened with eFax Messenger®. If you have not already installed eFax Messenger on your computer, please download a free copy at http://www.efax.com/need.

**With Messenger you can...**
- Add your signature to outbound documents - easily.
- Combine, re-order or delete pages in the thumbnail view.
- Add custom rubber stamp images to each document.
- Highlight segments of a document.
- Embed voice & text annotations for personal notes & data.

Please visit http://www.efax.com/help if you have any questions regarding this message or your service.

Thank you for using the eFax service.

*Regards,*
*The eFax Team*

Home Site Map Help

POWERED BY j2™

© 2006 j2 Global Communications, Inc. All rights reserved.
eFax is a registered trademark of j2 Global Communications.

8/29/2006