# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | **CASE NO. 6:06-CV-082 (LED (JDL)** |
| Plaintiff, | § | |
| v. | § | |
| **AMERIMERCHANT, LLC,** | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## ORDER DENYING DEFENDANTS' MOTION TO COMPEL

On this day, the Court considered Defendant AmeriMerchant, LLC's Motion To Compel. After careful consideration, the Court finds that Defendant has failed to prove that good cause exists for this Motion.

Accordingly, the Court hereby DENIES Defendant's Motion To Compel.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule cv-5(a)(3) on this the 28th day of November, 2006.  Any other counsel of record will be served by first class mail on this same date.

                                                       /s/
                                        Rose Jones-Shine

LEGAL_US_W # 55107394.1