# EXHIBIT 15
# TO OPPOSITION TO MOTION TO COMPEL

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC., <br><br> Plaintiff <br><br> v. <br><br> AMERIMERCHANT LLC, <br><br> Defendant. | CASE NO. 6:06-CV-082 LED |

## DEFENDANT AMERIMERCHANT, LLC'S SECOND AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

Defendant AmeriMerchant LLC ("AmeriMerchant"), by its undersigned attorneys, hereby provides the following information to AdvanceMe, Inc. ("AdvanceMe"), pursuant to Federal Rule of Civil Procedure 26(a)(1). These disclosures are based upon information reasonably available to AmeriMerchant at the time of service. AmeriMerchant reserves the right to revise, correct, supplement, clarify or otherwise amend the disclosures set forth herein. Nothing in these disclosures shall be construed as a waiver of any rights or objections that are otherwise available to AmeriMerchant.

A. **The following persons are likely to have discoverable information that AmeriMerchant may use to support its claims or defenses.**

Based upon the allegations in AdvanceMe's Complaint and AmeriMerchant's investigation thus far, AmeriMerchant presently believes that the following individuals and businesses are likely to have discoverable information that AmeriMerchant may use to support its claims or defenses. AmeriMerchant believes that other individuals may have discoverable

information and specifically reserves the right to identify additional witnesses as discovery proceeds.

By indicating the general subject matter of information these individuals and businesses may possess, AmeriMerchant is in no way limiting its right to call any individual(s) or business(es) listed to testify concerning other subject(s).

| Name | Contact Information | Subject(s) |
|---|---|---|
| Barbara Johnson | Southport, Connecticut | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Gary Johnson | Southport, Connecticut | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Shearman & Sterling LLP | 599 Lexington Avenue New York, New York (212) 848-4000 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| Testa, Hurwitz & Thibeault, LLP | High Street Tower 125 High Street Boston, MA 02110 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |

| Name | Contact Information | Subject(s) |
|---|---|---|
| David M. Klein | Paul, Hastings, Janofsky & Walker, LLP<br>Park Avenue Tower<br>75 E. 55th Street<br>New York, New York 10022<br>(212) 318-6318 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| Anthony L. Meola | Kelly, Drye & Warren<br>101 Park Ave.<br>New York, New York 10178<br>(212) 808-7911 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| Robert J. Tosti | Edwards & Angell, LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 517-5584 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| John V. Forcier | Goodwin & Procter, LLP<br>53 State Street<br>Exchange Place<br>Boston, Massachusetts 02109<br>(617) 570-1607 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| AdvanceMe, Inc. | 600 TownPark Lane<br>Suite 500<br>Kennesaw, Georgia 30144<br>(770) 590-9822 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |

| Name | Contact Information | Subject(s) |
|------|---------------------|------------|
| Glen Goldman | Capital Access Network, Inc.<br>2 Overhill Road<br>Scarsdale, NY 10583<br>(914) 725-3901 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Parris Sanz | Capital Access Network, Inc.<br>2 Overhill Road<br>Scarsdale, NY 10583<br>(914) 725-3901 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Tom Burnside | AdvanceMe, Inc.<br>600 TownPark Lane<br>Suite 500<br>Kennesaw, Georgia 30144<br>(770) 590-9822 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Marc Tesler | 160 West 86th Street<br>New York, NY 10024<br>(212) 277-3901 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |

| Name | Contact Information | Subject(s) |
|---|---|---|
| Technology Crossover Ventures | 750 3rd Avenue, 23rd Floor<br>New York, NY 10017<br>(212) 808-0200 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Vertrue Incorporated | 20 Glover Avenue<br>Norwalk, CT 06850<br>(302) 324-7635 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| John Konop | 1308 Oak Bluff Court<br>Canton, GA 30114<br>(770) 926-8774 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Frank Angrisani | c/o Kevin Kiernan, Esq.<br>Kiernan & Campbell<br>206 Claremont Avenue<br>Montclair, New Jersey 07042 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |

| Name | Contact Information | Subject(s) |
|---|---|---|
| James D'Alesandro | 156 Liberty Avenue<br>Staten Island, NY 10305 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Les Falke | 1366 Winborn Cir NW<br>Kennesaw, GA 30152 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Adam Secher | (312) 315-2000 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| David Goldin | AmeriMerchant LLC<br>475 Park Avenue South<br>15th Floor<br>New York, NY 10026<br><br>Contact through AmeriMerchant's counsel of record | The offer to sell, sale and use of the accused instrumentality; prior art. |
| Nick Logan | 11675 Rainwater Drive<br>Suite 450<br>Alpharetta, GA 30004 | Information related to the patent-in-suit, including inventorship and prior art. |
| Ruth Elastri | Cynergy Data<br>45 West 36th Street, 6th Floor<br>New York, New York 10018<br>(866) 906-4040 | Information related to the patent-in-suit, including inventorship and prior art. |
| Cynergy Data | 45 West 36th Street, 6th Floor<br>New York, New York 10018<br>(866) 906-4040 | Information related to the patent-in-suit, including inventorship and prior art. |

| Name | Contact Information | Subject(s) |
|---|---|---|
| Joe Kaplan | Innovative Merchant Solutions<br>26541 Agoura Road<br>Calabasas, CA 91302<br>(818) 936-7800 | Information related to the patent-in-suit, including inventorship and prior art. |
| Innovative Merchant Solutions | 26541 Agoura Road<br>Calabasas, CA 91302<br>(818) 936-7800 | Information related to the patent-in-suit, including inventorship and prior art. |
| Frank Villano | 120 West 58th Street<br>Suite 3D<br>New York, NY 10019<br>(212) 247-7120 | Information related to the patent-in-suit, including inventorship and prior art. |
| Tim Litle | Litle & Co.<br>900 Chelmsford Street<br>Lowell, MA 01851<br>(978) 275-6500 | Information related to the patent-in-suit, including inventorship and prior art. |
| Randy Bourne | 7 Middle Way<br>Old Greenwich, CT 06870 | Information related to the patent-in-suit, including inventorship and prior art. |
| Allen Abbott | 223 West Poplar Street<br>Fleetwood, PA 19522 | Information related to the patent-in-suit, including inventorship and prior art. |
| Clever Ideas, Inc. | 180 N. Stetson Ave.<br>Suite 5300<br>Chicago, IL 60601<br>(312) 616-3600 | Information related to the patent-in-suit, including inventorship and prior art. |
| Lee Suckow | Clever Ideas, Inc.<br>180 N. Stetson Ave.<br>Suite 5300<br>Chicago, IL 60601<br>(312) 616-3600 | Information related to the patent-in-suit, including inventorship and prior art. |
| Rewards Network | 2 North Riverside Plaza<br>Chicago, IL 60606<br>(877) 491-3463 | Information related to the patent-in-suit, including inventorship and prior art. |
| IGT Services, Inc. | 600 NE 36th Street<br>Miami, FL 33137<br>(305) 573-2800 | Information related to the patent-in-suit, including inventorship and prior art. |
| First Data Corporation | 6200 South Quebec Street<br>Greenwood Village, CO 80111<br>(303) 488-8000 | Information related to the patent-in-suit, including inventorship and prior art. |
| Chase Paymentech Solutions | 14221 Dallas Parkway, Bldg. 2<br>Dallas, Texas 75254<br>(800) 824-4313 | Information related to the patent-in-suit, including inventorship and prior art. |

| Name | Contact Information | Subject(s) |
|---|---|---|
| Bank of America, N.A. | 100 North Tryon Street<br>Bank of America Corporate Center<br>Charlotte, NC 28255 | Information related to the patent-in-suit, including inventorship and prior art. |
| Electronic Data Systems Corporation | 5400 Legacy Drive<br>M/S H3-3A-05<br>Plano, TX 75024<br>(972) 604-6000 | Information related to the patent-in-suit, including inventorship and prior art. |
| Authors and inventors of prior art references to be identified and produced in this Action | As listed on the prior art references to be identified and produced in this Action. | Invalidity of the patent-in-suit; state of the art; level of skill in the art. |

All current and former AmeriMerchant employees should be contacted through AmeriMerchant's attorneys of record.

    **B.**    **The following is a description, by category and location of all documents, data compilations, and tangible things that are in the possession, custody or control of AmeriMerchant and that AmeriMerchant may use to support its claims or defenses.**

As to documents, AmeriMerchant provides the following listing without concession, agreement, admission, or waiver of any ultimate determination of relevance or admissibility of particular information for any purpose, and without waiver of attorney-client privilege or work-product immunity or any other privilege or immunity. AmeriMerchant also reserves the right to identify additional documents throughout discovery.

| | |
|---|---|
| Documents reflecting agreements between AmeriMerchant, merchants and/or merchant processors. | 475 Park Avenue South<br>15th Floor<br>New York, NY 10026 |
| Documents and materials relating to the advertising, marketing and/or use of AmeriMerchant's accused instrumentality. | 475 Park Avenue South<br>15th Floor<br>New York, NY 10026 |
| Prosecution History of the patent-in-suit. | Vinson & Elkins LLP<br>2801 Via Fortuna<br>Suite 100<br>Austin, TX 78746 |

| Prior art to the patent-in-suit, including but not limited to printed publications, machines and components thereof, evidence of prior sales, offers for sale and public uses. | Vinson & Elkins LLP<br>2801 Via Fortuna<br>Suite 100<br>Austin, TX 78746 |
|---|---|

**C. The following is a computation and description, by category, of damages claimed by AmeriMerchant.**

AmeriMerchant intends to seek damages sufficient to cover the reasonable and necessary fees and associated costs related to the representation of AmeriMerchant in the above-captioned action. The attorneys fees and costs, at present, are unknown.

**D. The following is a description of any insurance agreement under which a person carrying on an insurance business may be liable to satisfy part of or all of a judgment.**

AmeriMerchant is unaware of any insurance agreement under which any person carrying on an insurance business may be liable, under an obligation to AmeriMerchant, to satisfy part of or all of a judgment.

Date: September 13, 2006

Respectfully submitted,

/s/ William G. Schuurman

William G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400 –
Fax: (512) 236-3476

– and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone: (212) 237-0000
Fax: (212) 237-0100

- and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone: (903) 597-8311
Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT
AMERIMERCHANT LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served upon all counsel of record on this the 13th day of September, 2006 as indicated:

*Via U.S. Mail, Return Receipt Requested*
Ronald S. Lemieux
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Fax: 650-320-1921

Otis Carroll
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Fax: 903-581-1071

_____
Amy Reiley