IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | CASE NO. 6:05-CV-424 (LED – JDL) |
| Plaintiff, | § | |
| v. | § | FILED UNDER SEAL |
| RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, | § | |
| Defendants. | § | |
| ADVANCEME, INC., | § | CASE NO. 6:06-CV-082 (LED – JDL) |
| Plaintiff, | § | |
| v. | § | JURY TRIAL DEMANDED |
| AMERIMERCHANT, LLC, | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF ADVANCEME, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL THE DECLARATION OF ROBERT C. MATZ AND ITS MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEFENDANTS MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, FIRST FUNDS, LLC AND AMERIMERCHANT LLC TO PROVIDE FURTHER RESPONSES TO ADVANCEME, INC.'S FIRST SET OF INTERROGATORIES OR, IN THE ALTERNATIVE, TO AMEND THIS COURT'S DISCOVERY ORDER**

On this day the Court heard Plaintiff AdvanceMe, Inc.'s Motion To Compel Defendants Merchant Money Tree, Inc., Reach Financial, LLC, First funds, LLC and AmeriMerchant LLC

ADVANCEME'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO COMPEL DEFENDANTS.' FURTHER RESPONSES OR TO AMEND DISCOVERY ORDER　　-1-　　CASE NO.6:06-CV-082

Dockets.Justia.com

To Provide Further Responses To AdvanceMe, Inc.'s First Set of Interrogatories, Or, In The Alternative, To Amend This Court's Discover Order.

After considering the briefing and consideration of justice, and that the motion is unopposed, the Court hereby GRANTS such motion and Orders that such Motion be filed under seal.

**So ORDERED and SIGNED this 30th day of November, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Fed.R.Civ.P. 5(d) and Local Rule 5(c) on this the 13th day of November, 2006. Any other counsel of record will be served by first class mail on this same date.

_____/s/_____
Rose Jones-Shine

LEGAL_US_W # 54690893.1 34717.00007