IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| Plaintiff, § | 6:06cv82 |
| § | CIVIL ACTION NO. ~~6:05cv424~~ |
| vs. § | |
| § | |
| RAPIDPAY, LLC, BUSINESS § | |
| CAPITALCORPORATION, FIRST § | |
| FUNDS LLC, MERCHANT MONEY § | |
| TREE, INC., REACH FINANCIAL, § | |
| LLC and FAST TRANSACT, INC. dba § | |
| SIMPLE CASH § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Motion for Leave to Amend Preliminary Invalidity Contentions (Docket No. 74). Finding that Defendants have shown good cause, *ST Microelectronics, Inc. v. Motorola, Inc.*, 307 F.Supp.2d 845, 849-50 (E.D. Tex. 2004) (Davis, J.), Defendants' motion is **GRANTED**.

So **ORDERED** and **SIGNED** this 4th day of December, 2006.

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE