# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS LLC,** | § | **CAUSE NO. 6:05-CV-424 LED** |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH** | § | |
| *Defendants*. | § | |
| **ADVANCEME, INC.,** | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | **CAUSE NO. 6:06-CV-0082 LED** |
| **AMERIMERCHANT, LLC,** | § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL

Defendants First Funds LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC (collectively "Defendants") respectfully request that the Court grant leave to exceed the page limit for their Reply in Support of their Motion to Compel.  Specifically, in order to properly reply to the issues raised by Plaintiff in its Opposition Brief, Defendants request leave of Court to file 15 pages of argument plus 12 pages of exhibits in its Reply in Support of its Motion to Compel.  Plaintiff does not oppose this motion.

774215_1.DOC

Dockets.Justia.com

December 6, 2006                                         Respectfully submitted,

                                                                 By:  /s/ Joseph D. Gray
                                                                         Willem G. Schuurman
                                                                         Texas State Bar No. 17855200
                                                                         bschuurman@velaw.com
                                                                         Joseph D. Gray
                                                                         Texas State Bar No. 24045970
                                                                         jgray@velaw.com
                                                                         **VINSON & ELKINS L.L.P.**
                                                                         2801 Via Fortuna, Suite 100
                                                                         Austin, Texas 78746
                                                                         Telephone: 512.542.8400
                                                                         Facsimile: 512.236.3476

                                                                         -and-

                                                                         Hilary L. Preston
                                                                         hpreston@velaw.com
                                                                         **VINSON & ELKINS L.L.P.**
                                                                         666 Fifth Avenue – 26th Floor
                                                                         New York, NY 10103
                                                                         Telephone: 212.237.0000
                                                                         Facsimile: 212.237.0100

                                                                         -and-

                                                                         Douglas R. McSwane, Jr.
                                                                         State Bar No. 13861300
                                                                         **POTTER MINTON**
                                                                         A Professional Corporation
                                                                         110 N. College
                                                                         500 Plaza Tower (75702)
                                                                         P.O. Box 359
                                                                         Tyler, Texas 75710
                                                                         Telephone: 903.597.8311
                                                                         Facsimile: 903.593.0846
                                                                         E-mail: dougmcswane@potterminton.com

                                                                         *Counsel for Defendants First Funds LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of December, 2006. Any other counsel of record will be served by first class mail on this same date.

/s/ Joseph D. Gray
Joseph D. Gray

## CERTIFICATE OF CONFERENCE

Counsel for Defendants and counsel for Plaintiff met and conferred on December 6, 2006, and Plaintiff does not oppose this motion. Plaintiff's counsel insisted that the following be included in this certificate of conference: "Opposing counsel indicated that it would not oppose this motion because it does not want to unnecessarily burden this Court with additional motion practice, but it believes a 10 page extension is unnecessary and excessive."

/s/ Joseph D. Gray
Joseph D. Gray

774215_1.DOC