# EXHIBIT B
## TO ADVANCEME'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

# PaulHastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square ▪ Sixth Floor ▪ Palo Alto, CA 94306-2155
telephone 650 320 1800 ▪ facsimile 650 320 1900 ▪ www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(650) 320-1823
robertmatz@paulhastings.com

December 5, 2006

34717.00007

**Via E-mail**

Willem G. Schuurman, Esq.
Vinson & Elkins, LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746

Re:   *AdvanceMe v. RapidPay, et al.*
      *AdvanceMe v. Amerimerchant*
      **The 30(b)(6) Deposition of AdvanceMe in Atlanta, Georgia**

Dear Mr. Schuurman:

We write to confirm that AdvanceMe, Inc. will, on Friday, December 8, 2006 at 9:00 a.m. at 210 Peachtree Street, Atlanta, Georgia 30303, produce a witness to testify as to Topics 1-3, 7, and 16-21, as these topics were limited during the meet and confer process. As for the remaining topics set forth in Defendants' 30(b)(6) Notice, AdvanceMe will await and comply with Judge Love's order in this regard.

AdvanceMe reserves the right to move for a protective order in the event Defendants seek an additional seven hours of 30(b)(6) deposition testimony from AdvanceMe, as they have suggested they will in previous correspondence.

Sincerely,

Robert C. Matz

cc:   Hilary L. Preston, Esq.
      Joseph D. Gray, Esq.
      Douglas R. McSwane, Jr., Esq.

RCM/rjs