# EXHIBIT E
## TO ADVANCEME'S SUR-REPLY IN OPPOSITION
## TO DEFENDANTS' MOTION TO COMPEL

# Vinson&Elkins

**Joseph D. Gray** jgray@velaw.com
Tel 512.542.8420  Fax 512.236.3224

December 6, 2006

*Via E-Mail*

Robert Matz
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155

Re: AdvanceMe, Inc. v. Rapidpay LLC, et al. (No. 6:05-cv-00424) (E.D. Tex.); AdvanceMe, Inc. v. AmeriMerchant LLC (No. 6:06-cv-082) (E.D. Tex.) **30(b)(6) Deposition of AdvanceMe**

Dear Robert:

We write in response to your letter of last night regarding the 30(b)(6) deposition of AdvanceMe.

While you state that you are "confirm[ing]" the 30(b)(6) deposition, this is the *first* time Plaintiff has offered to make a witness available on the agreed topics without imposing improper and unreasonable conditions. In fact, prior to last night's letter, Plaintiff's latest correspondence regarding the 30(b)(6) deposition reiterated its belief that "it makes no sense to schedule a deposition" before the Court's ruling on Defendants' motion to compel. *See* November 22, 2006 letter from Michael Edelman to Joseph Gray.

Plaintiff has now seemingly reversed its position – giving two days' notice for the deposition, after delaying the deposition for over two months, and after briefing on Defendants' motion to compel has highlighted Plaintiff's improper discovery tactics.

Not surprisingly, Defendants are unable to cancel other commitments, make necessary arrangements, and conduct this 30(b)(6) deposition within 48 hours. It appears as though Plaintiff has made an illusory offer on the eve of a hearing on Defendants' motion to compel.

Because Defendants expect a hearing on their motion to compel shortly, and the Court will presumably decide all issues related to the 30(b)(6) deposition of Plaintiff at that

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400  Fax 512.542.8612  www.velaw.com

V&E

time, Defendants plan to proceed with a 30(b)(6) deposition of Plaintiff within <u>three days</u> of the Court's ruling. Please prepare Plaintiff's witness(es) accordingly.

Regards,

Joseph D. Gray

102315:5459

774469v1

cc: Michael Edelman
    Bill Schuurman
    Hilary Preston