# EXHIBIT F
## TO ADVANCEME'S SUR-REPLY IN OPPOSITION
## TO DEFENDANTS' MOTION TO COMPEL

## Edelman, Michael N.

| | |
|---|---|
| **From:** | Edelman, Michael N. |
| **Sent:** | Tuesday, December 05, 2006 5:43 PM |
| **To:** | Gray, Joseph |
| **Cc:** | 'Preston, Hilary' |
| **Attachments:** | Marketing Presentation Phase 1 2-22-03.ppt; top 50 metro area populations.xls |



Marketing Presentation Phase 1.



top 50 metro area populations....

oey,

We have now identified the attachments your refer to. We are attaching herewith two of these three attachments (please note these documents are hereby designated as "Confidential -- Outside Counsel Eyes Only" and should be treated as such). The third attachment consists of a spreadsheet of AdvanceMe customer data. We are unable to locate any relevant information in this attachment, and we do not believe that we can produce it without raising customer privacy and/or confidentiality concerns. Please note that this spreadsheet does not contain any analysis or discussion of AdvanceMe's competitors, potential competitors, or other companies in the marketplace, nor does it contain any information about any prior art methods or systems. The spreadsheet solely consists of information related to an analysis of AdvanceMe's customer base in certain United States markets.

With respect to the production, our opposition represented that our search for the documents you were looking for (i.e., AdvanceMe documents relating to the prior art systems or methods listed in the invalidity contentions) would be complete. Our electronic search of AdvanceMe files for such documents is complete and you have received our production resulting from that search. We believe it is likely that our production of hard copies is complete as well, but AdvanceMe wants to check in a few additional areas before we provide a final confirmation, which we will be providing shortly.

1