AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC - 8 2006
DAVID J. MALAND, CLERK
BY
DEPUTY

ADVANCEME, INC.

V.

AMERIMERCHANT LLC

**NOTICE**

CASE NUMBER: 6:06cr82

TYPE OF CASE:

☑ CIVIL  ☐ CRIMINAL

☑ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 211 W. Ferguson<br>Tyler, Texas 75702 | 207 |
| | DATE AND TIME |
| | 12/19/2006 1:30 pm |

TYPE OF PROCEEDING

HEARING ON MOTION TO COMPEL (DOCS. 75 AND 78)

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JOHN D. LOVE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

12/8/2006                              Sharon R. Guthrie
DATE                                   (BY) DEPUTY CLERK

TO:

Otis Carroll, Attorney for Plaintiff
Hilary Preston, Attorney for Defendants