AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 12 2006

DAVID J. MALAND, CLERK

ADVANCEME, INC.

V.

AMERIMERCHANT LLC

**NOTICE**

CASE NUMBER: 6:06cv82

| TYPE OF CASE: | | |
|---|---|---|
| | ☑ CIVIL | ☐ CRIMINAL |

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

HEARING ON DOCS. 75 AND 78

☑ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 211 W. Ferguson Tyler, Texas 75702 | 12/19/2006 10:00 am | 12/21/2006 1:30 pm |

JOHN D. LOVE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

12/12/2006                                      Sharon R. Guthrie
DATE                                            (BY) DEPUTY CLERK

TO:

Otis Carroll, Attorney for Plaintiff
Hilary Preston, Attorney for Defendants