IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE: 12/21/2006

| JUDGE<br>JOHN LOVE | REPORTER: Jan Mason<br>LAW CLERK: Deleith Gossett |
|---|---|
| ADVANCEME, INC.<br>    Plaintiff<br><br>vs.<br><br>RAPIDPAY, LLC., ET AL<br>    Defendant | CIVIL ACTION NO: 6:05CV424 AND<br>6:06CV82<br><br>MOTIONS HEARING<br>(DOC. #143, 145, 75, 78) |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Otis Carroll  Deborah Race  Mike Edelman | Doug McSwane  Joseph Gray  Floyd Walker  Bill Schurman |

On this day, came the parties by their attorneys and the following proceedings were had:

OPEN:                                                    ADJOURN:

| TIME: | MINUTES: |
|---|---|
| 2:10 | Case called. |
|  | McSwane announces agreements. |
|  | Judge denies #150 as moot |
| 2:13 | As agreed to answer inter. w/ excep. to joint defense agreement |
|  | As in Rapidpay have 15 inter - Covers 78 and 145 |
|  | Docket 143 and 75 - where are we? |
| 2:15 | McSwane agree Pl. will produce Bob(b) witness week of 1/15. |
|  |  |

FILED:   12/21/06

DAVID J. MALAND, CLERK

BY: *Sharon Guthrie*, Courtroom Deputy

PAGE 2 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 2:16 | Carroll discusses specifics - prior art in the future |
|  | Edelman makes comments |
| 2:17 | McSwane description of privilege doc. Parties have jointly agreed to provide mtn. to continue. |
| 2:20 | Carroll - couple things from plaintiff |
| 2:22 | McSwane - back up tapes - plaintiff will produce 2 mnths of back up tapes. Carroll responds. |
| 2:25 | Schurman - interrogatory issue first. there is prior art - uses Board 1 + 3 for explanation - Board B4 - explains difference from Board B3. Board B5 - |
| 2:32 | Discuss Denis Club prior art; lets look at Little & Co.; they needed an expert in order to respond. Board 6 - further explanation |
| 2:45 |  |
| 2:46 | Carroll responds - supplement our interrogatory - not prior it has to be written; save the rest for when invited. |
| 2:52 | Edelman - important distinction to be made - defined their terms - long list of definitions |
| 2:58 | Schurman - one other thing What do you want them to do? |
| 3:00 | Schurman - respond accurately - compare charts |
|  | Carroll responds |
| 3:02 | Judge discusses - If they say that and believe that what can I do? |

| TIME: | MINUTES: |
|---|---|
| 3:05 | Schurman - would limit issues Ct. is going to grant the mtn. as discussed today. Anything else? |
| 3:07 | Carroll - part of problem - consider add'l information |
| 3:08 | Grant the mtn. as to what has been agreed to. The answer is what it is. How quickly can you get them? January 12 - Do we have document issues? |
| 3:10 | Schurman - what is relevant? showing doc. to ct. |
| 3:25 | 5 minute break |
| 3:35 | Schurman - relevant documents Judge - confidential issues Schurman - have protective order - pages 3 and 4 of document - notice of appeal - why redacted - all board meeting minutes |
| 3:40 | Edelman - we produced two of those documents |
| 3:41 | Judge - asking question of Schurman Schurman - prepared regularly - any knowledge of competition before 1997 |
| 3:43 | Edelman - searched for documents Judge - let me ask this Schurman - no secret - who was involved in prosecution - widely known. |

| TIME: | MINUTES: |
|---|---|
| 3:45 | Judge - what he is saying |
| | Edelman - with respect to both we searched for documents |
| | Schuman - done thorough search |
| 3:47 | Judge - what is prior art - knowledge of prior art |
| | Edelman - searched all documents - some documents were produced - former employees |
| 3:50 | Judge - deny request for further dx. inform P. of what you have - let me ck abt competitive |
| 3:52 | Edelman - looked at board mtg minutes will go back and look again |
| | Judge - accomplish by 1/15 - depose |
| 3:54 | former employees - on 2 representing deps. |
| | Edelman - what was litigation about - sensitive issues - whether patent was filed |
| | Judge - redacted portions do not relate to patents - pursuant to protective order |
| 3:58 | Schuman - responds |
| | Edelman - ones on our log |
| | Schuman - responds |
| | Edelman - will look at those three |
| 4:00 | Judge - go back and look - anything further - interrogatory issue granted + dox issue by 1/15 |

4:05