IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT LLC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF
## ADDITIONAL COUNSEL FOR DEFENDANT AMERIMERCHANT LLC

Defendant AmeriMerchant LLC files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Brian K. Buss, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, is appearing as additional counsel for AmeriMerchant LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Respectfully submitted

/s/ Brian K. Buss
Brian K. Buss
Texas State Bar No. 00798089
VINSON & ELKINS, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8580
Fax: (512) 236-3338
E-mail: bbuss@velaw.com

Austin 781349v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of January, 2007. Any other counsel of record will be served by first class mail on this same date.

                                              /s/ Brian K. Buss
                                              Brian K. Buss