# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | **CAUSE NO. 6:05-CV-424 LED** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. d/b/a SIMPLE CASH** | § § § § § § § § | |
| *Defendants.* | § | |
| **ADVANCEME, INC.,** | § § § | |
| *Plaintiff,* | § § | **CAUSE NO. 6:06-CV-0082 LED** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **AMERIMERCHANT, LLC,** | § § § | |
| *Defendant.* | § | |

### ORDER GRANTING DEFENDANTS' STATEMENT OF OBJECTIONS TO AND MOTION FOR MODIFICATION OF MAGISTRATE JUDGE LOVE'S *MARKMAN* MEMORANDUM OPINION AND ORDER

On this day, the Court considered Defendants' Statement of Objections to and

Motion for Modification of Magistrate Judge Love's December 21, 2006 *Markman*

Memorandum Opinion and Order. After careful consideration, the Court finds

Defendants' objections to be meritorious. Accordingly, Defendants' objections shall be,

and are hereby, **GRANTED**.

It is, therefore, **ORDERED** that the *Markman* Memorandum Opinion and Order is modified in the following ways:

1. "Obligation" shall be construed as: "an amount owed by the merchant that is independent of any particular purchase and outside of any of the fees and/or costs normally imposed on the merchant for a typical processing transaction."

2. "Third Party" shall be construed as: "party other than the merchant."

3. The Court finds that no structure is disclosed for the claimed functions of "forwarding a portion of the payment to the third party" (Claim 10), "forwarding at least a portion of the accumulated payments to the third party" (Claim 17), "periodically forwarding at least a portion of the payment to the third party" (Claim 18), or "forwarding to the third party an amount that is a percentage of the obligation" (Claim 19).