# EXHIBIT 7

TO AFFIDAVIT OF ROBERT C. MATZ IN SUPPORT OF ADVANCEME, INC.'S EMERGENCY MOTION TO QUASH OR MODIFY THE SUBPOENAS OF CLIFF HARDWICK AND JOHN KONOP, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

**Matz, Robert**

**From:** Gray, Joseph [jgray@velaw.com]
**Sent:** Thursday, January 18, 2007 1:08 PM
**To:** Matz, Robert
**Subject:** Re: AdvanceMe v. Rapidpay; AdvanceMe v. AmeriMerchant

Robert,

I am in New York for AdvanceMe's deposition right now, and plan to head to Atlanta tomorrow for the depositions there. I will return your call upon my return, or we can correspond via email.

Regards,
Joey
Joseph D. Gray
Vinson & Elkins LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8420
Fax 512.236.3224
jgray@velaw.com


----- Original Message -----
From: Matz, Robert <robertmatz@Paulhastings.com>
To: Reiley, Amy; Henderson, Christina <christinahenderson@paulhastings.com>; Deborah Race <Drace@icklaw.com>; Edelman, Michael N. <michaeledelman@Paulhastings.com>; Otis Carroll <fedserv@icklaw.com>; Lemieux, Ronald (Ron) S. <ronlemieux@paulhastings.com>; Jones-Shine, Rosemary <rosemaryjonesshine@Paulhastings.com>; Williams, Shanee <shaneewilliams@Paulhastings.com>; Bhakar, Vid <vidbhakar@paulhastings.com>
Cc: Gray, Joseph; Walker, Floyd; Carter, Evelyn
Sent: Thu Jan 18 14:15:23 2007
Subject: RE: AdvanceMe v. Rapidpay; AdvanceMe v. AmeriMerchant

Amy:

The subpoenas are not attached. Also, can you please contact Joey Gray and tell him to give me a call.

Thank you,

Robert Matz

---

>    From: Reiley, Amy [mailto:areiley@velaw.com]
>    Sent: Thursday, January 18, 2007 12:10 PM
>    To: Henderson, Christina; Deborah Race; Edelman, Michael N.; Otis Carroll; Matz, Robert; Lemieux, Ronald (Ron) S.; Jones-Shine, Rosemary; Williams, Shanee; Bhakar, Vid
>    Cc: Gray, Joseph; Walker, Floyd; Carter, Evelyn
>    Subject: AdvanceMe v. Rapidpay; AdvanceMe v. AmeriMerchant
>
>
>    Dear Counsel:
>    I have attached subpoenas being served on Laurent Bouchard in the above referenced matters.
>
>        Amy Reiley
>        Paralegal
>        Vinson & Elkins LLP

1

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8864
Fax 512.236-3431
areiley@velaw.com

To the extent this communication contains any statement regarding federal taxes, that statement was not written or intended to be used, and it cannot be used, by any person (i) as a basis for avoiding federal tax penalties that may be imposed on that person, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.


......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.


************************************************************
IRS Circular 230 Disclosure:    As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may  be imposed under the U.S. Internal Revenue Code.
************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.