# EXHIBIT 10
## TO AFFIDAVIT OF ROBERT C. MATZ IN SUPPORT OF ADVANCEME, INC.'S EMERGENCY MOTION TO QUASH OR MODIFY THE SUBPOENAS OF CLIFF HARDWICK AND JOHN KONOP, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

Dockets.Justia.com

# Matz, Robert

| | |
|---|---|
| **From:** | Matz, Robert |
| **Sent:** | Thursday, January 18, 2007 5:20 PM |
| **To:** | 'Gray, Joseph' |
| **Cc:** | 'bschuurman@velaw.com'; 'Preston, Hilary'; 'dougmcswane@potterminton.com'; Otis Carroll; 'Deborah Race'; Lemieux, Ronald (Ron) S.; Edelman, Michael N.; Bhakar, Vid |
| **Subject:** | AdvanceMe/RapidPay/AmeriMerchant: Status of Meet and Confers Re Hardwick and Konop Depositions |

Joey:

I have drafted motions to quash or modify the subpoenas or, in the alternative, for a protective order. We intend to file these in the Northern District of Georgia later tonight. Please let me know if Defendants still intend to move forward with these depositions on Saturday, January 20 and 21, 2007. If I don't hear from you by 6:00 p.m. PST, I will assume Defendants intend to go ahead with these depositions and will file the emergency motions and supporting documents. We will also be seeking sanctions and all other remedies available to AdvanceMe.

Robert Matz

1/18/2007