IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, <br><br> Defendants. | CASE NO. 6:05-CV-424 (LED – JDL) |
| ADVANCEME, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERIMERCHANT, LLC, <br><br> Defendant. | CASE NO. 6:06-CV-082 (LED – JDL) <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF ADVANCEME'S UNOPPOSED MOTION
FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS'
MOTION FOR MODIFICATION OF MAGISTRATE JUDGE LOVE'S *MARKMAN*
MEMORANDUM OPINION AND ORDER IN EXCESS OF PAGE LIMIT**

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave to File an Opposition to Defendants' Motion for Modification of Magistrate Judge Love's *Markman* Memorandum Opinion and Order In Excess of Page Limits. The Court is of the opinion that the motion is well taken and should be granted.

///

ORDER GRANTING PLAINTIFF ADVANCEME'S
UNOPPOSED MOTION TO FILE AN OPPOSITION IN EXCESS OF
PAGE LIMIT

1

CASE NO. 6:05-CV-424
CASE NO. 6:06-CV-082

Dockets.Justia.com

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion For Leave To File Its Opposition To Defendants' Motion To Compel In Excess of Page Limits be **GRANTED**.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule cv-5(a)(3) on this the 24th day of January, 2007. Any other counsel of record will be served by first class mail on this same date.

                                                  /s/ Robert C. Matz
                              Robert C. Matz

LEGAL_US_W # 55511643.1