# EXHIBIT A

# Vinson&Elkins

R. Floyd Walker  fwalker@velaw.com
Tel 512.542.8453  Fax 512.236.3232

January 22, 2007

**Via E-mail**

Michael Edelman
Of Counsel, Litigation Department
Paul, Hastings, Janofsky & Walker, LLP
Five Palo Alto Square Sixth Floor
Palo Alto, California 94306-2155

Re:   AdvanceMe, Inc. v. Rapidpay LLC, et al. (No. 6:05-cv-424) (E.D. Tex.)
      AdvanceMe, Inc. v. AmeriMerchant LLC (No. 6:06-cv-082) (E.D. Tex.)

Dear Michael:

Please be advised that the depositions of Cliff Hardwick and John Konop that were previously scheduled for the 20th and 21st of January, 2007, respectively, have been rescheduled to the 7th and 8th of February, 2007, respectively. The place and time of these depositions are the same as previously noticed. Due to the schedule of the witnesses, these dates are the best available times with which to hold these depositions in a timely manner.

Recognizing that the 30(b)(6) deposition of Reach Financial is currently scheduled for the 8th of February, 2007, Reach Financial is willing to postpone the taking of its deposition should this present a scheduling problem.

Sincerely,

R. Floyd Walker

cc:   Willem G. Schuurman
      Joseph D. Gray
      Brian K. Buss
      Doug McSwane
      Ronald Lemieux
      Otis Carroll

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400  Fax 512.542.8612  www.velaw.com