# EXHIBIT D

# IRELAND, CARROLL & KELLEY, P.C.
ATTORNEYS AT LAW

6101 SOUTH BROADWAY, SUITE 500
SOUTH BROADWAY AT GRANDE BLVD
TYLER, TEXAS 75703
(903) 561-1600

*Mailing Address:*
POST OFFICE BOX 7879
TYLER, TEXAS 75711
FAX (903) 581-1071

OTIS CARROLL
PATRICK KELLEY*
DEBORAH RACE**
COLLIN M. MALONEY
J. WESLEY HILL
MANDY CARROLL

DONALD CARROLL (1929-1992)
H. KELLY IRELAND (Retired)

*Board Certified - Business Bankruptcy Law
 Texas Board of Legal Specialization

**Board Certified - Civil Appellate Law
 Texas Board of Legal Specialization

February 2, 2007

Willem G. Schuurman, Esq.
Vinson & Elkins, LLP
2801 Via Fortuna, Ste. 100
Austin, Texas 78746

*Via email*: bschuurman@velaw.com

Re:   *AdvanceMe v. RapidPay, et al.; AdvanceMe v. Amerimerchant*

Dear Bill:

Further to our telephone conversation of this afternoon about the third party depositions scheduled for next week in Atlanta, I understand from you as follows:

1. The dates selected are dates preferred by these third party witnesses;

2. You notified our side of those dates over a week ago; and,

3. You are willing to reschedule a 30(b)(6) deposition which conflicts with the second third party deposition scheduled in Atlanta to accommodate Robert Matz's schedule.

I am sending a copy of this letter to my folks to confirm that we are all working off of the same information. If we are, we should be able to resolve this. I'll be traveling but have asked Deborah Race to stay in touch with you

Best regards.

Very truly yours,

Otis Carroll
For the Firm

OC:nc
cc:   Deborah Race        (firm)
      Ron Lemieux
      Michael Edelman