# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| *Plaintiff,* § | |
| v. § | |
| § | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | |
| **CORPORATION, FIRST FUNDS LLC,** § | **CAUSE NO. 6:05-CV-424 LED** |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and** § | |
| **FAST TRANSACT, INC. d/b/a** § | |
| **SIMPLE CASH** § | |
| *Defendants.* § | |
| | |
| **ADVANCEME, INC.,** § | |
| *Plaintiff,* § | |
| v. § | **CAUSE NO. 6:06-CV-082 LED** |
| § | **JURY TRIAL DEMANDED** |
| **AMERIMERCHANT, LLC,** § | |
| *Defendant.* § | |

### ORDER GRANTING DEFENDANTS' EMERGENCY MOTION
### TO ENSURE THAT A THIRD PARTY DEPOSITION PROCEED
### ON FEBRUARY 8, 2007 AS RESCHEDULED

On this day, the Court considered Defendants' Emergency Motion to Ensure that a Third Party Deposition Proceed on February 8, 2007 as Rescheduled. After careful consideration, the Court finds that Defendants' motion is meritorious and shall be GRANTED.

It is, therefore, ORDERED that the third party deposition of John Konop proceed as scheduled in Atlanta on February 8, 2007.