# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | CASE NO. 6:05-CV-424 (LED – JDL) |
| **Plaintiff,** | § | |
| v. | § | |
| RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, | § | |
| **Defendants.** | § | |
| ADVANCEME, INC., | § | CASE NO. 6:06-CV-082 (LED – JDL) |
| **Plaintiff,** | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| AMERIMERCHANT, LLC, | § | |
| **Defendant.** | § | |

**AFFIDAVIT OF MICHAEL EDELMAN IN SUPPORT OF ADVANCEME, INC.'S EMERGENCY MOTION FOR A PROTECTIVE ORDER IN CONNECTION WITH A SUBPOENA THAT WAS SERVED ON THIRD PARTY JOHN KONOP AND THE SCHEDULING OF HIS DEPOSITION ON FEBRUARY 8, 2007, A DATE THAT COUNSEL FOR ADVANCEME IS UNABLE TO ATTEND**

I, Michael N. Edelman, declare as follows:

1.      I am of counsel with the law firm of Paul, Hastings, Janofsky & Walker LLP,

counsel for plaintiff AdvanceMe, Inc. ("AdvanceMe") in the above-referenced matter.  I have

personal knowledge of the following facts except as otherwise noted and, if called upon to do so,

Dockets.Justia.com

could and would testify competently thereto.

2.    During the evening of Wednesday, February 7, 2007, I will be attending a critical client conference in Mountain View, California that cannot be postponed.  This meeting is scheduled to start in the late afternoon and continue into the night.

3.    On Thursday, February 8, 2007, I have several additional critical matters to attend to in other cases, including a client meeting in which the client is scheduled to travel to my office from Los Angeles, California.

4.    AdvanceMe is not seeking to reschedule Mr. Konop's deposition for any improper purpose.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED:  February 5, 2007

_____

Michael N. Edelman, Bar No. 180948, Admitted *pro hac vice*

AFFIDAVIT OF RONALD S. LEMIEUX IN SUPPORT OF
ADVANCEME, INC.'S EMERGENCY MOTION FOR A PROTECTIVE
ORDER RE THE FEBRUARY 8, 2007 DEPOSITION OF JOHN KONOP

-2-

CASE NO.6:05-CV-424
CASE NO.6:06-CV-082

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Fed.R.Civ.P. 5(d) and Local Rule 5(c) on this the 5th day of February, 2007.  Any other counsel of record will be served by first class mail on this same date.

_____/s/_____
Robert C. Matz

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for plaintiff AdvanceMe, Inc. has conferred with counsel for Defendants Merchant Money Tree, Inc., First Funds, LLC, Reach Financial, LLC, and AmeriMerchant, LLC in a good faith attempt to resolve the matter of this motion without Court intervention but was unable to reach any agreement.  Defendants oppose this motion.

_____/s/_____
Robert C. Matz

LEGAL_US_W # 55577699.1

AFFIDAVIT OF RONALD S. LEMIEUX IN SUPPORT OF
ADVANCEME, INC.'S EMERGENCY MOTION FOR A PROTECTIVE
ORDER RE THE FEBRUARY 8, 2007 DEPOSITION OF JOHN KONOP

1

CASE NO.6:05-CV-424
CASE NO.6:06-CV-082