Exhibit 5

## Matz, Robert

**From:** Matz, Robert
**Sent:** Friday, January 12, 2007 4:24 PM
**To:** 'Gray, Joseph'
**Subject:** RE: 30(b)(6) depositions

Joey:

AdvanceMe confirms that it will be proceeding with these depositions, on these dates, at the locations set forth in the Notice of Deposition.

Regards,

Robert Matz

---

**From:** Gray, Joseph [mailto:jgray@velaw.com]
**Sent:** Thursday, January 11, 2007 9:18 AM
**To:** Edelman, Michael N.; Matz, Robert
**Subject:** 30(b)(6) depositions

Mike and Robert:

Please confirm whether AdvanceMe intends to proceed with the 30(b)(6) deposition of Merchant Money Tree on January 23rd and/or the 30(b)(6) deposition of Reach Financial on February 8th.

Regards,

**Joseph D. Gray**
Attorney
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8420
Fax 512.236.3224
jgray@velaw.com

To the extent this communication contains any statement regarding federal taxes, that statement was not written or intended to be used, and it cannot be used, by any person (i) as a basis for avoiding federal tax penalties that may be imposed on that person, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review,

dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.