Appendix K                                                                 Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__TYLER__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
US DISTRICT COURT
2007 FEB 15 PM 3:58
TEXAS EASTERN

1. This application is being made for the following: Case # __6:06 cv 082__ BY_____

Style: __Advanceme, Inc. v. Amerimerchant LLC__

2. Applicant is representing the following party/ies:
__Defendant__

3. Applicant was admitted to practice in __NY__ (state) on __March 1995__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__NY - 1st Department; NY Federal Court: SDNY, EDNY, 2d Circuit__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:
I, __Jeff Sander__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __2/15/07__           Signature __[signed]__

Name (please print) JEFF SANDERS
State Bar Number 2696664
Firm Name: Rosen & Ritholz LLP
Address/P.O. Box: 183 Madison Ave, Penthouse
City/State/Zip: New York, NY 10016
Telephone #: (212) 448-1800
Fax #: (212) 504-9553
E-mail Address: jsanders@robritlaw.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of __2/16/07__, 20___.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _David Maland_

Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0008767

## United States District Court

for the
Eastern District of Texas at Tyler

Date: Thursday, February 15, 2007

Received from:

**POTTER MINTON**
**P.O. BOX 359**
**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 6:06CV82
Comments: PHV APPLICATION FOR JEFF SANDERS - FIRM CK 066104

Received by: MC