# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** § | | **CIVIL CASE NO. 6:06-cv-82 (LED)** |
| Plaintiff, § | | |
| v. § | | |
| § | | |
| **AMERIMERCHANT LLC,** § | | |
| § | | |
| Defendants. § | | |
| § | | |

## ADVANCEME, INC.'S NOTICE OF AMENDED INITIAL DISCLOSURES

Pursuant to United States District court for the Eastern District of Texas Local Rule CV-26(c), Plaintiff AdvanceMe, Inc. certifies that it has furnished all parties of record with it's Amended Initial Disclosures on February 12, 2007, pursuant to Federal Rule of Civil Procedure 26(a)(1).

Dated: March 2, 2007            Respectfully submitted,

By: _____/s/ Shanée Y. Williams_____
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Vidya R. Bhakar
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Shanée Y. Williams
(CA Bar No. 221310) (Admitted Pro Hac Vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email:  ronlemieux@paulhastings.com
- and -

IRELAND, CARROLL & KELLEY, P.C.

1

Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 2nd day of March 2007.

                                      /s/ Christina Henderson

LEGAL_US_W # 55758090.1