IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | **Civil Case No. 6:06-CV-082** |
| **VS.** | § | |
| | § | **Davis** |
| **AMERIMERCHANT, LLC** | § | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE EXPERT REPORTS

Before the Court is the Agreed Motion for Extension of Time Within Which to File Expert Reports filed March 6, 2007. Having considered the motion, the Court is of the opinion that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time Within Which to File Expert Reports is in all thing **GRANTED.**

So ORDERED and SIGNED this 7th day of March, 2007.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE