FILED CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
2007 APR 25 PM 4: 34
EASTERN DISTRICT OF TEXAS
TEXAS EASTERN
TYLER DIVISION

APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # _____6:06-CV-082 LED_____

   Style: _____AdvanceMe, Inc. v AmeriMerchant LLC, et al._____

2. Applicant is representing the following party/ies: _____AdvanceMe_____

3. Applicant was admitted to practice in California (state) on _____December 1, 2006_____ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).

   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: _____California State Courts_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Daisy S. Poon__, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __4/17/07__            Signature __[signature]__

Name (please print) __Daisy S. Poon__
State Bar Number __244986__
Firm Name: __Paul, Hastings, Janofsky & Walker LLP__
Address/P. O. Box: __Five Palo Alto Square, Sixth Floor__
City/State/Zip: __Palo Alto, CA 94306-2155__
Telephone #: __650.320.1800__
Fax #: __650.320.1900__
E-mail Address: __daisypoon@paulhastings.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of __4/27/07__, 20___.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __[signature] David Maland__
Deputy Clerk

LEGAL_US_W # 56061368.1

# Receipt for Payment

Receipt No: 6-3-00395B

## United States District Court
for the
Eastern District of Texas at Tyler

Date: Wednesday, April 25, 2007

Received from:

IRELAND, CARROLL & KELLEY, P.C.
6101 SOUTH BROADWAY
SUITE 500
TYLER, TX 75703

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 6:06CV82
Comments: PHV - CK 25113

Received by: KB