UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC.,<br>　　　　Plaintiff,<br>v.<br><br>RAPIDPAY LLC, FIRST FUNDS LLC,<br>MERCHANT MONEY TREE, INC.,<br>REACH FINANCIAL LLC, and<br>FAST TRANSACT, INC. d/b/a<br>SIMPLE CASH,<br>　　　　Defendants. | § § § § § § § § § § § § § | CIVIL CASE NO. 6:05-cv-424 (LED–JDL) |
| ADVANCEME, INC.,<br>　　　　Plaintiff,<br>v.<br><br>AMERIMERCHANT, LLC,<br>　　　　Defendant. | § § § § § § § § § § § | CIVIL CASE NO. 6:06-cv-082 (LED-JDL)<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**ORDER GRANTING PLAINTIFF ADVANCEME, INC.'S UNOPPOSED MOTION
FOR LEAVE TO FILE ITS SEALED MOTION FOR SANCTIONS
<u>IN EXCESS OF PAGE LIMIT</u>**

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave To File an Opposition to Defendants' Partial Summary Judgment Motion of Patent Invalidity in Excess of Page Limit. The Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion for Leave To File an Opposition To Defendants' Partial Summary Judgment Motion of Patent Invalidity in Excess of Page Limit be GRANTED.

**So ORDERED and SIGNED this 17th day of May, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE