IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | **CAUSE NO. 6:05-CV-424 LED JDL** |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and | § | |
| FAST TRANSACT, INC. d/b/a | § | |
| SIMPLE CASH | § | |
| | § | |
|     *Defendants.* | § | |
| ADVANCEME, INC. | § | |
| | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | **CAUSE NO. 6:06-CV-082 LED JDL** |
| | § | |
| AMERIMERCHANT, LLC, | § | |
| | § | |
|     *Defendant.* | § | |
| | § | |

### DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR <u>SANCTIONS AND OTHER RELIEF</u>

Defendants First Funds LLC, Merchant Money Tree, Inc., Reach Financial, LLC , and AmeriMerchant, LLC (collectively "Defendants") respectfully request that the Court grant an Extension of Time to File their Opposition to Plaintiff's Motion for Sanctions or Alternative Relief.

Plaintiff and Defendants met and conferred by telephone conference regarding this motion on May 31, 2007, and agreed that this motion will be unopposed.

Austin 836710v.1

Dockets.Justia.com

   This request for an extension is not sought for purposes of delay, but that justice might be done. Accordingly, Defendants requests that the Court extend the date on which Defendants' Opposition will be due to June 6, 2007.

June 4, 2007            Respectfully submitted,

             By : /s/ R. Floyd Walker
              William G. Schuurman (TX State Bar No. 17855200)
              bschuurman@velaw.com
              Brian K. Buss (TX State Bar No. 00798089)
              bbuss@velaw.com
              Joseph D. Gray (TX State Bar No. 24045970)
              jgray@velaw.com
              R. Floyd Walker (TX State Bar No. 24044751)
              fwalker@velaw.com
              Graham E. Sutliff (TX State Bar No. 24046935)
              gsutliff@velaw.com
              VINSON & ELKINS L.L.P.
              2801 Via Fortuna, Suite 100
              Austin, Texas 78746
              Telephone: 512.542.8400
              Facsimile: 512.236.3476

              Hilary L. Preston
              hpreston@velaw.com
              VINSON & ELKINS L.L.P.
              666 Fifth Avenue – 26th Floor
              New York, NY 10103
              Telephone: 212.237.0000
              Facsimile: 212.237.0100

              Douglas R. McSwane, Jr. (TX State Bar No. 13861300)
              J. Matt Rowan (TX State Bar No. 24033137)
              POTTER MINTON
              A Professional Corporation
              110 N. College
              500 Plaza Tower
              Tyler, Texas 75702
              Telephone: 903.597.8311
              Facsimile: 903.593.0846
              E-mail: dougmcswane@potterminton.com

              *Counsel for Defendants First Funds LLC, Merchant*
              *Money Tree, Inc., and Reach Financial, LLC*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of June, 2007. Any other counsel of record will be served by first class mail on this same date.

                   /s/  R. Floyd Walker
                 R. Floyd Walker

Austin 836710v.1