# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **AMERIMERCHANT, LLC,** § | **CASE NO. 6:06-CV-082 (LED-JDL)** |
| § | |
| *Defendant.* § | |
| § | |
| § | |
| § | |
| § | |
| § | |

### JOINT MOTION TO AMEND THIS COURT'S JULY 5, 2006 DOCKET CONTROL ORDER (DOCKET ENTRY 20)

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiff ADVANCEME, INC. and Defendant AMERIMERCHANT, LLC to bring this Joint Motion to amend the July 5, 2006 Docket Control Order (D.E. 20) as follows:

| CURRENT DEADLINE | REQUESTED DEADLINE | ACTION |
|---|---|---|
| June 7, 2007 | September 13, 2007 | Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. |
| June 18, 2007 | October 3, 2007 | Parties designate responsive expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. |
| | October 19, 2007 | **Expert Witness Discovery Deadline.** |

There is not currently a separate deadline for the close of expert discovery. Pursuant to

the Court's July 5, 2006 Docket Control Order, both fact and expert discovery close on July 17,

2007. This Joint Motion does not request any amendment of the fact discovery cut-off; it only seeks to extend the expert disclosure deadlines and expert discovery cut-off as the parties agree that additional time is needed to complete the appropriate expert disclosures and expert discovery. Accordingly, the foregoing extensions are not sought for purposes of delay or any other improper purpose.

          Respectfully submitted,

Date: June 5, 2007          By:      /s/ Shanée Y. Williams
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux (ronlemieux@paulhastings.com)
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Michael N. Edelman (michaeledelman@paulhastings.com)
(CA Bar No. 180948) (Admitted Pro Hac vice)
Vidya R. Bhakar (vidbhakar@paulhastings.com)
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Robert C. Matz (robertmatz@paulhastings.com)
(CA Bar No. 217822) (Admitted Pro Hac Vice)
Shanée Y. Williams (shaneewilliams@paulhastings.com)
(CA Bar No. 221310) (Admitted Pro Hac Vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: 903-561-1600
Facsimile: 903-581-1071
Email: fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with Joseph Gray, counsel for Defendants, and Defendants agreed to join in this Joint Motion to Amend this Court's July 5, 2006 Docket Control Order (Docket Entry 20).

/s/ Shanée Y. Williams
Shanée Y. Williams

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 5th day of June, 2007.

/s/ Shanée Y. Williams
Shanée Y. Williams