IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | |
| *Plaintiff,* | § § § § | |
| v. | § § | |
| **AMERIMERCHANT, LLC,** | § | **CASE NO. 6:06-CV-082 (LED-JDL)** |
| *Defendant.* | § § § § § § | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND THIS COURT'S JULY 5, 2006 DOCKET CONTROL ORDER (DOCKET ENTRY 20)

CAME ON FOR CONSIDERATION Plaintiff ADVANCEME, INC. and Defendant AMERIMERCHANT, LLC's Joint Motion to Amend this Court's July 5, 2006 Docket Control Order (D.E. 20). The Court finds that there is good cause for amending the Court's July 5, 2006 Docket Control Order (D.E. 20) and hereby **GRANTS** the Joint Motion.

IT IS, THEREFORE, ORDERED that this Court's July 5, 2006 Docket Control Order be amended as follows:

| CURRENT DEADLINE | REQUESTED DEADLINE | ACTION |
|---|---|---|
| June 7, 2007 | September 13, 2007 | Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. |
| June 18, 2007 | October 3, 2007 | Parties designate responsive expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. |
|  | October 19, 2007 | **Expert Witness Discovery Deadline.** |

**So ORDERED and SIGNED this 6th day of June, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

2