AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN       DISTRICT OF

ADVANCEME, INC.

V.

AMERIMERCHANT, INC.

**NOTICE**

CASE NUMBER: 6:06cv82

---

TYPE OF CASE:

☑ **CIVIL**       ☐ **CRIMINAL**

---

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 211 W. Ferguson<br>Tyler, Texas | 207 |
| | DATE AND TIME |
| | 6/22/2007 9:00 am |

TYPE OF PROCEEDING

HEARING ON MOTION DOCS. 132 AND 133

---

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

John D. Love

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

6/8/2007

DATE

Sharon Guthrie

(BY) DEPUTY CLERK

TO:

Otis Carroll, Attorney for Plaintiff
Brian Buss, Attorney for Defendant