IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **VS.** | § | Civil Case No. 6:06-CV-082(Davis) |
| | § | |
| **AMERIMERCHANT, LLC** | § | |

**JOINT MOTION FOR CONTINUANCE OF JUNE 22, 2007 HEARING**

Before the Court is Plaintiff's and Defendant's Joint Motion for Continuance of June 22, 2007, hearing on motions Docket #132 and Docket #133 (Dkt. No. 138). Having considered the motion, and that it is agreed, the Court GRANTS Plaintiff's and Defendants' Joint Motion for Continuance of June 22, 2007.

Accordingly, the hearing on motions Docket #132 and Docket #133 (Dkt. No. 138) in above-captioned matter is reset to June 27, 2007.