IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC.,<br>Plaintiff,<br><br>v.<br><br>AMERIMERCHANT, LLC,<br>Defendant. | § § § § § § § § § § § | CASE NO. 6:06-CV-082 LED - JDL |

**[PROPOSED] ORDER GRANTING ADVANCEME, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS**

CAME ON FOR CONSIDERATION AmeriMerchant's Motion For Leave To Amend Its Invalidity Contentions.

After considering the briefing and evidence submitted by the parties, the pleadings in this case, and the arguments of counsel.

IT IS THEREFORE ORDERED THAT:

DEFENDANT'S MOTION IS DENIED.