# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| **VS.** § | Civil Case No. 6:06-CV-082(Davis) |
| § | |
| **AMERIMERCHANT, LLC** § | |

### JOINT MOTION FOR CONTINUANCE OF JUNE 22, 2007 HEARING

Before the Court is Plaintiff's and Defendant's Joint Motion for Continuance of June 22, 2007, hearing on motions Docket #132 and Docket #133 (Dkt. No. 138). Having considered the motion, and that it is agreed, the Court GRANTS Plaintiff's and Defendants' Joint Motion for Continuance of June 22, 2007.

Accordingly, the hearing on motions Docket #132 and Docket #133 (Dkt. No. 138) in above-captioned matter is reset to June 27, 2007 at 1:30 p.m.

**So ORDERED and SIGNED this 12th day of June, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com