IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERIMERCHANT, LLC,<br><br>Defendant. | § <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ <br>§ | CASE NO. 6:06-CV-082 (LED – JDL)<br><br><br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF FOR DOCKET ENTRY 132**

CAME ON FOR CONSIDERATION Plaintiff and Defendant's Consent Motion for an Extension of Time To File Reply Brief for Docket Entry 132. The Court finds that there is good cause for granting an extension of time to file reply brief regarding docket entry 132

IT IS, THEREFORE, ORDERED that Plaintiff and Defendants' Consent Motion for an Extension of Time To File Reply Brief for Docket Entry 132 be GRANTED and that the briefing schedule be altered as follows:

Plaintiff's Reply regarding Docket Entry 132 is due on Monday, June 18, 2007.

**So ORDERED and SIGNED this 15th day of June, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

LEGAL_US_W # 56467764.1

ORDER GRANTING CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE REPLY BRIEF FOR
DOCKET ENTRY 132

CASE NO.6:06-CV-082 (LED-JDL)