AdvanceMe Inc v. AMERIMERCHANT LLC                                    Doc. 144

Case 6:06-cv-00082-LED-JDL    Document 144    Filed 06/14/2007    Page 1 of 3
Case 6:05-cv-00424-LED-JDL    Document 291-1    Filed 06/14/2007    Page 4 of 90069

**Appendix K**                                              Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
Tyler    DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:06-CV-082-LED__

Style: __AdvanceMe, Inc. v. Amerimerchant, LLC__

2. Applicant is representing the following party/ies: __AdvanceMe, Inc.__

3. Applicant was admitted to practice in __CA__ (state) on __June, 1996__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__California: SDCA, CDCA, EDCA, NDCA: Ninth Cir., Fed. Cir.__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __James V. Fazio, III__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6/12/07__          Signature __James V. Fazio III__

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) James V. Fazio, III

State Bar Number  183353

Firm Name:  Paul, Hastings, Janofsky & Walker

Address/P.O. Box: 3579 Valley Centre Drive

City/State/Zip:  San Diego, CA  92130

Telephone #:  (858) 720-2500

Fax #:  (858) 720-2555

E-mail Address:  jamesfazio@paulhastings.com

Secondary E-Mail Address:  deborahmart@paulhastings.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: _____ **6/15/07** _____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

# United States District Court

for the

Eastern District of Texas at Tyler

Date:                          **Friday, June 15, 2007**

Received from:

| Account | | Description |
|---------|---|-------------|
| 085000 | - | Attorney Admission Fees |
| 086400 | - | New Case Fee |
| 086900 | - | Filing Fees |
| 121000 | - | Conscience Fund |
| 129900 | - | Gifts |
| 143500 | - | Interest |
| 322340 | - | Sale of Publications |
| 322350 | - | Copy Fees |
| 322360 | - | Miscellaneous Fees |
| 322380 | - | Recoveries of Court Costs |
| 322386 | - | Cost of Prosecution |
| 504100 | - | Crime Victims Fund |
| 508800 | - | Immigration Fees |
| 510000 | - | Civil Filing Fee (1/2) |
| 5100PL | - | Partial Filing Fee (PLRA) |
| 510100 | - | Registry Fee |
| 604700 | - | Registry Funds/General and Special Funds |
| 613300 | - | Unclaimed Monies |
| 6855XX | - | Deposit Funds |

**PAUL HASTINGS JANOFSKY & WALKER, LLP**

**3579 VALLEY CENTRE DRIVE**

**SAN DIEGO, CA 92130**

| Account | Amount |
|---------|--------|
| 6855XX | **$25.00** |
| Total | **$25.00** |

Payment method:              **Check**

Case or other reference:     **6:06CV082**

Comments:                    **PHV - CK 1620**

Received by:                 **KB**