IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, <br><br> Defendants. | CASE NO. 6:05-CV-424 LED–JDL |
| ADVANCEME, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERIMERCHANT, LLC, <br><br> Defendant. | CASE NO. 6:06-CV-082 LED–JDL <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SEALED REPLY IN SUPPORT OF ITS SEALED MOTION FOR SANCTIONS IN EXCESS OF PAGE LIMIT**

Plaintiff, AdvanceMe, Inc., requests this Court for leave to file its Sealed Reply in Support of Its Sealed Motion for Sanctions in Excess of Page Limit in excess of the five (5) page limit. AdvanceMe, Inc. requests that this Court allow it to exceed the five page limit by ten (10) pages, excluding attachments. Plaintiff requests the additional pages because it has determined that the current length of the brief is necessary to best present its argument to the Court.

PLAINTIFF'S UNOPPOSED MOT. FOR LEAVE TO FILE A SEALED REPLY IN SUPPORT OF SEALED MOT. FOR SANCTIONS IN EXCESS OF PAGE LIMIT

CASE NO. 6:05-CV-424 LED-JDL
CASE NO. 6:06-CV-082 LED-JDL

Dockets.Justia.com

Therefore, AdvanceMe, Inc. respectfully requests that this Court grant it leave to file its Sealed Reply in Support of Its Sealed Motion for Sanctions in excess of the page limits previously set by this Court. Counsel for AdvanceMe, Inc. has conferred with Joseph Gray, counsel for Defendants. Defendants have stated that they do not oppose this motion. An Order reflecting same is attached for the Court's convenience.

Dated: June 18, 2007                    Respectfully submitted,


By: ___/s/ Robert C. Matz___
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux (ronlemieux@paulhastings.com)
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Michael N. Edelman (medelman@paulhastings.com)
(CA Bar No. 180948) (Admitted Pro Hac Vice)
Vidya R. Bhakar (vidbhakar@paulhastings.com)
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Robert C. Matz (robertmatz@paulhastings.com)
(CA Bar No. 217822) (Admitted Pro Hac Vice)
Shanée Y. Williams
(CA Bar No. 221310) (Admitted Pro Hac Vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: 903-561-1600
Facsimile: 903-581-1071
Email: fedserv@icklaw.com
ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

PLAINTIFF'S UNOPPOSED MOT. FOR LEAVE TO FILE A SEALED REPLY IN SUPPORT OF SEALED MOT. FOR SANCTIONS IN EXCESS OF PAGE LIMIT

2

CASE NO.6:05-CV-424 LED-JDL
CASE NO.6:06-CV-082 LED-JDL

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 18th day of June, 2007. Any other counsel of record will be served by first class mail on this same date.

By.   */s/ Robert C. Matz*
      Robert C. Matz

LEGAL_US_W # 56484279.1

PLAINTIFF'S UNOPPOSED MOT. FOR LEAVE TO
FILE A SEALED REPLY IN SUPPORT OF SEALED
MOT. FOR SANCTIONS IN EXCESS OF PAGE LIMIT

3

CASE NO.6:05-CV-424 LED-JDL
CASE NO.6:06-CV-082 LED-JDL