# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | **Civil Case No. 6:06-CV-82** |
| **VS.** § | |
| § | **Davis** |
| **AMERIMERCHANT LLC** § | |

## ORDER ON DEFENDANTS' MOTION TO EXTEND FACT DISCOVERY DEADLINE

On this day came on to be heard, Defendants' Motion to Extend Fact Discovery Deadline, and upon considering same, the Court is of the opinion that said Motion should be GRANTED and the fact discovery deadline should be extended until September 30, 2007.

{P63\7560\0002\W0329343.1 }