# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | **Civil Case No. 6:06-CV-82** |
| **VS.** § | |
| § | **Davis** |
| **AMERIMERCHANT LLC** § | |

## ORDER

The Court will hear Defendants AmeriMerchant LLC and First Funds, LLC's Motion to Extend Fact Discovery Deadline on _____ at _____.

The Court ORDERS that Plaintiff, Advanceme, Inc. shall file its opposition to Defendants' Motion to Extend Fact Discovery Deadline by _____.

The Court further ORDERS that Defendants shall file any reply by _____.

{A50\7560\0002\W0330151.1 }