IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:06-CV-82 |
| | § | |
| AMERIMERCHANT LLC | § | |

### ORDER

Before the Court is Defendant Amerimerchant, LLC and First Funds, LLC's Motion to Extend Fact Discovery Deadline and for Expedited Consideration (Doc. No. 152). The Court **ORDERS** that Plaintiff, AdvanceMe, Inc. shall filed its opposition to Defendants' Motion to Extend Fact Discovery Deadline by **Monday, July 9, 2007.** The Court further **ORDERS** that Defendants shall file any reply by **Wednesday, July 11, 2007**.

**So ORDERED and SIGNED this 5th day of July, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE