# EXHIBIT 2 TO
## DECLARATION OF SHANEE Y. WILLIAMS
## ISO ADVANCEME'S OPPOSITION TO DEFENDANT'S
## MOTION TO EXTEND DISCOVERY DEADLINE

**From:** Deborah Race [mailto:drace@icklaw.com]
**Sent:** Friday, June 22, 2007 3:02 PM
**To:** Edelman, Michael N.; Lemieux, Ronald (Ron) S.
**Subject:** FW: Motion for Extension of Discovery Deadlines as toDepositions--AdvanceMe v. AmeriMerchant

I have not had a chance to look at these yet.


Deborah Race

Ireland, Carroll & Kelley, P.C.

6101 South Broadway, Suite 500

Tyler, Texas  75703

903-561-1600


7/9/2007

903-581-1071 (Fax)

drace@icklaw.com

**From:** Matt Rowan [mailto:a43@potterminton.com]
**Sent:** Friday, June 22, 2007 4:18 PM
**To:** Deborah Race; jgray@velaw.com
**Cc:** Doug McSwane
**Subject:** Motion for Extension of Discovery Deadlines as toDepositions--AdvanceMe v. AmeriMerchant

Deborah and Joey:

   Pursuant to Doug's previous e-mail of this afternoon, I am forwarding to you both a **draft** of the Joint Motion to Extend Deadlines for Conducting of Depositions.  Please review and make any suggestions.  I have attached the Draft Motion and the Draft Proposed Order.  Both are in Word format.

   Please let me know of any changes I can make.

Matt

J. Matt Rowan

POTTER MINTON, A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
(903) 597-8311
(903) 593-0846 Facsimile
email: mattrowan@potterminton.com

IMPORTANT NOTICE:
This electronic message and all other electronic (including voice) communications from the law firm of Potter Minton, A Professional Corporation, are for informational purposes only and only as to the intended recipient thereof.
This electronic message transmission contains information which may be confidential, protected by the attorney-client privilege, protected by other evidentiary privileges, and/or protected by the work product doctrine.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
Please also virus check all attachments to prevent widespread contamination and corruption of files and operating systems.  Furthermore, unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.
To the extent that this communication (or any attachment hereto) contains any statement regarding Federal taxes, that statement was not written or intended to be used, and it cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) to promote, market, or recommend to another party any transaction or matter addressed therein.  Opinion, conclusions and other information that do not relate directly to the official business of Potter Minton are not given or endorsed by Potter Minton.  Legal advice can be given only by attorneys and may be relied upon only by clients of Potter Minton.
Thank you for your cooperation, and to learn more about our firm, please visit our website at
http://www.potterminton.com.

7/9/2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | **Civil Case No. 6:06-CV-82** |
| **VS.** | § | |
| | § | **Davis** |
| **AMERIMERCHANT LLC** | § | |

---

### JOINT MOTION TO EXTEND DEADLINES FOR CONDUCTING OF DEPOSITIONS

---

Plaintiff AdvanceMe, Inc. and Defendant AmeriMerchant LLC (Corporately referred to as "parties") hereby move to extend the deadlines for the taking of depositions in the above-captioned cause and would show the Court as follows:

1.      Parties current deadline for all fact discovery (including the conducting of depositions) in this matter is presently set for  **July 17, 2007** [1]

2.      This present deadline falls squarely in the middle of the dates set for trial in the matter styled Cause No. 6:05-CV-424 (LED-LDL) *AdvanceMe, Inc. v. RapidPay, LLC, Business Capital Corporation, First Funds LLC* , *Merchant Money Tree, Inc., Reach Financial, LLC and Fast Transact, Inc. d/b/a Simple Cash* presently pending in the United States District Court for the Eastern District of Texas—Tyler Division (hereafter referred to as the "RapidPay case") . The trial for the RapidPay case is presently set to begin on July 16, 2007.  Counsel for both parties in this matter are actively involved in the trial of the RapidPay case.

---

[1] Pursuant to Docket Control Order dated July 5. 2006 (dkt 20 ).

3.    The parties are diligently working on completing their fact discovery in this matter; however, as a result of the Rapid Pay case and its present trial setting, they require additional time to complete certain depositions in this matter.

This extension is requested not for purposes of delay, but to allow the parties adequate time to conduct fact discovery on the matters in suit and conduct depositions of witnesses in this case.

Therefore, the parties respectfully request that the fact discovery deadline for the conducting of depositions of witnesses in the above-captioned cause be extended up to and including **September 10, 2007**.

Submitted: June 22, 2007                          Respectfully submitted,

By:  _____
                    Douglas R. McSwane, Jr.
                    State Bar No. 13861300
                    **POTTER MINTON**
                    A Professional Corporation
                    110 N. College
                    500 Plaza Tower (75702)
                    P.O. Box 359
                    Tyler, Texas 75710
                    Telephone: 903.597.8311
                    Facsimile: 903.593.0846
                    E-mail:
                    dougmcswane@potterminton.com

                    **ATTORNEYS FOR DEFENDANT
                    AMERIMERCHANT, LLC**

                       -and-

                    William G. Schuurman
                    Texas State Bar No. 17855200
                    bschuurman@velaw.com
                    Joseph D. Gray
                    Texas State Bar No. 24045970
                    jgray@velaw.com
                    **VINSON & ELKINS L.L.P.**

2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: 512.542.8400
Facsimile: 512.236.3476

   -and-

Hilary L. Preston
hpreston@velaw.com
**VINSON & ELKINS L.L.P.**
666 Fifth Avenue – 26th Floor
New York, NY 10103
Telephone: 212.237.0000
Facsimile: 212.237.0100

**ATTORNEYS FOR DEFENDANT
AMERIMERCHANT, LLC**

By:  */s/ Deborah Race*
    Otis W Carroll, Jr
    Texas State Bar No. 03895700
    Deborah Race
    Texas State Bar No. 16448700
    **IRELAND CARROLL & KELLEY, PC**
    6101 S Broadway
    Suite 500
    Tyler, TX 75703
    903-561-1600
    E-Mail:  drace@icklaw.com

    **Of Counsel:**

    Ronald S. Lemieux
    **PAUL HASTINGS JANOFSKY &
    WALKER LLP**
    Five Palo Alto Square
    Sixth Floor
    Palo Alto, CA 94306-2155
    650/320-1821
    Fax: 650/320-1900
    Email:
    ronaldlemieux@paulhastings.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the _____ day of June, 2007.  Any other counsel of record will be served by first class mail on this same date.

_____._____
Douglas R. McSwane, Jr.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | **Civil Case No. 6:06-CV-82** |
| **VS.** | § | |
| | § | **Davis** |
| **AMERIMERCHANT LLC** | § | |

**ORDER ON JOINT MOTION TO EXTEND DEADLINES
FOR TAKING OF DEPOSITIONS**

On this day came on to be heard, the Joint Motion to Extend Deadlines for Taking

of Depositions, and upon considering same, the Court is of the opinion that said Motion

should be GRANTED and the deadline for taking depositions should be extended until

September 10, 2007.