# EXHIBIT 3 TO
## DECLARATION OF SHANEE Y. WILLIAMS
## ISO ADVANCEME'S OPPOSITION TO DEFENDANT'S
## MOTION TO EXTEND DISCOVERY DEADLINE

**From:** Deborah Race [mailto:drace@icklaw.com]
**Sent:** Friday, June 22, 2007 3:09 PM
**To:** Edelman, Michael N.
**Cc:** Lemieux, Ronald (Ron) S.
**Subject:** FW: Motion for Extension of Discovery Deadlines as to Depositions--AdvanceMe v. AmeriMerchant

Here is Joey's response.


Deborah Race

Ireland, Carroll & Kelley, P.C.

6101 South Broadway, Suite 500

Tyler, Texas 75703

903-561-1600

903-581-1071 (Fax)


7/9/2007

drace@icklaw.com

---

**From:** Gray, Joseph [mailto:jgray@velaw.com]
**Sent:** Friday, June 22, 2007 4:36 PM
**To:** Matt Rowan; Deborah Race
**Cc:** Doug McSwane
**Subject:** RE: Motion for Extension of Discovery Deadlines as to Depositions--AdvanceMe v. AmeriMerchant

Deborah, Matt, and Doug:

The motion looks fine to me. I would propose (as Doug mentioned he discussed with Deborah) that the parties exchange lists of parties they currently intend to depose in the AmeriMerchant case so that everyone has a rough idea of what the schedule will look like in August and early September. I understand that several of the Paul Hastings folks have vacations planned in August, and we will do our best to accommodate their schedules (as several of us also have vacations planned). We do not expect that there are more than a couple of depositions per side. I will follow this email with an email to the group listing the depositions we currently intend to take in the AmeriMerchant action.

Regards,
Joey

---

**From:** Matt Rowan [mailto:a43@potterminton.com]
**Sent:** Friday, June 22, 2007 4:18 PM
**To:** drace@icklaw.com; Gray, Joseph
**Cc:** Doug McSwane
**Subject:** Motion for Extension of Discovery Deadlines as to Depositions--AdvanceMe v. AmeriMerchant

Deborah and Joey:

  Pursuant to Doug's previous e-mail of this afternoon, I am forwarding to you both a **draft** of the Joint Motion to Extend Deadlines for Conducting of Depositions. Please review and make any suggestions. I have attached the Draft Motion and the Draft Proposed Order. Both are in Word format.

   Please let me know of any changes I can make.

Matt

J. Matt Rowan

POTTER MINTON, A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
(903) 597-8311
(903) 593-0846 Facsimile
email: mattrowan@potterminton.com

IMPORTANT NOTICE:
This electronic message and all other electronic (including voice) communications from the law firm of Potter Minton, A Professional Corporation, are for informational purposes only and only as to the intended recipient

7/9/2007

thereof.
This electronic message transmission contains information which may be confidential, protected by the attorney-client privilege, protected by other evidentiary privileges, and/or protected by the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
Please also virus check all attachments to prevent widespread contamination and corruption of files and operating systems. Furthermore, unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.
To the extent that this communication (or any attachment hereto) contains any statement regarding Federal taxes, that statement was not written or intended to be used, and it cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) to promote, market, or recommend to another party any transaction or matter addressed therein. Opinion, conclusions and other information that do not relate directly to the official business of Potter Minton are not given or endorsed by Potter Minton. Legal advice can be given only by attorneys and may be relied upon only by clients of Potter Minton.
Thank you for your cooperation, and to learn more about our firm, please visit our website at
http://www.potterminton.com.


To the extent this communication contains any statement regarding federal taxes, tha


......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email is :

Thank You.

7/9/2007