# EXHIBIT 4 TO
## DECLARATION OF SHANEE Y. WILLIAMS
## ISO ADVANCEME'S OPPOSITION TO DEFENDANT'S
## MOTION TO EXTEND DISCOVERY DEADLINE

# Vinson&Elkins

Bill G. Schuurman  bschuurman@velaw.com
Tel 512.542.8663  Fax 512.236.3422

July 5, 2007

*<u>Via E-mail</u>*
Mr. Ronald Lemieux
Partner, Litigation Department
Paul Hastings Janofsky & Walker, LLP
Five Palo Alto Square Sixth Floor
Palo Alto, California 94306-2155

Re:   *AdvanceMe, Inc. v. AmeriMerchant, LLC, et. al.,* No. 6:06-CV-082 (E.D. Texas)

Dear Ron:

The transfer of First Funds into the AmeriMerchant case and Plaintiff's new allegations of infringement directed at First Funds ACH processes in which portions of the payments were not sent by the merchant processor to the payment receiver, will require substantial additional discovery.

The additional discovery will have several components.

One of these components will involve the development of additional discovery relating to the Dining a la Card type processes and other forms of prior art ACH processes and prior art processes in which merchant processors do not directly forward payments to the payment receivers. This discovery will also have to include evidence of what was generally known by persons in the industry and that these systems were widely practiced, were not confidential, were used commercially, and were used publicly. This evidence has become material now because of your expanded infringement contentions and the positions you took during the summary judgment hearing.

As you appreciate, both AmeriMerchant and First Funds will have to amend their invalidity contentions to incorporate such additional prior art. Obviously, we will amend the invalidity contentions as soon as we have developed sufficient evidence about these prior art systems. However, to avoid any allegation later that we should have approached you earlier, we now want to know whether or not you will oppose Defendant's motion to amend its invalidity contentions once we have developed the additional evidence to support such invalidity contentions.

If you will oppose such a motion, please let us know what your basis is for your opposition.

I look forward to hearing from you at your early convenience.

Vinson & Elkins LLP  Attorneys at Law
Austin Beijing Dallas Dubai Hong Kong Houston
London Moscow New York Shanghai Tokyo Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400  Fax 512.542.8612  www.velaw.com

Austin 849703v.1

**V&E**
July 5, 2007   Page 2

Yours sincerely,

*[signature]*

Bill Schuurman

WGS/eh

cc:    Joey Gray
        Brian Buss
        Floyd Walker
        Michael Edelman
        Robert Matz
        Shanee Williams

Austin 849703v.1