# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| *Plaintiff*, § | |
| **v.** § | **CAUSE NO. 6:06-CV-082 LED** |
| § | |
| **AMERIMERCHANT, LLC,** § | |
| **FIRST FUNDS, LLC,** § | |
| *Defendants*. § | |
| § | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXTEND FACT DISCOVERY DEADLINES

Defendants AmeriMerchant, LLC, and First Funds LLC (collectively "Defendants") respectfully request that the Court grant leave to exceed the page limit for their Reply in Support of their Motion to Extend Fact Discovery Deadlines (Doc. No. 152). Specifically, in order to properly reply to the issues raised by Plaintiff in its Opposition Brief, Defendants request leave of Court to file a reply of no more than 10 pages. Plaintiff does not oppose this motion.

July 11, 2007                                    Respectfully submitted,

                               By:  R. Floyd Walker
                                   William G. Schuurman
                                   Texas State Bar No. 17855200
                                   bschuurman@velaw.com
                                   Brian K. Buss
                                   Texas State Bar No. 00798089
                                   bbuss@velaw.com
                                   Joseph D. Gray
                                   Texas State Bar No. 24045970
                                   jgray@velaw.com
                                   R. Floyd Walker
                                   Texas State Bar No. 24044751
                                   fwalker@velaw.com
                                   Graham E. Sutliff
                                   Texas State Bar No. 24046935
                                   gsutliff@velaw.com
                                   **VINSON & ELKINS L.L.P.**
                                   2801 Via Fortuna, Suite 100
                                   Austin, Texas 78746
                                   Telephone: 512.542.8400
                                   Facsimile: 512.236.3476

                                   Hilary L. Preston
                                   hpreston@velaw.com
                                   **VINSON & ELKINS L.L.P.**
                                   666 Fifth Avenue – 26th Floor
                                   New York, New York 10103
                                   Telephone: 212.237.0000
                                   Facsimile: 212.237.0100

                                   Douglas R. McSwane, Jr.
                                   State Bar No. 13861300
                                   J. Matt Rowan
                                   State Bar No. 24033137
                                   **POTTER MINTON**
                                   A Professional Corporation
                                   110 N. College, 500 Plaza Tower
                                   Tyler, Texas 75702
                                   Telephone: 903.597.8311
                                   Facsimile: 903.593.0846

                                   *Counsel for Defendants First Funds LLC,*
                                   *Merchant Money Tree, Inc., and Reach*
                                   *Financial, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of July, 2007. Any other counsel of record will be served by first class mail on this same date.

                                               /s/ R. Floyd Walker
                                                   R. Floyd Walker

## **CERTIFICATE OF CONFERENCE**

Counsel for Defendants asked Counsel for Plaintiff by e-mail on July 11, 2007 whether or not Plaintiff opposed this motion. Counsel for Plaintiff responded on July 11, 2007 that Plaintiff does not oppose this motion.

                                               /s/ R. Floyd Walker
                                                R. Floyd Walker