# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| *Plaintiff*, § | |
| **v.** § | |
| § | **CAUSE NO. 6:06-CV-082 LED** |
| **AMERIMERCHANT, LLC,** § | |
| **FIRST FUNDS, LLC,** § | |
| *Defendants*.. | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN REPLY BRIEF

The Court having considered Defendants AmeriMerchant, LLC and First Funds, LLC's (collectively "Defendants") Unopposed Motion for Leave to Exceed the Page Limit in Defendants' Reply in Support of their Motion to Extend Fact Discovery Deadlines is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants may submit a Reply Brief of no more than 10 pages.