IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| *Plaintiff,* § | |
| § | CASE NO. 6:06-CV-082 (LED)-(JDL) |
| v. § | |
| § | |
| **AMERIMERCHANT, LLC,** § | |
| § | |
| *Defendant.* § | |

**Order Granting AmeriMerchant's Motion for Reconsideration
under FRCP 59(e) and 79(a) of
AmeriMerchant's Motion for Leave to Amend its Invalidity Contentions**

On this day came to be considered *AmeriMerchant's Motion for Reconsideration under FRCP 59(e) and 79(a) of AmeriMerchant's Motion for Leave to Amend its Invalidity Contentions* filed by Defendant, AmeriMerchant, LLC. The Court, after careful consideration, concludes the Motion is WELL TAKEN in all respects, and should be GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED that with respect to AmeriMerchant's Motion for Leave to Amend its Invalidity Contentions, D.E. 133, the Court's Memorandum Opinion and Order, D.E. 153, is hereby VACATED for further consideration.