UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | CIVIL CASE NO. 6:06-CV-082 LED-JDL |
| Plaintiff, | § | |
| v. | § | |
| AMERIMERCHANT, LLC, FIRST FUNDS, LLC | § | |
| Defendants. | § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

This Court's July 2, 2007 Memorandum Opinion and Order (Docket Entry 163) required Plaintiff AdvanceMe, Inc. (hereinafter "Plaintiff" or "AdvanceMe") and Defendants AmeriMerchant, LLC and First Funds, LLC (hereinafter collectively referred to as "Defendants") to "assess deadlines for the additional discovery as outlined in this Order and submit an amended Docket Control Order to the Court in the *AmeriMerchant* case…by August 1, 2007." (D.E. 163, p.13)

COMES NOW Plaintiff and Defendants to submit this Joint Motion to Amend the Docket Control Order in this case pursuant to this Court's July 2, 2007 Memorandum Opinion and Order. Attached hereto as Exhibit "A" to this Joint Motion is the Proposed Amended Docket Control Order for this Court's consideration and approval.

WHEREFORE, PREMISES CONSIDERED, the parties jointly move this Court to enter the Proposed Amended Docket Control Order attached as Exhibit "A" to this Joint Motion, and for such other and further relief as this Court might deem necessary.

Date: August 1, 2007                         Respectfully submitted,

                                    By:   /s/ Robert C. Matz
                                          **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
                                          Ronald S. Lemieux  (ronlemieux@paulhastings.com)
                                          (CA Bar No. 120822) (Admitted Pro Hac Vice)
                                          Michael N. Edelman
                                          (michaeledelman@paulhastings.com)
                                          (CA Bar No. 180948) (Admitted Pro Hac vice)
                                          Vidya R. Bhakar (vidbhakar@paulhastings.com)
                                          (CA Bar No. 220210) (Admitted Pro Hac Vice)
                                          Robert C. Matz (robertmatz@paulhastings.com)
                                          (CA Bar No. 217822) (Admitted Pro Hac Vice)
                                          Shanée Y. Williams (shaneewilliams@paulhastings.com)
                                          (CA Bar No. 221310) (Admitting Pro Hac Vice)
                                          Five Palo Alto Square, Sixth Floor
                                          Palo Alto, CA  94306-2155
                                          Telephone:  650.320.1800  Facsimile:  650.320.1900

                                          **IRELAND CARROLL & KELLEY**
                                          Otis W. Carroll, Jr. (fedserve@icklaw.com)
                                          LEAD ATTORNEY
                                          State Bar No. 03895700
                                          Deborah J. Race (drace@icklaw.com)
                                          State Bar No. 16448700
                                          6101 S. Broadway, Suite 500
                                          Tyler, TX  75730
                                          Telephone:  903.561.1600  Facsimile:  903.581.1071

                                          ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

**VINSON & ELKINS LLP**
Willem G. Schuurman, Texas State Bar No. 17855200
Joseph D. Gray, Texas State Bar No. 24045970
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400
Facsimile: (512) 236-3476
E-mail: bschuurman@velaw.com
         jgray@velaw.com

ATTORNEYS FOR DEFENDANTS
AMERIMERCHANT, LLC and FIRST FUNDS, LLC

**POTTER MINTON, P.C.**
Douglas McSwane, Jr., Texas State Bar No. 13861300
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone: (903) 597-8311
Facsimile: (903) 593-0846

ATTORNEYS FOR DEFENDANTS
AMERIMERCHANT, LLC and FIRST FUNDS, LLC

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and Defendants met and conferred and counsel for Plaintiff and Defendants agreed on the contents of this Joint Motion to Amend Docket Control Order.

/s/ Robert C. Matz
Robert C. Matz

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: _____/s/ Robert C. Matz_____
Robert C. Matz

LEGAL_US_W # 56775579.1