UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** § | | |
| Plaintiff, § | CIVIL CASE NO. 6:06-CV-082 LED-JDL | |
| v. § | | |
| § | | |
| **AMERIMERCHANT, LLC,** § | | |
| **FIRST FUNDS, LLC** § | | |
| Defendants. § | | |

## ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Came on to be heard the parties' Joint Motion to Amend the Docket Control Order in the above-referenced cause, and the Court, after review of the subject Motion, and the entire record in this cause, it is hereby **ORDERED** that said Motion shall be in all things **GRANTED**; and it is

**FURTHER ORDERED** that the Docket Control Order is hereby amended pursuant to the parties' Proposed Amended Docket Control Order attached to the Joint Motion as Exhibit "A;" and it is

**FURTHER ORDERED** that Exhibit "A" is approved as the Docket Control Order in this case.