## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

|  |  |  |
|---|---|---|
| **ADVANCEME, INC.,** | § | **CIVIL CASE NO. 6:06-CV-082 LED-JDL** |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| **FIRST FUNDS, LLC** | § | |
| **Defendants.** | § | |
| | § | |

## ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Came on to be heard the parties' Joint Motion to Amend the Docket Control Order in the above-referenced cause, and the Court, after review of the subject Motion, and the entire record in this cause, it is hereby **ORDERED** that said Motion shall be in all things **GRANTED**; and it is

**FURTHER ORDERED** that the Docket Control Order is hereby amended pursuant to the parties' Proposed Amended Docket Control Order attached to the Joint Motion as Exhibit "A;" and it is

**FURTHER ORDERED** that Exhibit "A" is approved as the Docket Control Order in this case.

**So ORDERED and SIGNED this 2nd day of August, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE