IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT LLC and FIRST FUNDS LLC | § | |
| | § | |
| | § | |
| Defendants. | | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS AMERIMERCHANT LLC AND FIRST FUNDS LLC**

Defendants AmeriMerchant LLC and First Funds LLC file this Notice of Appearance of Additional Counsel, and hereby notify the Court that Avelyn M. Ross, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, is appearing as additional counsel for AmeriMerchant LLC and First Funds LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Respectfully submitted

/s/ Avelyn M. Ross
Avelyn M. Ross
Texas State Bar No. 24027817
VINSON & ELKINS, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8411
Fax: (512) 236-3218
E-mail: aross@velaw.com



Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 10th day of August, 2007. Any other counsel of record will be served by first class mail on this same date.

/s/ Avelyn M. Ross
Avelyn M. Ross