IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT LLC, | § | |
| FIRST FUNDS LLC | § | |
| | § | |
| Defendant. | | |

### DEFENDANT AMERIMERCHANT, LLC'S NOTICE OF SEVENTH AMENDED INITIAL DISCLOSURES

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(c), Defendant AmeriMerchant, LLC hereby gives notice that it served its Seventh Amended Initial Disclosures on all counsel of record via E-mail and U.S. Mail on August 10, 2007, pursuant to Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

Dated: August 10, 2007

BY: /s/ R. Floyd Walker
Willem G. Schuurman
Texas State Bar No. 17855200
Brian K. Buss
Texas State Bar No. 00798089
Hilary Preston
Admitted Pro Hac Vice
Joseph D. Gray
Texas State Bar No. 24045970
Graham E. Sutlifff
Texas State Bar No. 24046935
R. Floyd Walker
Texas State Bar No. 24044751
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400
Fax: (512) 236-3476

        - and –

Douglas McSwane
Texas State Bar No. 13861300
J. Matt Rowan
Texas State Bar No. 24033137
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANT*
*AMERIMERCHANT, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 10th day of August, 2007:

        /s/  R. Floyd Walker
        R. Floyd Walker