IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED |
| | § | |
| AMERIMERCHANT LLC, | § | |
| FIRST FUNDS LLC | § | |
| | § | |
| Defendant. | | |

### DEFENDANT FIRST FUNDS, LLC'S
### NOTICE OF EIGHTH AMENDED INITIAL DISCLOSURES

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(c), Defendant First Funds, LLC gives notice that it served its Eighth Amended Initial Disclosures on all parties via E-mail and U.S. Mail on August 10, 2007, pursuant to Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

Dated: August 10, 2007

BY: /s/ R. Floyd Walker
    Willem G. Schuurman
    Texas State Bar No. 17855200
    Brian K. Buss
    Texas State Bar No. 00798089
    Hilary Preston
    Admitted Pro Hac Vice
    Joseph D. Gray
    Texas State Bar No. 24045970
    Graham E. Sutlifff
    Texas State Bar No. 24046935
    R. Floyd Walker
    Texas State Bar No. 24044751
    VINSON & ELKINS L.L.P.
    2801 Via Fortuna, Suite 100
    Austin, Texas 78746
    Phone: (512) 542-8400
    Fax: (512) 236-3476

- and –

Douglas McSwane
Texas State Bar No. 13861300
J. Matt Rowan
Texas State Bar No. 24033137
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone: (903) 597-8311
Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT FIRST FUNDS, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 10th day of August, 2007:

        /s/ R. Floyd Walker
        R. Floyd Walker