# EXHIBIT A
## TO DECLARATION OF MICHAEL N. EDELMAN IN SUPPORT OF PLAINTIFF ADVANCEME, INC.'S MOTION FOR SANCTIONS AGAINST DEFENDANT FIRST FUNDS, LLC

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF TEXAS
 2                          TYLER DIVISION

 3
     ADVANCEME                    :      DOCKET NO. 6:05CV424
 4                                :
     VS.                          :      TYLER, TEXAS
 5                                :      June 27, 2007
     RAPID PAY                    :      9:05 A.M.
 6

 7
                            MOTIONS HEARING
 8              BEFORE THE HONORABLE JOHN D. LOVE,
                  UNITED STATES MAGISTRATE JUDGE
 9
     APPEARANCES:
10
     FOR THE PLAINTIFF:           MR. RONALD LEMIEUX
11                                MR. MIKE EDELMAN
                                  MR. ROBERT MATZ
12                                PAUL HASTINGS JANOFSKY &
                                  WALKER
13                                FIVE PALO ALTO SQUARE
                                  SIXTH FLOOR
14                                PALO ALTO, CALIFORNIA  94306

15                                MR. OTIS CARROLL
                                  MS. DEBORAH RACE
16                                IRELAND, CARROLL & KELLEY
                                  P.O. BOX 7879
17                                TYLER, TEXAS  75711

18
     FOR THE DEFENDANT:           MR. BILL SCHUURMAN
19                                MR. JOSEPH GRAY
                                  VINSON & ELKINS
20                                2801 VIA FORTUNA, SUITE 100
                                  AUSTIN, TEXAS  78746
21
                                  MR. MATT ROWAN
22                                POTTER MINTON
                                  P.O. BOX 359
23                                TYLER, TEXAS  75710

24

25
```



3

1  THE COURT: All right. Ms. Morris, you may call
2  the case.
3  THE CLERK: Court calls Case Number 6:05CV424,
4  AdvanceMe versus Rapid Pay, et al, and Case Number 6:06CV82,
5  AdvanceMe versus Amerimerchant.
6  THE COURT: Announcements?
7  MR. CARROLL: Good afternoon, Your Honor. Otis
8  Carroll for AdvanceMe. Ron Lemieux, Mike Edelman and Robert
9  Matz are all here also. Mr. Lemieux will be presenting for us.
10  THE COURT: All right. For Defendants?
11  MR. ROWAN: Good afternoon, Your Honor. Matt Rowan
12  on behalf of Defendant First Funds and Defendant AmeriMerchant
13  in the two stated cases. Mr. Joey Gray and Mr. Bill Schuurman
14  are here. Mr. Gray will be presenting on the one motion and
15  Mr. Schuurman on the other.
16  THE COURT: All right. Thank you. We're here on
17  several motions. We're here on several motions, a couple on
18  the 424 case and a couple in the 82 case. I think I would
19  first like to take up 262, which has essentially a companion
20  motion in the 82 case. I believe that's 132. So that's where
21  I would like to go first. Who will be arguing that for
22  AdvanceMe? Mr. Lemieux?
23  MR. LEMIEUX: Excuse me, Your Honor. I'm not
24  familiar with the docket numbers. Is that the Bieler --
25  THE COURT: No, that is the motion for sanctions.

52

1     And coming back to that, so they have never accused the
2  ACH process of infringement until they filed this motion for
3  sanctions.  You know why they haven't?  Because it doesn't
4  infringe.  It clearly doesn't infringe any claim.  It's even
5  more prior art than the prior art that formed the subject of
6  our summary judgment motions.
7     If we had known that they were accusing the ACH process
8  of infringement, we would have brought in additional prior
9  art that everybody knows about.
10    So as Mr. Gray indicated that we knew that they had
11 accused the split funding process only.  If this were a
12 damages case, we would have produced all of the documents
13 relating to the ACH process.  Why?  To show that it's a
14 non-infringing alternative.
15    It cannot infringe if the merchant processor doesn't
16 forward any money to First Funds.  It simply cannot
17 infringe.  There's no issue about that.  Everybody knows
18 that.
19    So that witness was not prepared to deal with that.  As
20 Mr. Gray says, he was the person who was brought up to speed
21 on all of the topics.  We objected to a number of the
22 topics.  He wasn't prepared to testify on a non-accused
23 system.
24    Mr. Gray gave the example of Dell.  I represented Dell
25 lots of times.  We get a lawsuit accusing Dell computer

53

1  systems of infringement.  Do we go and produce billions and
2  billions of documents relating to all Dell's computers?  No.
3  We look at what do the claims cover, what are the
4  infringement contentions, and we only pick out those -- that
5  section of the accused systems that fall within the scope of
6  the claims.
7       That is what discovery is all about.  Discovery isn't
8  going into things that are not accused, that's irrelevant.
9       And as I said again, if this were a damages case, we
10 would have produced the ACH documents to show that First
11 Funds is using that effectively, that it caps damages
12 because damages are capped by the cost of switching to a
13 clearly non-infringing system, and also by switching to that
14 it is not an admission that the existing system infringes or
15 that First Funds infringes.
16      Your Honor, these documents, we produced these
17 documents last year showing the difference between split
18 funding and ACHing, showing which merchant process does
19 split funding and which did ACHing.  We produced that entire
20 list.  We produced all the figures.
21      Your Honor asked them to show which processes we had
22 not identified.  We identified them all, as shown on that
23 slide.
24      Your Honor asked were they aware of all facts relevant
25 to damages last year.  They haven't disputed that.  They

```
                                                                    105
 1          MR. SCHUURMAN:  Your Honor, we would have to discuss
 2   it with our client too, of course.
 3          THE COURT:  Well, y'all do that, discuss it with your
 4   clients and see where they stand.  Again, I'm only asking that
 5   because those are the kinds of questions you're going to get
 6   from Judge Davis on July 16th when you're in front of him for a
 7   bench trial, so just be prepared for that.  Good explanations
 8   for why he's trying the case.
 9          Okay.  I believe that takes care of everything for now.
10   Anything further from the Plaintiff?
11          MR. LEMIEUX:  Nothing, Your Honor.
12          THE COURT:  Anything further from the Defendants?
13          MR. SCHUURMAN:  Nothing.  Thank you, Your Honor.
14          THE COURT:  Thank you.  We are adjourned.
15
16
17
18
19   I certify that the foregoing is a correct transcript from
20   the record of proceedings in the above-entitled matter.
21
22   _____          _7-16-07_
     Jan Mason                           Date
23
24
25
```