# EXHIBIT F

TO DECLARATION OF MICHAEL N. EDELMAN
IN SUPPORT OF PLAINTIFF ADVANCEME, INC.'S
MOTION FOR SANCTIONS
AGAINST DEFENDANT FIRST FUNDS, LLC

# Vinson&Elkins

Graham E. Sutliff  gsutliff@velaw.com
Tel 512.542.8805  Fax 512.236.3290

August 3, 2007

***Via E-mail and U.S. Mail***
Ms. Shanée Y. Williams
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, California 94306

Re:   *AdvanceMe, Inc. v. AmeriMerchant et al.*, Case No. 6:06-CV-00082 (E.D. Tex)

Dear Shanée:

In response to the Court's Order entered on July 2, 2007 (the "Order"), this letter is to inform you that hard copy documents are now available for your inspection at First Funds, LLC's ("First Funds") offices at 240 West 35th Street, 14th Floor, New York, New York 10001. These documents are being made available for inspection as they are kept in the ordinary course of business pursuant to Federal Rule of Civil Procedure 34(b)(i).

Because the Court has ordered First Funds to produce documents responsive to Plaintiff's July 12, 2006 letter (the "Letter"), this letter also serves as First Funds' objections to the Letter to the extent it requests information protected by the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privileges. First Funds further objects to the Letter to the extent it requests documents not within First Funds' possession, custody, or control.

Due to the broad nature of the requests in the Letter (via 83 separate requests) and in the spirit of cooperation, First Funds is making all of its filing cabinets containing potentially responsive documents available for your inspection. First Funds will arrange for the copying, endorsing, Bates labeling, and shipping of any documents you select after inspection at Plaintiff's expense.

To the extent you wish to review these documents next week, please contact me so that I can arrange the review. They will be available for review August 7, 8, and 9. The documents will also be available for your review during the weeks thereafter. I will work with you to schedule a mutually convenient time for the review. Please contact me directly.

August 3, 2007<br>Page 2

With respect to the production of electronically stored information responsive to the Order and the Letter, First Funds is currently in the process of gathering and processing the data. I will inform you next week when this data will be produced.

Sincerely,

Graham E. Sutliff