# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § § § | |
| Plaintiff, | § | **CIVIL CASE NO. 6:06-cv-082 (LED-JDL)** |
| v. | § § § | |
| **AMERIMERCHANT, LLC, and FIRST FUNDS, LLC,** | § § § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

### ORDER GRANTING ADVANCEME, INC.'S MOTION FOR SANCTIONS AGAINST DEFENDANT FIRST FUNDS, LLC

CAME ON FOR CONSIDERATION Plaintiff AdvanceMe, Inc.'s ("AdvanceMe") Motion for Sanctions Against Defendant First Funds.

After considering the briefing and evidence submitted by the parties, the pleadings in this case, and the arguments of counsel, the Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED THAT:

(1) First Funds is precluded from contending or presenting any evidence that its ACH process flow does not infringe the '281 patent.

(2) First Funds shall produce, at is own cost, all relevant or responsive documents within 72 hours, including both hard copy and electronic documents and all documents required by the July 2 Order.

IT IS SO ORDERED.