IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| *Plaintiff*, | § | |
| **v.** | § | |
| | § | **CAUSE NO. 6:06-CV-082 LED** |
| **AMERIMERCHANT, LLC,** | § | |
| **FIRST FUNDS, LLC,** | § | |
| *Defendants*. | § | |
| | § | |

### FIRST FUNDS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN FIRST FUNDS' RESPONSE TO MOTION FOR SANCTIONS

First Funds, LLC ("First Funds") respectfully requests that the Court grant leave to exceed the page limit for their Response to Plaintiff's Motion for Sanctions (Doc. Entry no. 172). Specifically, in order to properly respond to the issues raised by Plaintiff in its Motion for Sanctions, First Funds requests leave of Court to file a response of no more than 21 pages. Plaintiff does not oppose this motion.

Dated: August 15, 2007                                BY: /s/ Graham E. Sutliff

                                          Willem G. Schuurman
                                          Texas State Bar No. 17855200
                                          Brian K. Buss
                                          Texas State Bar No. 00798089
                                          Hilary Preston
                                          Admitted Pro Hac Vice
                                          Joseph D. Gray
                                          Texas State Bar No. 24045970
                                          Graham E. Sutliff
                                          Texas State Bar No. 24046935
                                          R. Floyd Walker
                                          Texas State Bar No. 24044751
                                          VINSON & ELKINS L.L.P.
                                          2801 Via Fortuna, Suite 100
                                          Austin, Texas 78746
                                          Phone: (512) 542-8400
                                          Fax: (512) 236-3476

                                              - and –

                                          Douglas McSwane
                                          Texas State Bar No. 13861300
                                          J. Matt Rowan
                                          Texas State Bar No. 24033137
                                          POTTER MINTON, P.C.
                                          110 North College
                                          500 Plaza Tower
                                          Tyler, Texas 75702
                                          Phone: (903) 597-8311
                                          Fax: (903) 593-0846

                                          *ATTORNEYS FOR DEFENDANT FIRST*
                                          *FUNDS, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of August, 2007. Any other counsel of record will be served by first class mail on this same date.

/s/ Graham E. Sutliff
Graham E. Sutliff

**CERTIFICATE OF CONFERENCE**

Counsel for First Funds asked Counsel for Plaintiff by e-mail on August 14, 2007, whether or not Plaintiff opposed this motion. Counsel for Plaintiff responded on August 14, 2007, that Plaintiff does not oppose this motion.

/s/ Graham E. Sutliff
Graham E. Sutliff