# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| *Plaintiff*, § | |
| v. § | |
| § | CAUSE NO. 6:06-CV-082 LED |
| AMERIMERCHANT, LLC, § | |
| FIRST FUNDS, LLC, § | |
| *Defendants*.. | |

## ORDER GRANTING FIRST FUNDS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN RESPONSE BRIEF

The Court having considered Defendant First Funds, LLC's ("First Funds") Unopposed Motion for Leave to Exceed the Page Limit in First Funds' Response to Plaintiff's Motion for Sanctions is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that First Funds may submit a Response Brief of no more than 21 pages.