**EXHIBIT O**

Dockets.Justia.com

# Vinson&Elkins

Graham E. Sutliff  gsutliff@velaw.com
Tel 512.542.8805  Fax 512.236.3290

August 10, 2007

**Via Federal Express (with enclosure)
& Via E-mail (without enclosure)**

Mr. Michael Edelman
Paul, Hastings, Janofsky & Walker, LLP
Five Palo Alto Square Sixth Floor
Palo Alto, California 94306-2155

Re: *AdvanceMe v. AmeriMerchant, LLC et al.*, No. 6:06-CV-082, (E.D. Texas)

Dear Mike:

As a follow-up to my e-mail on August 7, 2007, the documents mentioned therein are enclosed. These documents are Bates labeled FF_00001444-2248 and stamped "CONFIDENTIAL OUTSIDE COUNSEL EYES ONLY" per the Protective Order for this matter. Again, these documents are being served rather than being made available for your inspection. The remainder of First Funds' hard copy production is (and has been) available for your inspection at First Funds' offices in New York.

Sincerely,

Graham E. Sutliff

cc: Bill Schuurman
    Brian Buss
    Hilary Preston
    Floyd Walker
    Doug McSwane
    Matt Rowan
    Ronald Lemieux
    Shaneé Williams
    Robert Matz
    Deborah Race

---

Vinson & Elkins LLP  Attorneys at Law
Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400  Fax 512.542.8612  www.velaw.com