**EXHIBIT Q**

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED-JDL |
| | § | |
| AMERIMERCHANT LLC, | § | |
| FIRST FUNDS LLC | § | |
| | § | |
| Defendant. | | |

## DECLARATION OF DOUGLAS R. McSWANE, JR. IN SUPPORT OF FIRST FUNDS, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

I, Douglas R. McSwane, Jr., declare and state as follows:

1. I am over the age of eighteen years, of sound mind and am competent to make this declaration. I am an attorney with the law firm of Potter Minton, P.C. representing First Funds, LLC in this case. The facts stated herein are of my personal knowledge, and I know them to be true and correct.

2. Despite the fact that the letter attached as Exhibit K to Plaintiff's Motion for Sanctions (Docket Entry No. 172) is addressed to me, I have not received the letter to date.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on August 15, 2007 in Tyler, Texas.

                                         /s/ Douglas R. McSwane
                                         Douglas R. McSwane, Jr.