**EXHIBIT T**

Dockets.Justia.com

# Vinson&Elkins

Graham E. Sutliff  gsutliff@velaw.com
Tel 512.542.8805  Fax 512.236.3290

August 14, 2007

Via E-mail and U.S. Mail

Mr. Robert Matz
Paul, Hastings, Janofsky & Walker, LLP
Five Palo Alto Square Sixth Floor
Palo Alto, California 94306-2155

Re:   *AdvanceMe v. AmeriMerchant, LLC et al.*, No. 6:06-CV-082 (E.D. Texas)

Dear Robert:

This letter is in response to your letter sent at 11:37 a.m., Central Standard Time today informing me of your intention to visit First Funds' office tomorrow. Less than 20 hours notice of your arrival at First Funds' offices in New York certainly does not constitute reasonable notice. As you know, I have previously requested that you provide at least three days notice of your intended visit. In the future, I would appreciate the common courtesy of reasonable notice.

In an effort to allow you to inspect First Funds production immediately (without notice), First Funds will comply with your request for inspection of the hard copy documents as well as the electronically stored information ("ESI") that has been produced to date. My colleague, Mr. Walker, has rearranged his schedule at the last minute to meet you for your inspection.

As I have stated in the past, First Funds will provide you an index (and key) for the hard copy production in an effort to help you understand the production's organization. With respect to the hard copy production and the ESI production, First Funds will make an employee available to answer questions you may have regarding the organization of the production.

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400  Fax 512.542.8612  www.velaw.com

I need to speak with you this evening regarding the logistics for your review. Please call me to discuss.

Sincerely,

Graham E. Sutliff

cc:  Bill Schuurman
     Brian Buss
     Hilary Preston
     Floyd Walker
     Doug McSwane
     Matt Rowan
     Ronald Lemieux
     Shaneé Williams
     Michael Edelman
     Deborah Race

Austin 869103v.1