AdvanceMe Inc v. AMERIMERCHANT LLC
Doc. 174 Att. 21


**EXHIBIT U**

Dockets.Justia.com

**Sutliff, Graham**

---

**From:** Matz, Robert [robertmatz@Paulhastings.com]

**Sent:** Tuesday, August 14, 2007 12:27 PM

**To:** Sutliff, Graham

**Cc:** Reiley, Amy; Schuurman, Bill; Buss, Brian; drace@icklaw.com; dougmcswane@potterminton.com; Walker, Floyd; Preston, Hilary; jsanders@robritlaw.com; Gray, Joseph; fedserv@icklaw.com; Bhakar, Vid; Edelman, Michael N.; Ellovich, Sari J.; Fazio, James V.; Henderson, Christina; Mart, Deborah K.; Poon, Daisy; Sadaghiani, Gisu S.; Williams, Shanee

**Subject:** RE: AdvanceMe v. AmeriMerchant

Graham:

I am flying out to New York.

Robert

---

**From:** Sutliff, Graham [mailto:gsutliff@velaw.com]
**Sent:** Tuesday, August 14, 2007 10:21 AM
**To:** Matz, Robert
**Cc:** Reiley, Amy; Schuurman, Bill; Buss, Brian; drace@icklaw.com; dougmcswane@potterminton.com; Walker, Floyd; Preston, Hilary; jsanders@robritlaw.com; Gray, Joseph; fedserv@icklaw.com; Bhakar, Vid; Edelman, Michael N.; Ellovich, Sari J.; Fazio, James V.; Henderson, Christina; Mart, Deborah K.; Matz, Robert; Poon, Daisy; Sadaghiani, Gisu S.; Williams, Shanee
**Subject:** RE: AdvanceMe v. AmeriMerchant

Robert-

While less than 24 hours notice does not comply with my previous request of reasonable notice, First Funds is prepared to accommodate your request beginning at 11 a.m. EST tomorrow.

I understand that you had a recent conversation with Floyd Walker, and you told him that you may not be coming due to the Court's recent Order in the RapidPay matter.

Please let me know your intentions within the hour so we can prepare for your visit. If I do not hear from you by 2:30 p.m. CDT, I will assume that you no longer plan to travel to New York.

With respect to other issues addressed in your letter, I will respond via a separate letter. Thank you.

Graham

---

**From:** Fitch, Kimberly W. [mailto:kimberlyfitch@Paulhastings.com]
**Sent:** Tuesday, August 14, 2007 11:37 AM
**To:** Sutliff, Graham
**Cc:** Sutliff, Graham; Reiley, Amy; Schuurman, Bill; Buss, Brian; drace@icklaw.com; dougmcswane@potterminton.com; Walker, Floyd; Preston, Hilary; jsanders@robritlaw.com; Gray, Joseph; fedserv@icklaw.com; Bhakar, Vid; Edelman, Michael N.; Ellovich, Sari J.; Fazio, James V.; Henderson, Christina; deborahmart@paulhastings.com; Matz, Robert; Poon, Daisy; Sadaghiani, Gisu S.; Williams, Shanee
**Subject:** AdvanceMe v. AmeriMerchant
**Importance:** High

Attached please find correspondence from Robert C. Matz.

Regards,

---

**Kimberly Fitch, Legal Secretary** | Paul, Hastings, Janofsky & Walker LLP | Five Palo Alto Square, Sixth Floor, Palo Alto, CA 94306 | direct: 650 320 1867 | main: 650 320 1800 | direct fax: 650 320 1967 | kimberlyfitch@paulhastings.com | www.paulhastings.com



*****************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
*****************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

To the extent this communication contains any statement regarding federal taxes

......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email

Thank You.

---

*****************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
*****************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any

attachments.

For additional information, please visit our website at www.paulhastings.com.