**EXHIBIT V**

# Sutliff, Graham

| From: | Sutliff, Graham |
| --- | --- |
| Sent: | Tuesday, August 14, 2007 9:29 PM |
| To: | 'robertmatz@paulhastings.com' |
| Cc: | Reiley, Amy; Schuurman, Bill; Buss, Brian; 'drace@icklaw.com'; 'dougmcswane@potterminton.com'; Walker, Floyd; Preston, Hilary; 'jsanders@robritlaw.com'; Gray, Joseph; 'fedserv@icklaw.com'; 'vidbhakar@paulhastings.com'; 'michaeledelman@paulhastings.com'; 'sariellovich@paulhastings.com'; 'jamesfazio@paulhastings.com'; 'christinahenderson@paulhastings.com'; 'deborahmart@paulhastings.com'; 'daisypoon@Paulhastings.com'; 'gisusadaghiani@Paulhastings.com'; 'shaneewilliams@paulhastings.com' |
| Subject: | Re: AdvanceMe v. AmeriMerchant |

Robert-

This confirms the conversation that we just had (approximately 10 minutes ago). You informed me that Plaintiff no longer has any intentions of inspecting First Funds' document production this week despite your letter and your confirmation that you would be at First Funds offices (which is below).

As you know, First Funds arranged for Floyd Walker to fly from Austin to New York at the last minute today based on your representations in an effort to comply with your last minute request (he called me approximately 20 minutes ago to confirm that he landed in New York). Obviously, this cost First Funds a lot of money. Mr. Walker arranged to stay for three nights, which also cost a lot of money. And the attorney time spent in granting your last minute request cost a lot of money.

I question Plaintiff's motives with respect to the events that have transpired today. It is clear that Plaintiff has absolutely no intentions of reviewing any of the documents produced by First Funds.

I will be in touch tomorrow to further discuss this issue.

Graham


Graham E. Sutliff
512-542-8805
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Matz, Robert <robertmatz@Paulhastings.com>
To: Sutliff, Graham
Cc: Reiley, Amy; Schuurman, Bill; Buss, Brian; drace@icklaw.com <drace@icklaw.com>; dougmcswane@potterminton.com <dougmcswane@potterminton.com>; Walker, Floyd; Preston, Hilary; jsanders@robritlaw.com <jsanders@robritlaw.com>; Gray, Joseph; fedserv@icklaw.com <fedserv@icklaw.com>; Bhakar, Vid <vidbhakar@paulhastings.com>; Edelman, Michael N. <michaeledelman@Paulhastings.com>; Ellovich, Sari J. <sariellovich@paulhastings.com>; Fazio, James V. <jamesfazio@paulhastings.com>; Henderson, Christina <christinahenderson@paulhastings.com>; Mart, Deborah K. <deborahmart@paulhastings.com>; Poon, Daisy <daisypoon@Paulhastings.com>; Sadaghiani, Gisu S. <gisusadaghiani@Paulhastings.com>; Williams, Shanee <shaneewilliams@Paulhastings.com>
Sent: Tue Aug 14 12:27:00 2007
Subject: RE: AdvanceMe v. AmeriMerchant

Graham:

I am flying out to New York.

Robert

1

```
From: Sutliff, Graham [mailto:gsutliff@velaw.com]
Sent: Tuesday, August 14, 2007 10:21 AM
To: Matz, Robert
Cc: Reiley, Amy; Schuurman, Bill; Buss, Brian; drace@icklaw.com;
dougmcswane@potterminton.com; Walker, Floyd; Preston, Hilary; jsanders@robritlaw.com;
Gray, Joseph; fedserv@icklaw.com; Bhakar, Vid; Edelman, Michael N.; Ellovich, Sari J.;
Fazio, James V.; Henderson, Christina; Mart, Deborah K.; Matz, Robert; Poon, Daisy;
Sadaghiani, Gisu S.; Williams, Shanee
Subject: RE: AdvanceMe v. AmeriMerchant


Robert:
```

```
    While less than 24 hours notice does not comply with my previous request of
reasonable notice, First Funds is prepared to accommodate your request beginning at 11
a.m. EST tomorrow.

    I understand that you had a recent conversation with Floyd Walker, and you told him
that you may not be coming due to the Court's recent Order in the RapidPay matter.

    Please let me know your intentions within the hour so we can prepare for your visit.
If I do not hear from you by 2:30 p.m. CDT, I will assume that you no longer plan to
travel to New York.

    With respect to other issues addressed in your letter, I will respond via a separate
letter.  Thank you.

    Graham




From: Fitch, Kimberly W. [mailto:kimberlyfitch@Paulhastings.com]
Sent: Tuesday, August 14, 2007 11:37 AM
To: Sutliff, Graham
Cc: Sutliff, Graham; Reiley, Amy; Schuurman, Bill; Buss, Brian; drace@icklaw.com;
dougmcswane@potterminton.com; Walker, Floyd; Preston, Hilary; jsanders@robritlaw.com;
Gray, Joseph; fedserv@icklaw.com; Bhakar, Vid; Edelman, Michael N.; Ellovich, Sari J.;
Fazio, James V.; Henderson, Christina; deborahmart@paulhastings.com; Matz, Robert; Poon,
Daisy; Sadaghiani, Gisu S.; Williams, Shanee
Subject: AdvanceMe v. AmeriMerchant
Importance: High


Attached please find correspondence from Robert C. Matz.

Regards,
```

---

```
    Kimberly Fitch, Legal Secretary | Paul, Hastings, Janofsky & Walker LLP | Five Palo
Alto Square, Sixth Floor, Palo Alto, CA 94306 | direct: 650 320 1867 | main: 650 320 1800
| direct fax: 650 320 1967 | kimberlyfitch@paulhastings.com | www.paulhastings.com
<http://www.paulhastings.com/>




    ************************************************************
    IRS Circular 230 Disclosure:   As required by U.S.
    Treasury Regulations governing tax practice, you are
    hereby advised that any written tax advice contained
    herein was not written or intended to be used (and cannot
    be used) by any taxpayer for the purpose of avoiding
```

penalties that may be imposed under the U.S. Internal
Revenue Code.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain
information that is privileged or confidential. If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.

To the extent this communication contains any statement regarding federal taxes,
that statement was not written or intended to be used, and it cannot be used, by any
person (i) as a basis for avoiding federal tax penalties that may be imposed on that
person, or (ii) to promote, market or recommend to another party any transaction or matter
addressed herein.


......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email is
intended to be reviewed by only the individual or organization named above. If you are not
the intended recipient or an authorized representative of the intended recipient, you are
hereby notified that any review, dissemination or copying of this email and its
attachments, if any, or the information contained herein is prohibited. If you have
received this email in error, please immediately notify the sender by return email and
delete this email from your system.

Thank You.



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are hereby advised that any written tax
advice contained herein was not written or intended to be used (and cannot be used) by any
taxpayer for the purpose of avoiding penalties that may be imposed under the U.S.
Internal Revenue Code.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain information that is privileged or
confidential.  If you received this transmission in error, please notify the sender by
reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.