**EXHIBIT W**

# Vinson&Elkins

Graham E. Sutliff  gsutliff@velaw.com
Tel 512.542.8805  Fax 512.236.3290

August 14, 2007

**Via Federal Express (with enclosure)
& Via E-mail (without enclosure)**

Mr. Michael Edelman
Paul, Hastings, Janofsky & Walker, LLP
Five Palo Alto Square Sixth Floor
Palo Alto, California 94306-2155

Re:   *AdvanceMe v. AmeriMerchant, LLC et al.*, No. 6:06-CV-082 (E.D. Texas)

Dear Mike:

Enclosed are documents Bates labeled FF_00002249-2944. Please note that these documents have been stamped "CONFIDENTIAL OUTSIDE COUNSEL EYES ONLY" per the Protective Order for this matter. These documents are related to AdvanceMe's recent claim for damages against First Funds, LLC. The documents constitute a representative set of some of the documents that were produced electronically on August 10, 2007. In addition to the document production on August 10, the documents are also being served on you as a courtesy. First Funds intends to use these documents at trial.

Sincerely,

Graham E. Sutliff

cc:   Bill Schuurman
      Brian Buss
      Hilary Preston
      Floyd Walker
      Doug McSwane
      Matt Rowan
      Ronald Lemieux
      Shaneé Williams
      Robert Matz
      Deborah Race

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400  Fax 512.542.8612  www.velaw.com