**EXHIBIT X**

# Vinson&Elkins

Graham E. Sutliff  gsutliff@velaw.com
Tel 512.542.8805  Fax 512.236.3290

August 15, 2007

*Via E-mail and U.S. Mail*

Ms. Shanée Y. Williams
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, California 94306

Re:   *AdvanceMe, Inc. v. AmeriMerchant et al.*, Case No. 6:06-CV-00082 (E.D. Tex)

Dear Shanée:

This letter serves as a follow-up to my letter to you dated August 10, 2007. The vast majority of the Microsoft Exchange production is now ready for your inspection at First Funds' offices at 240 West 35th Street, 14th Floor, New York, New York 10001. Mr. Matz would have had access to this production had he visited First Funds' offices this morning.

Sincerely,

Graham E. Sutliff

cc:   Bill Schuurman
      Brian Buss
      Hilary Preston
      Floyd Walker
      Doug McSwane
      Matt Rowan
      Ronald Lemieux
      Michael Edelman
      Robert Matz
      Deborah Race

Austin 869094v1