**EXHIBIT Y**

Dockets.Justia.com

1    UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF TEXAS
2              TYLER DIVISION

3

4  ADVANCEME               :         DOCKET NO. 6:05CV424
                           :
   VS.                     :         TYLER, TEXAS
5                          :         June 27, 2007
   RAPID PAY               :         9:05 A.M.
6
Case 6:06-cv-00082-LED-JDL    Document 174    Filed 08/15/2007    Page 2 of 4
7
                         MOTIONS HEARING
8         BEFORE THE HONORABLE JOHN D. LOVE,
             UNITED STATES MAGISTRATE JUDGE
9
   APPEARANCES:
10
   FOR THE PLAINTIFF:          MR. RONALD LEMIEUX
11                             MR. MIKE EDELMAN
                               MR. ROBERT MATZ
12                             PAUL HASTINGS JANOFSKY &
                               WALKER
13                             FIVE PALO ALTO SQUARE
                               SIXTH FLOOR
14                             PALO ALTO, CALIFORNIA  94306

15                             MR. OTIS CARROLL
                               MS. DEBORAH RACE
16                             IRELAND, CARROLL & KELLEY
                               P.O. BOX 7879
17                             TYLER, TEXAS  75711

18

19  FOR THE DEFENDANT:         MR. BILL SCHUURMAN
                               MR. JOSEPH GRAY
20                             VINSON & ELKINS
                               2801 VIA FORTUNA, SUITE 100
21                             AUSTIN, TEXAS  78746

22                             MR. MATT ROWAN
                               POTTER MINTON
23                             P.O. BOX 359
                               TYLER, TEXAS  75710

24

25

```
1   COURT REPORTER:              MS. JAN MASON
                                 CERTIFIED SHORTHAND REPORTER
2                                221 W. FERGUSON #100
                                 TYLER, TEXAS  75702
3

4

5

6
```

```
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  PROCEEDINGS REPORTED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
    PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
25
```

1    But that's the Court's ruling on those motions.  The

2    additional relief requested is denied.

3    All right.  Let's move on then to Docket Number 130 or

4    264, I guess.  Let me hear from the Defendant on that

5    motion.

6    MR. SCHUURMAN:  Your Honor, part of the problem

7    we have in this case is we haven't been able to find prior art

8    in the form of articles, publications, et cetera, except a

9    limited amount.  And the Defendants have spent a lot of time

10   trying to find out evidence of public use, commercial use of

11   these prior art systems, and we have found quite a lot of it,

12   and as Your Honor knows, the Litle prior art, the Clever Ideas

13   prior art and other prior art that we have already dealt with.

14   In about October last year we were referred to a

15   Website by Bieler Marketing Associates and we looked at that

16   Website and we noticed that what is important about that

17   Website is that it says nothing at all about Litle and

18   Company.  It says that it was established in 1996.  It

19   doesn't say when it started operating.  Was it before July,

20   1996, which is relevant to 102(b), or was it before July,

21   1997, which is relevant to 102(a).

22   And we tried to contact Mr. Bieler several times.  He

23   eventually responded by getting an attorney to contact me,

24   and this attorney left me a voice mail.  I believe it was in

25   late November.  I'm not absolutely certain about that date.