IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-082 LED-JDL |
| | § | |
| AMERIMERCHANT LLC, | § | |
| FIRST FUNDS LLC | § | |
| | § | |
| Defendant. | | |

### ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST FIRST FUNDS, LLC

CAME ON FOR CONSIDERATION Plaintiff AdvanceMe, Inc.'s Motion for Sanctions Against First Funds, LLC ("First Funds"). The Court, having considered the briefing and evidence submitted by the parties, the pleadings in this case, and the arguments of counsel, is of the opinion that the Motion by Plaintiff should be DENIED in its entirety and the relief sought by First Funds in its Response is GRANTED.