**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:06-CV-82** |
| | § | |
| **AMERIMERCHANT LLC** | § | |

## ORDER

In light of the Court's invalidity finding in *AdvanceMe, Inc. v. RapidPay LLC*, No. 6:05-cv-424 (E.D. Tex. 2007), the Court now sets a status conference for the present case. The status conference will be set for September 5, 2007, at 10:00 A.M.

**So ORDERED and SIGNED this 22nd day of August, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE