IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:06-CV-82 |
| | § | |
| AMERIMERCHANT LLC | § | |

**ORDER**

In light of the Court's invalidity finding in *AdvanceMe, Inc. v. RapidPay LLC*, No. 6:05-cv-424 (E.D. Tex. 2007), the Court set a status conference for the present case for September 5, 2007, at 10:00 A.M. The Court now orders the parties to file the positions they will take at the hearing on the status of case with the Court. The deadline for filing will be 12 p.m. on September 4, 2007.

**So ORDERED and SIGNED this 29th day of August, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE