**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **VS.** | § | Civil Case No. 6:06-CV-082(LED-JDL) |
| | § | |
| **AMERIMERCHANT, LLC, and** | § | |
| **FIRST FUNDS, LLC** | § | |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Come now plaintiff, AdvanceMe, Inc. and defendants, First Funds, LLC and AmeriMerchant, LLC, and file this joint motion to dismiss the present litigation referenced above, without prejudice to refiling same after resolution of the appeal in the case styled *AdvanceMe, Inc. v. RapidPay, et al.*, Cause No. 6:05-CV-424 ("the RapidPay case"). The parties to this litigation have entered into an agreement that this suit will dismissed without prejudice to refiling, subject to certain stipulations which are summarized as follows:

1. The proper venue for refiling of this case will be in the Eastern District of Texas, Tyler Division;

2. Neither First Funds, LLC nor AmeriMerchant, LLC will institute any actions seeking a declaratory judgment regarding the '281 patent during the intervening time between the filing of this motion to dismiss and sixty days after the final resolution of the appeal in the RapidPay case;

3. The defendants will not use the time period during the appeal as the basis for asserting a laches argument on either damages or injunctive relief;

4. The parties have agreed that all statutes of limitations will be tolled until sixty days after the final conclusion of the RapidPay appeal.

5. If the plaintiff does not re-file this suit within sixty days of the final resolution of the appeal in the RapidPay case, then the plaintiff agrees it is barred from re-filing the suit;

6. If the plaintiff refiles the suit, then the parties agree that the Markman order in this cause, 6:06-CV-82, *AdvanceMe, Inc. v. AmeriMerchant, LLC,* et al. will apply to any re-filed action, except as such Markman Order may have been modified by the Federal Circuit during the RapidPay appeal.

Subject to the above stipulations as more fully set forth in a letter agreement dated August 23, 2007, the parties move this Court to dismiss any and all claims and counterclaims currently pending in the case styled *AdvanceMe, Inc. v. AmeriMerchant, LLC and First Funds, LLC,* Cause No. 6:06-CV-82, without prejudice to refiling pursuant to the agreement recited above. The parties further agree that they are to bear their own costs in connection with this dismissal, subject to reserving the ability to seek such costs based upon the outcome of the RapidPay appeal.

Respectfully submitted,

By: /s/ Deborah Race
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Ronald S. Lemieux
Robert C. Matz
Vid Bhakar
Shanee Williams
Michael Edelman
Gisu Sadaghiani
Daisy S. Poon
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900

Douglas E. Olson (CA Bar No. 38649)
Elizabeth L. Brann (CA Bar No. 222873)
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
Tel: (858) 720-2500
Fax: (858) 720-2555

**A T T O R N E Y S   F O R   P L A I N T I F F  ADVANCEME, INC.**

Respectfully submitted,
By:  /s/ Doug McSwane (with permission by Deborah Race)
Douglas Ray McSwane
State Bar No. 13861300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
dougmcswane@potterminton.com

        Willem G. Schuurman
        Joseph Daniel Gray
        Brian K. Buss
        VINSON & ELKINS, LLP
        The Terrace 7
        2801 Via Fortuna, Suite 100
        Austin, Texas 78746
        Tel: (512) 542-8663
        Fax: (512) 236-3422

        Hilary Preston
        VINSON & ELKINS
        666 Fifth Ave., 26th Fl.
        New York, NY 10103
        Tel: 212-237-0000
        Fax: 212-237-0100
        hpreston@velaw.com

        Jeff Sanders
        2696664
        183 Madison Avenue
        New York, NY 10016
        (212) 448-1800
        (212) 504-9553 (fax)
        jsanders@robritlaw.com

        **ATTORNEYS FOR DEFENDANT**
        **AMERIMERCHANT, L.L.C.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 29th day of August, 2007.

        /s/
        Deborah Race