# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 6:06-CV-082(Davis)** |
| | § | |
| **AMERIMERCHANT, LLC, and** | § | |
| **FIRST FUNDS, LLC** | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is Plaintiff's and Defendants' Joint Motion to Dismiss Without Prejudice.

Having considered the motion, and that it is agreed, the Court GRANTS Plaintiff's and Defendants'

Joint Motion to Dismiss Without Prejudice.

**So ORDERED and SIGNED this 30th day of August, 2007.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com