# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:06-CV-82** |
| | § | |
| **AMERIMERCHANT LLC** | § | |

## ORDER

In light of the Court granting the parties' joint motion to dismiss this case without prejudice, the Court now cancels the status conference set for September 5, 2007 (Doc. No. 178), and **WITHDRAWS** its order directing the parties to file briefs in advance of the conference (Doc. No. 179).

**So ORDERED and SIGNED this 30th day of August, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE